# EXHIBIT 1

(Case No. 8:20-cv-00322-ODW-PJW)



## COUNTY OF ORANGE
## COUNTY EXECUTIVE OFFICE

### OFFICE OF RISK MANAGEMENT

* Safety & Loss Prevention Program
* Workers' Compensation Program
* Liability Claims Management Program
* Administration & Financial Management
* Insurance/Contracts & Commercial Insurance
* ADA II Public Access Compliance

Telephone: (714) 285-5500
FAX: (714) 285-5599

February 10, 2020

P.O. Box 4886
El Monte CA

Re: Claimant:
    Date of Loss: 08/08/2019
    Claim Number: 20190910

Dear       \:

Please be advised that investigation of the above-matter has been completed. Investigation disclosed no negligence on behalf of the County of Orange. In view of the facts, we have no recourse but to disclaim any liability on behalf of the County of Orange.

Notice is hereby given that the claim you presented on behalf of           on 12/26/2019, is rejected by operation of law.

WARNING: "Subject to certain exceptions, you have only six months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code, Section 945.6."

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

Calvin Wong
Claims Representative

601 N. Ross Street, 5th Floor, Santa Ana, CA 92701 -- P.O. Box 327 Santa Ana, CA 92702