LODGED

2020 FEB 18 PM 1:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY____

FILED
CLERK, U.S. DISTRICT COURT

June 8, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ev _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

No. SACV 20-00322-ODW(PJW)

JANE DOE,

            Plaintiff,

    vs.

COUNTY OF ORANGE; DON BARNES;
WILLIAM BAKER; JOE BALICKI;
MARK STICHTER; and DOES 1 - 10,
inclusive,

            Defendants.

[XXXXXXXX] PROTECTIVE ORDER

        The Court orders that Defendants and their agents, servants, employees, and attorneys, and any

persons in active concert or participation with Defendants, may not publicly reveal the identity of

Plaintiff in connection with the above captioned action, including to any member of the media.

        The Court orders the following documents and information to be filed under seal in accordance

with Civil L.R. 79-5:

        1) All documents and information containing Plaintiff's true name.

        2) All documents and information that reveal Plaintiff's date of birth, social security number,

financial, and medical information.

        Additionally, the Court orders that all information revealing Plaintiff's home/email address,

phone number and other contact information may be redacted from any documents filed or produced

1
[PROPOSED] PROTECTIVE ORDER

1  in this action, prior to their filing or production, irrespective of whether such documents will

2  otherwise be filed under seal.

3      IT IS SO ORDERED.

4

5

6  Dated: ___June 8___, 2020

7

8  By _Patrick J. Walsh_____

9      Signature
        Hon. Patrick J. Walsh
10      U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2
[PROPOSED] PROTECTIVE ORDER