# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV 20-00322-ODW (PJW) | Date | June 15, 2020 |
|---|---|---|---|
| Title | *Jane Doe v. County of Orange et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge | |
|---|---|---|
| Erica Valencia | CS 6/15/20 | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Jane Doe, Pro Se | John Keeney |

**Proceedings:** Telephonic Hearing re: Plaintiff's Ex Parte Application for Order to Seal and Order to Show Cause Why Counsel Should Not Be Held in Contempt (Doc. No. 30.)

The case is called and appearances are made. The Court has received Plaintiff's Ex Parte Application for Order to Seal Documents and Show Cause Why Counsel Should Not Be Held in Contempt. The request is DENIED. Plaintiff has changed her email address for her CM/ECF account. (Doc. 36.) Pursuant to the Court's Protective Order (Doc. No. 31), the Court will redact Plaintiff's old email address from Doc. No. 20, at 27:10-11 and Doc. No. 27 at 27:8-9.

O:\PJW\ECF Ready\MO Ps Hearing RE Ex Parte Application.wpd

: 25

Initials of Preparer   el