1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>COUNTY OF ORANGE, et al.,<br><br>　　　　Defendants. | Case No. 8:20-cv-00322-JWH (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint [Dkt. 22], all documents filed in this action, Defendants' Motion to Dismiss the Third Amended Complaint [Dkt. 36, "Motion"] and the related briefing [Dkts. 39-40], the Report and Recommendation of United States Magistrate Judge [Dkt. 42, "Report"], and Plaintiff's Objections to the Report [Dkt. 47]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

　　　　Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that the Motion is GRANTED, in part, and DENIED, in part, as set forth below:

1. The Motion is denied with respect to Plaintiff's 42 U.S.C. § 1983 claims alleging First, Fourth, and Fourteenth Amendment violations;
2. The Motion is denied with respect to Plaintiff's state law claims brought under the California Constitution Article 1, §§ 1, 2, 7, and 13, Plaintiff's California Penal Code § 4030 claims as to the individual Defendants, and Plaintiff's negligence and other tort claims;
3. The Motion is denied without prejudice with respect to Defendants' assertion of qualified immunity;
4. The Motion is denied with respect to Plaintiff's request for punitive damages;
5. The Motion is granted with respect to Plaintiff's 42 U.S.C. § 1983 conspiracy claim, with leave to amend;
6. The Motion is granted with respect to Plaintiff's claims against the individual Defendants in their official capacities, and the claims are dismissed without leave to amend and with prejudice;
7. The Motion is granted with respect to Plaintiff's California Penal § 4030 claim against Defendant County of Orange, and the claim is dismissed without leave to amend and with prejudice; and
8. The Motion is granted with respect to Plaintiff's requests for declaratory and injunctive relief, which are dismissed without leave to amend and without prejudice on the ground of mootness.

The Court notes Plaintiff's request in her Objections for clarification with respect to her Seventh and Eighth Causes of Action, which are pleaded as "municipal liability," or *Monell* claims. As recommended in the Report, the Court has dismissed the official capacity claims against the individual Defendants with respect to all Section 1983 claims. When, as here, a *Monell* theory of liability has been asserted against the pertinent municipal entity, also pleading official capacity claims against the individual employees of that entity is inappropriate. Further,

there is no such thing as a *Monell* claim brought against an individual employee or officer of a municipal entity in his or her individual capacity.  Accordingly, Plaintiff should not re-plead her Seventh and Eighth Causes of Action against any of the individual Defendants.

The Third Amended Complaint is dismissed with leave to amend as set forth in the Report and this Order.  If Plaintiff wishes to proceed in this action, within thirty (30) days of this Order, she must file and serve on the existing named Defendants a Fourth Amended Complaint that complies with this Order and the Report.  Plaintiff is cautioned that no new claims or parties may be added absent first seeking and obtaining leave of Court.

**IT IS SO ORDERED.**

DATE: November 2, 2020

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE