1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CALIFORNIA, CENTRAL DISTRICT**

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiffs,<br><br>   vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>            Defendants. | ) CASE NO. 8:20-cv-00322-JWH (GJS)<br>) *[Assigned to Judge John W. Holcomb*<br>) *Courtroom 2]*<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **DEFENDANTS' OPPOSED FIRST** *EX*<br>) *PARTE* **APPLICATION TO EXTEND**<br>) **SCHEDULING ORDER DATES**<br>)<br>)<br>)<br>) Complaint Filed: 2/18/20<br>) Trial Date:     None |

In respect to Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants") *ex parte* application to Extend the Scheduling Order Dates (Doc. 66), the Court, having considered all papers in support of and in opposition to the application and oral argument of counsel, finds, adjudges, and orders:

     1.     Defendants' *ex parte* application to Extend the Scheduling Order is **GRANTED** in part.

*FILE # 22348*

**COLLINS + COLLINS** ᴸᴸᴾ<br>750 The City Drive, Ste 400<br>Orange, CA  92868-4940<br>Phone  (714) 823-4100<br>Fax     (714) 823-4101

**[PROPOSED] ORDER GRANTING DEFTS' *EX PARTE* APP EXTD SCH. ORDER DATES**

2.      There is good cause to grant a modification/extension of the Scheduling Order Dates per F.R.C.P. 16(b)(4).

3.      The Scheduling Order dates are hereby amended as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Last Day for Settlement Conference | July 30, 2021 | 45 days from District Court's Order on Doc. 87 |
| Fact Discovery Cut-Off | October 6, 2021 | 113 days from District Court's Order on Doc. 87 |
| Expert Designation | November 5, 2021 | 143 days from District Court's Order on Doc. 87 |
| Expert Rebuttal and Service of Expert Reports | December 7, 2021 | 175 days from District Court's Order on Doc. 87 |
| Dispositive Motion Cut-Off | December 17, 2021 | 185 days from District Court's Order on Doc. 87 |
| Expert Discovery Cut-Off | January 12, 2022 | 211 days from District Court's Order on Doc. 87 |

Events that fall on a weekend or holiday should be adjusted to the first court date thereafter.

**IT IS SO ORDERED.**

DATED:

_____
Honorable Gail Standish
United States District Judge

*FILE # 22348*

2

**[PROPOSED] ORDER GRANTING DEFTS' *EX PARTE* APP EXTD SCH. ORDER DATES**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101