UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 2]*<br><br>[**PROPOSED**] ORDER GRANTING DEFENDANTS' OPPOSED FIRST *EX PARTE* APPLICATION TO EXTEND SCHEDULING ORDER DATES<br><br>Complaint Filed: 2/18/20<br>Trial Date:　　　None |

　　　In respect to Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants") *ex parte* application to Extend the Scheduling Order Dates (Doc. 66), the Court, having considered all papers in support of and in opposition to the application and oral argument of counsel, finds, adjudges, and orders:

　　　1.　Defendants' *ex parte* application to Extend the Scheduling Order is **GRANTED** in part.

*FILE # 22348*

1

2.     There is good cause to grant a modification/extension of the Scheduling Order Dates per F.R.C.P. 16(b)(4)., because the District Judge has not yet had the opportunity to rule on an outstanding appeal by Plaintiff Doe that related to certain documents that she was ordered to produce. The Court therefore amends the schedule so that the deadlines set forth in the previous scheduling order are keyed off of a decision by the District Judge on the outstanding motion.

3.     The Scheduling Order dates are, therefore, amended as follows:

| **Deadline** | **Current Date** | **New Date** |
| --- | --- | --- |
| Last Day for Settlement Conference | July 30, 2021 | 45 days from District Court's Order on Doc. 87 |
| Fact Discovery Cut-Off | October 6, 2021 | 113 days from District Court's Order on Doc. 87 |
| Expert Designation | November 5, 2021 | 143 days from District Court's Order on Doc. 87 |
| Expert Rebuttal and Service of Expert Reports | December 7, 2021 | 175 days from District Court's Order on Doc. 87 |
| Dispositive Motion Cut-Off | December 17, 2021 | 185 days from District Court's Order on Doc. 87 |
| Expert Discovery Cut-Off | January 12, 2022 | 211 days from District Court's Order on Doc. 87 |

Events that fall on a weekend or holiday should be adjusted to the first court date thereafter.

**IT IS SO ORDERED.**

DATED: September 30, 2021

_____
GAIL STANDISH
UNITED STATES MAGISTRATE JUDGE

*FILE # 22348*

2

**[~~PROPOSED~~] ORDER GRANTING DEFTS'** *EX PARTE* **APP EXTD SCH. ORDER DATES**