UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 8:20-CV-00322-JWH-GJS | Date | December 14, 2021 |
|---|---|---|---|
| Title | *Jane Doe v. County of Orange, et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER (IN CHAMBERS) RE: MOTION FOR REVIEW [ECF No. 87]**

Before the Court is the motion of Plaintiff Jane Doe for review of the order of the magistrate judge denying Doe's motion to quash pursuant to 28 U.S.C. § 636(b)(1) and L.R. 72-2.[1] Defendants opposed the Motion on July 23, 2021.[2] The Court finds this matter appropriate for resolution without a hearing. *See* Fed. R. Civ. P. 78; L.R. 7-15.

On July 7, 2021, Magistrate Judge Standish denied Doe's motion to quash Defendants' subpoenas for Doe's medical records.[3] In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of the Order. Having carefully reviewed the entire file, including Doe's objections to the Order in the instant Motion, the Court finds that the Order is supported by the record and proper legal analysis. Doe's objections are premised upon the argument that Doe alleges only a limited physical injury and, therefore, that Defendants are

---

[1]   Pl.'s Mot. for Review (the "Motion") [ECF No. 87].

[2]   Defs.' Opp'n to the Motion [ECF No. 90].

[3]   *See* Minute of Motion Hearing re Motion to Quash (the "Order") [ECF No. 83].

not entitled to obtain her medical records related to unrelated medical issues.[4] As Magistrate Judge Standish correctly observed, however, Doe's claims put at issue both her physical and mental status, both before and after the alleged incident. Doe's claims for damages detail specific and physical and mental consequences that she alleges were caused by Defendants' actions. At the same time, however, Doe admits to certain preexisting mental health issues and conditions that are relevant to the issue of causation and the extent of damages that are recoverable. Accordingly, Defendants are entitled to discovery of Doe's medical records for the limited five-year period requested by Defendants in their subpoenas.

For the foregoing reasons, the Court **AFFIRMS** Magistrate Judge Standish's Order. Doe's instant Motion is **DENIED**.

**IT IS SO ORDERED.**

---

[4] *See* Motion 3:10–10:5.