**Michael L. Wroniak (State Bar No. 210347)**
**Rebecca J. Chmura (State Bar. 319106)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA  92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email:  mwroniak@ccllp.law**
**Email:  rchmura@ccllp.law**

Attorneys for Defendant
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiffs,<br><br>    vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 2]*<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND SETTLEMENT CONFERENCE DATE (DOCS. 113 & 114)**<br><br>Complaint Filed: 2/18/20<br>Trial Date:         None |

   Plaintiff Jane Doe, in *pro se* ("Plaintiff"), and Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriguez, and Rachel Addington (collectively, "Defendants"), by and through their counsel of record herein, Rebecca J. Chmura, Esq., Collins + Collins, LLP, hereby stipulate to an extension of the Settlement Conference date which is set to take place on or before January 28, 2022. (Docs. 113 and 114.) Plaintiff and

*FILE # 22348*

1  Defendants shall collectively be referred to as the "Party" or "Parties."

2      WHEREAS, on September 30, 2021, after Defendants sought relief via *ex parte* application to extend the Scheduling Order Dates, this Court granted Defendants' request and extended the Settlement Conference date to take place 45 days from the date of the District Court's Order on Doc. 87. (Doc. 113.)

    WHEREAS, on December 14, 2021, District Court Judge John W. Holcomb ruled on Doc. 87, and affirmed the Magistrate Judge Gail J. Standish's Order. (Doc. 114.)

    WHEREAS, based upon the December 14, 2021 ruling (Doc. 114), the Settlement Conference is now set to take place no later than January 28, 2022.

    WHEREAS, the Parties attempted to initiate the Settlement Conference with this Court however, were informed that given the Court's schedule they would need to file a Stipulation and [Proposed] Order to extend the time to hold the Settlement Conference.

    WHEREAS, given this Court's schedule, the Parties agree and stipulate that the Settlement Conference date in this matter should be continued in the interests of justice.

    WHEREAS, the requested extension will not require a continuance of the trial date in this matter, as one has not yet been scheduled by the Court.

    WHEREAS, the Parties agree that neither Party will suffer any prejudice should the date be continued, however, the Parties will suffer prejudice should they not be able to hold a Settlement Conference with this Court.

///
///
///
///
///
///
///

*FILE # 22348*

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

2

**STIP. & [PROPOSED] ORDER RE EXT. SETTLEMENT CONF. DATE (DOCS. 113 & 114)**

# STIPULATION

THEREFORE, it is hereby stipulated and agreed to by the Parties as follows:

1. The deadline for completing a Settlement Conference shall be extended to April 4, 2022, or to a date thereafter amenable to this Court.

IT IS SO STIPULATED.

DATED: January 13, 2022

By: */s/ Jane Doe*
JANE DOE
Plaintiff in *Pro Se*

DATED: January 13, 2022         COLLINS + COLLINS LLP

By: s/Rebecca J. Chmura, Esq.
MICHAEL L. WRONIAK
REBECCA J. CHMURA
Attorneys for Defendant COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; RACHEL ADDINGTON

*FILE # 22348*

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

3

**STIP. & [PROPOSED] ORDER RE EXT. SETTLEMENT CONF. DATE (DOCS. 113 & 114)**

# [PROPOSED] ORDER

Based on the Stipulation of the Parties, **THIS COURT MAKES THE FOLLOWING ORDERS:**

**IT IS HEREBY ORDERED**:

1. The deadline for completing a Settlement Conference shall be extended to April 4, 2022, or to a date thereafter amenable to this Court.

**IT IS SO ORDERED**.

DATED: _____    _____

Hon. Gail J Standish  
UNITED STATES MAGISTRATE JUDGE

*FILE # 22348*

4

**STIP. & [PROPOSED] ORDER RE EXT. SETTLEMENT CONF. DATE (DOCS. 113 & 114)**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101