**Michael L. Wroniak (State Bar No. 210347)**
**Rebecca J. Chmura (State Bar. 319106)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA  92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email:  mwroniak@ccllp.law**
**Email:  rchmura@ccllp.law**

Attorneys for Defendant
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

## UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE, | CASE NO. 8:20-cv-00322-JWH (GJS) |
| Plaintiffs, | *[Assigned to Judge John W. Holcomb Courtroom 2]* |
| vs. | **DECLARATION OF REBECCA J. CHMURA IN SUPPORT OF DEFENDANTS' OPPOSED *EX PARTE* APPLICATION TO EXTEND FACT DEPOSITION CUT-OFF DATE AND COMPEL PLAINTIFF TO SIGN AUTHORIZATION TO RELEASE MEDICAL RECORDS FROM LACDMH** |
| COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive, | |
| Defendants. | |
| | Complaint Filed: 2/18/20 |
| | Trial Date:       None |

## <u>DECLARATION OF REBECCA J. CHMURA</u>

I, Rebecca J. Chmura, declare as follows:

1.      I make this Declaration in support of Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington's (collectively,

FILE # 22348

COLLINS+COLLINS LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

1

**CHMURA DECL. ISO *EX PARTE* APP TO EXTD DEPO CUT OFF & SIGN LACDMH**

"Defendants") *ex parte* application to (1) extend and modify the fact deposition cut-off date set by this Courts' September 30, 2021, Order (Doc. 113) and the ruling on Plaintiff's Motion to Quash the County's subpoenas for her medical records from December 14, 2021 (Doc. 114); and (2) compel Plaintiff Jane Doe ("Plaintiff") to sign the authorization disclosure required by the Los Angeles County Department of Mental Health ("LACDMH") (or Arcadia Mental Health Center) to produce Plaintiff's medical records (which this Court already ordered that Defendants were entitled to on December 14, 2021) or, in the alternative, a Court order permitting LACDMH to produce the records without/over said authorization.

2. I am an attorney duly licensed to practice law in the State of California and in all of the United States Federal District Courts in California. I, and this law firm, Collins + Collins, LLP, represent Defendants in the above captioned action. I have personal knowledge as to the matters declared herein.

3. On March 16, 2022, I attempted to meet and confer with Plaintiff Jane Doe ("Plaintiff"), *in pro per*, regarding her agreeance to a mutual stipulation to continue the fact deposition cut-off date and sign the LACDMH authorization disclosure form, that is allegedly required from LACDMH to disclose Plaintiff's records. Attached hereto as Exhibit "1" is a true and correct copy of my March 16, 2022, meet and confer email correspondence regarding a stipulate to extend and modify the deposition fact discovery cut-off date and sign the LACDMH form. Attached hereto as Exhibit "6" is a true and correct copy of the LACDMH disclosure authorization form I received from First Legal. Attached hereto as Exhibit "2" is a true and correct copy of the LACDMH disclosure authorization form I received from First Legal, and added the necessary information to facilitate getting Plaintiff's signature, and was attached to Exhibit "1" which I sent to Plaintiff.

4. On March 17, 2022, at 4:56 p.m., Plaintiff responded to my email stating that she

COLLINS+COLLINS™
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax   (714) 823-4101

1  would not stipulate to an extension of the face deposition cut-off date claiming
2  that Defendants have caused the delay, without any factual basis for her
3  argument, and that the subpoena to LACDMH was "unconstitutionally broad."
4  Attached hereto as Exhibit "3" is a true and correct copy of March 16, 2022, email
5  I received from Plaintiff in response to Defendants' meet and confer efforts.

6  5.  On March 18, 2022, in response to Plaintiff's unwillingness to stipulate or sign
7      the form, I informed Plaintiff that Defendants intended to move *ex parte* for relief.
8      Attached hereto as Exhibit "4" is a true and correct copy of the March 18, 2022
9      email correspondence between Plaintiff and myself regarding these issues.

10 6.  Defendants have acted diligently in attempting to get the records from its
11     subpoenas by regularly following up with the process servers and quickly
12     providing the process servers and providers with the information needed to get
13     the records from the providers. My office utilizes First Legal, an attorney service,
14     for facilitating subpoenas and getting records from medical providers in the
15     ordinary course of business. Defendants' subpoenas in this matter were being
16     handled by First Legal. While waiting for the ruling on Plaintiff's motion to
17     quash/motion for review, on or about September 1, 2021, Defendants were
18     informed by First Legal, that the subpoenas were being cancelled due inactivity
19     and could be reopened once the motion to quash issue was settled. On December
20     17, 2021, only two days after the receipt of the ruling on Plaintiff's Motion for
21     Review of her Motion to Quash (Doc. 114) (which is dated December 14, 2021,
22     but was served to the parties, on December 15, 2021), Defendants instructed First
23     Legal to reopen the subpoenas and attempt to get the records from all providers
24     at issue.

25 7.  On January 11, 2021, my office followed up and received an update from First
26     Legal regarding the subpoenas in this matter. First Legal informed me that there
27     were no records received from Arcadia Mental Health/LACDMH, Heredia
28     Physical Therapy, or Pacific Clinics. As to Greater El Monte Hospital, First Legal

**COLLINS + COLLINS** LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

*FILE # 22348*

3

**CHMURA DECL. ISO *EX PARTE* APP TO EXTD DEPO CUT OFF & SIGN LACDMH**

informed my office for the first time that the request had been canceled and would need to be resubmitted. On January 12, 2022, my office instructed First Legal to reopen the subpoena to Greater El Monte Hospital. It was not until on or about February 1, 2022, that First Legal told our office that to resubmit the request to Greater El Monte Hospital, we would need to reissue a new subpoena. As such, on or about February 1, 2022, I drafted and submitted an identical subpoena to Greater El Monte Hospital pursuant to First Legal's instruction. It was served to Plaintiff on February 1, 2022. My office has not received any records or update as to the status of the medical records from Greater El Monte Hospital since this date. Attached hereto as Exhibit "5" is a true and correct copy of the February 1, 2022 email correspondence between Plaintiff and myself regarding the reissued subpoena to Greater El Monte Hospital.

8.  Additionally, there is additional delay, for which Defendants are not responsible, in receiving the records from Arcadia Mental Health/LACDMH, which requires that Plaintiff sign a disclosure authorization to release the records, or a court order. I first became aware that this form or a Court order was required on or about February 9, 2022, when First Legal informed our office that LACDMH would need either a signed disclosure authorization or a Court order to release the records. The same day we forwarded First Legal a copy of the Court's Order regarding this subpoena (Doc. 114), assuming that it would suffice because the Court had ordered that Defendants were entitled to the records per the Court's December 14, 2021 Order, and the records would be released without further delay. We did not hear back from LACDMH until February 28, 2022, in which case they stated that the order we provided was not sufficient. I received the disclosure authorization form related to this provider recently. Defendants forwarded the form and asked Plaintiff to sign as soon as reasonably possible, which Plaintiff has indicated that she refuses to sign. Nevertheless, the requirement of this form has further caused delay in Defendants' receipt of the medical records, which is outside of Defendants' control.

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax      (714) 823-4101

FILE # 22348

4

CHMURA DECL. ISO *EX PARTE* APP TO EXTD DEPO CUT OFF & SIGN LACDMH

9.   On March 16, 2022, First Legal informed my office that it was still following up with Heredia Physical Therapy Group as to the status of the records with the provider. Despite our attempts to receive a status update, we have not received any information on the timeframe on when we expect to receive the missing records from Arcadia Mental Health/LACDMH; Greater El Monte Hospital; Heredia Physical Therapy Group; and Pacific Clinics.

10.  As of March 18, 2022, Defendants still have not received records from Arcadia Mental Health/LACDMH (medical, billing, and film/radiology); Greater El Monte Hospital (medical); Heredia Physical Therapy Group (medical, billing, and film/radiology); and Pacific Clinics (billing and film/radiology), which were the subject of Plaintiff Jane Doe's ("Plaintiff") Motion to Quash which was denied on December 14, 2021 (Doc. 114). I am aware of this information as I have personally reviewed Defendants' file in this action, personally reviewed the records we have received pursuant to Defendants' subpoenas; and have kept track of and been on top of following the subpoenas and records received.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This Declaration was executed on March 18, 2022, at Orange, California.

By: _____

REBECCA J. CHMURA

FILE # 22348

COLLINS + COLLINS
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

5

CHMURA DECL. ISO *EX PARTE* APP TO EXTD DEPO CUT OFF & SIGN LACDMH

1

2                                              **PROOF OF SERVICE**

3                                         **(CCP §§ 1013(a) and 2015.5; FRCP 5)**

   State of California,           )
                                  )  ss.
4  County of Orange.             )

5          I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 750 The City Drive, Suite 400, Orange, California  92868.

6          On this date, I served the foregoing document described as **DECLARATION OF REBECCA J. CHMURA IN SUPPORT OF DEFENDANTS' OPPOSED EX PARTE APPLICATION TO EXTEND FACT DEPOSITION CUT-OFF DATE AND COMPEL PLAINTIFF TO SIGN AUTHORIZATION TO RELEASE MEDICAL RECORDS FROM LACDMH** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

8      Jane Doe
9      Courtproceeding9@gmail.com
       PLAINTIFF IN PRO SE

10  ☐  **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Orange, California to be served on the parties as indicated on the attached service list.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Orange, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

13  ☐  **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Orange, California.

15  ☐  **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

16  ☒  **(BY ELECTRONIC FILING AND/OR  SERVICE)** – – I served a true copy, with all exhibits, electronically on Plaintiff Jane Doe at the email address on file with the Court which is redacted herein per request of Plaintiff Jane Doe through the Court's CM/ECF Electronic Filing system on:

17  ☐  **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

18  ☐  **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (714) 823-4101 indicated all pages were transmitted.

20  ☐  **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

21      Executed on March 18, 2022 at Orange, California.

22  ☐  **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct

23  ☒  **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

24                              _Jazmin Ruiz_
25
26
27
28

**COLLINS + COLLINS** LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

*FILE # 22348*

**CHMURA DECL. ISO *EX PARTE* APP TO EXTD DEPO CUT OFF & SIGN LACDMH**

# EXHIBIT 1

| | |
|---|---|
| **From:** | Rebecca J. Chmura |
| **To:** | Jane Doe |
| **Cc:** | Michael L. Wroniak; Jazmin Ruiz |
| **Subject:** | 22348: Jane Doe v. County of Orange - Meet and Confer re Form and Deposition |
| **Date:** | Wednesday, March 16, 2022 3:51:00 PM |
| **Attachments:** | LACDMH Disclosure Authorization.pdf |

Good Afternoon Ms. Doe,

I am writing to you to meet and confer regarding two separate issues:

1. **LACDMH Authorization Form**

Our process server advised us that the Los Angeles County Department of Mental Health could not release records without the attached authorization form signed by the patient. Given that on December 14, 2021, the Court denied your motion to quash this subpoena and determined that defendants are entitled to these records, please sign and return the attached form so we can facilitate the receipt of these records.

2. **April 6, 2022 Deposition Deadline**

Additionally, we still intend to take your deposition as it pertains to your damages and medical treatment. By no fault of defendants, we still have not yet received all records from four providers (including LACDMH) pursuant to our subpoenas which were upheld on December 14, 2021. We do not anticipate that we will receive these records prior to April 6, 2022, the present deposition cut-off date. Please let us know if you will stipulate to an extension (approximately 60 days) of the deposition cut-off from April 6, 2022 to June 6, 2022. Defendants will suffer prejudice should it not have all records prior to the deposition and also necessitate additional depositions of you once defendants receive those records.

Please (1) sign and return the second page of the attached form and (2) let us know if you will stipulate to an extension of the deposition cut-off date to June 6, 2022 no later than, **tomorrow, March 17, 2022 at 5:00 p.m**. If not, defendants will have no choice but to seek *ex parte* relief with the Court. We appreciate your cooperation and professional courtesy on these issues. Please contact me by email or phone if you wish to discuss further.

Thank you,

**Rebecca J. Chmura**
Attorney at Law

**T**: 714-823-4100 | **C**: 626-840-9484
**F**: 714-823-4101
750 The City Drive, Suite 400
Orange, CA 92868
rchmura@ccllp.law

## COLLINS + COLLINS LLP

www.ccllp.law
Pasadena 626-243-1100 - Orange 714-823-4100 - San Diego 760-274-2110
Northern California 510-844-5100 - Inland Empire 909-581-6100

PLEASE NOTE: The information contained in this e-mail transmission is intended to be sent only to the stated recipient of the e-mail. If the reader of this message is not the intended recipient or the intended recipient's agent, you are hereby notified that we do

not intend to waive any privilege that might ordinarily attach to this communication and that any dissemination, distribution, or copying of the information contained in this e-mail is therefore prohibited. You are further asked to notify us of any such error in transmission as soon as possible at the telephone number shown below and to delete the e-mail. Thank you for your cooperation.

**EXHIBIT 2**

**\*\*REDACTED\*\***

## LOS ANGELES COUNTY DEPARTMENT OF MENTAL HEALTH
## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

**CLIENT**:

Jane Doe/ _____          _____          _____
**Name of Client/Previous Name**                          **Birth Date**                 **Client Number**

_____
**Name of Legal Representative (If applicable)**

_____          _____
**Street Address**                                              **City, State  ZIP Code**

**AUTHORIZES**:                                    **USE OR DISCLOSURE OF**
                                                     **PROTECTED HEALTH INFORMATION TO**:

Los Angeles Department of Mental Health          County of Orange c/o Collins + Collins LLP
**Name of Agency**                                       **Name of Health Care Provider/Other**
695 S Vermont Ave., Suite 900                      750 The City Drive, Suite 400
**Street Address**                                       **Street Address**
Los Angeles, CA 90020                              Orange, CA 92868
**City, State  ZIP Code**                            **City, State ZIP Code**

**INFORMATION TO BE RELEASED**:          First Legal, 600 W. Santa Ana Blvd., Santa Ana, CA 92701

[X] Assessment/Evaluation          [X] Psychological Test Results          [X] Diagnosis
[X] Laboratory Results          [X] Medication History/Current Medication          [X] Treatment
[X] Entire Record (Justify): _____
[X] Other (Specify): ___Billing_____

**NOTE**: Records may include information related to alcohol or drug use and HIV or AIDS. However, treatment records from drug and alcohol facilities or results of HIV test will not be disclosed unless specifically requested.

Check all that apply:          [X] Alcohol or Drug Records          [X] HIV Test Results

Method of delivery of requested records:
          [ ] Mail          [ ] Pickup          [X] Electronic Device (CD, USB)

**PURPOSE OF USE OR DISCLOSURE**: (Check applicable category)          Electronic production to
                                                                        First Legal
[ ] Client Request                                                       receiving@firstlegal.com
[X] Other (Specify): ___Litigation___

Will the agency receive any benefits for the use or disclosure of information? [ ] Yes [X] No

I understand that my Protected Health Information used or disclosed pursuant to this Authorization may no longer be protected by federal law and could be further used or disclosed by the recipient without my authorization.  I also understand that once my information is used or disclosed, it may not be possible to recall.

**EXPIRATION DATE**: This Authorization is valid until _____ / _____ / _____.
                                                     Month      Day       Year

## LOS ANGELES COUNTY DEPARTMENT OF MENTAL HEALTH
## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

**YOUR RIGHTS WITH RESPECT TO THIS AUTHORIZATION**:

**Right to Receive a Copy of Authorization** - I understand that if I agree to sign this Authorization, which I am not required to do, I must be provided with a signed copy of the form.

**Right to Revoke Authorization** - I understand that I have the right to revoke this Authorization at any time by notifying LACDMH in writing.  I may use the Revocation of Authorization at the bottom of this form and mail or deliver the revocation to:

| | |
|---|---|
| Contact Person | Agency Name |
| Address | City, State  ZIP Code |

I also understand that a revocation will not affect the ability of LACDMH or any health care provider to use or disclose the health information for reasons related to the prior reliance on this Authorization or otherwise allowed by law.

**Conditions**: I understand that I may refuse to sign this Authorization without affecting my ability to obtain treatment. However, LACDMH may condition the provision of research-related treatment on obtaining an authorization to use or disclose protected health information created for that research-related treatment. (In other words, if this Authorization is related to research that includes treatment, you will not receive that treatment unless this Authorization form is signed.)

I have had an opportunity to review and understand the content of this Authorization form. By signing this Authorization, I am confirming that it accurately reflects my wishes.

✗ _____          ✗ _____
Signature of Client/Legal Representative          Date

If signed by someone other than the client, state relationship and authority:

✗ _____

---

# REVOCATION OF AUTHORIZATION

_____
Name of Client

_____          _____
Signature of Client/Legal Representative          Date

If signed by someone other than the client, print name and state relationship and authority.

Printed Name: _____

Relationship and Authority: _____

---

**EXHIBIT 3**

| From: | Jane Doe |
|---|---|
| To: | Rebecca J. Chmura |
| Cc: | Michael L. Wroniak; Jazmin Ruiz |
| Subject: | Re: 22348: Jane Doe v. County of Orange - Meet and Confer re Form and Deposition |
| Date: | Thursday, March 17, 2022 4:56:26 PM |

Dear Ms Chmura,

Below please find Plaintiff's response to your meet and confer:

### 1. LACDMH Authorization Form

Since your subpoenas are unconstitutionally overbroad Plaintiff will not sign any authorization form.

### 2. April 6, 2022 Deposition Deadline

It is defendants' fault by not making any attempts to receive the records at issue since December 14, 2021. Defendants cannot claim to have been prejudiced by their lack of due diligence. Plaintiff will not stipulate any extension of discovery.

Defendants are not entitled to ex parte relief.

Regards,

Doe


On Wed, Mar 16, 2022 at 3:51 PM Rebecca J. Chmura <rchmura@ccmslaw.com> wrote:

Good Afternoon Ms. Doe,


I am writing to you to meet and confer regarding two separate issues:


### 1. LACDMH Authorization Form


Our process server advised us that the Los Angeles County Department of Mental Health could not release records without the attached authorization form signed by the patient. Given that on December 14, 2021, the Court denied your motion to quash this subpoena and determined that defendants are entitled to these records, please sign and return the attached form so we can facilitate the receipt of these records.


### 2. April 6, 2022 Deposition Deadline


Additionally, we still intend to take your deposition as it pertains to your damages and

medical treatment. By no fault of defendants, we still have not yet received all records from four providers (including LACDMH) pursuant to our subpoenas which were upheld on December 14, 2021. We do not anticipate that we will receive these records prior to April 6, 2022, the present deposition cut-off date. Please let us know if you will stipulate to an extension (approximately 60 days) of the deposition cut-off from April 6, 2022 to June 6, 2022. Defendants will suffer prejudice should it not have all records prior to the deposition and also necessitate additional depositions of you once defendants receive those records.

Please (1) sign and return the second page of the attached form and (2) let us know if you will stipulate to an extension of the deposition cut-off date to June 6, 2022 no later than, **tomorrow, March 17, 2022 at 5:00 p.m.** If not, defendants will have no choice but to seek *ex parte* relief with the Court. We appreciate your cooperation and professional courtesy on these issues. Please contact me by email or phone if you wish to discuss further.

Thank you,

**Rebecca J. Chmura**
Attorney at Law

**T**: 714-823-4100 | **C**: 626-840-9484
**F**: 714-823-4101
750 The City Drive, Suite 400
Orange, CA 92868
rchmura@ccllp.law

## COLLINS + COLLINS LLP

www.ccllp.law
Pasadena 626-243-1100 - Orange 714-823-4100 - San Diego 760-274-2110
Northern California 510-844-5100 - Inland Empire 909-581-6100

PLEASE NOTE: The information contained in this e-mail transmission is intended to be sent only to the stated recipient of the e-mail. If the reader of this message is not the intended recipient or the intended recipient's agent, you are hereby notified that we do not intend to waive any privilege that might ordinarily attach to this communication and that any dissemination, distribution, or copying of the information contained in this e-mail is therefore prohibited. You are further asked to notify us of any such error in transmission as soon as possible at the telephone number shown below and to delete the e-mail. Thank you for your cooperation.

**EXHIBIT 4**

| | |
|---|---|
| **From:** | Jane Doe |
| **To:** | Rebecca J. Chmura |
| **Cc:** | Michael L. Wroniak; Jazmin Ruiz |
| **Subject:** | Re: 22348: Jane Doe v. County of Orange - Meet and Confer re Form and Deposition |
| **Date:** | Friday, March 18, 2022 10:22:44 AM |

Why were you not informed until recently that LACDMH required a patient authorization form?

On Fri, Mar 18, 2022 at 10:14 AM Rebecca J. Chmura <rchmura@ccmslaw.com> wrote:

My apologies, the orders for the records were reinstated on December 17, 2022 (two days after the December 14, 2021 Order), which was served to the parties on December 15, 2021.

**Rebecca J. Chmura**
Attorney at Law

**T**: 714-823-4100 | **C**: 626-840-9484
**F**: 714-823-4101
750 The City Drive, Suite 400
Orange, CA 92868
rchmura@ccllp.law

**COLLINS + COLLINS** LLP

www.ccllp.law
Pasadena 626-243-1100 - Orange 714-823-4100 - San Diego 760-274-2110
Northern California 510-844-5100 - Inland Empire 909-581-6100

PLEASE NOTE: The information contained in this e-mail transmission is intended to be sent only to the stated recipient of the e-mail. If the reader of this message is not the intended recipient or the intended recipient's agent, you are hereby notified that we do not intend to waive any privilege that might ordinarily attach to this communication and that any dissemination, distribution, or copying of the information contained in this e-mail is therefore prohibited. You are further asked to notify us of any such error in transmission as soon as possible at the telephone number shown below and to delete the e-mail. Thank you for your cooperation.

**From:** Rebecca J. Chmura
**Sent:** Friday, March 18, 2022 10:07 AM
**To:** Jane Doe <courtproceeding9@gmail.com>
**Cc:** Michael L. Wroniak <mwroniak@ccmslaw.com>; Jazmin Ruiz <JRuiz@ccmslaw.com>
**Subject:** RE: 22348: Jane Doe v. County of Orange - Meet and Confer re Form and Deposition

Ms. Doe,

You are incorrect. We reinstated the orders for the records on December 15, 2021, the date after the denial of your motions to quash/motion or review. We were not informed until recently that LACDMH required a patient authorization form to release those records. As such, at no fault of Defendants, the providers have failed to produce the records, you now are

refusing to sign the authorization form, and Defendants are entitled to *ex parte* relief as the date for fact discovery and fact depositions would pass with a noticed motion.


**Rebecca J. Chmura**
Attorney at Law

**T**: 714-823-4100 | **C**: 626-840-9484
**F**: 714-823-4101
750 The City Drive, Suite 400
Orange, CA 92868
rchmura@ccllp.law

# COLLINS + COLLINS LLP

www.ccllp.law
Pasadena 626-243-1100 - Orange 714-823-4100 - San Diego 760-274-2110
Northern California 510-844-5100 - Inland Empire 909-581-6100

PLEASE NOTE: The information contained in this e-mail transmission is intended to be sent only to the stated recipient of the e-mail. If the reader of this message is not the intended recipient or the intended recipient's agent, you are hereby notified that we do not intend to waive any privilege that might ordinarily attach to this communication and that any dissemination, distribution, or copying of the information contained in this e-mail is therefore prohibited. You are further asked to notify us of any such error in transmission as soon as possible at the telephone number shown below and to delete the e-mail. Thank you for your cooperation.


**From:** Jane Doe <courtproceeding9@gmail.com>
**Sent:** Friday, March 18, 2022 10:01 AM
**To:** Rebecca J. Chmura <rchmura@ccmslaw.com>
**Cc:** Michael L. Wroniak <mwroniak@ccmslaw.com>; Jazmin Ruiz <JRuiz@ccmslaw.com>
**Subject:** Re: 22348: Jane Doe v. County of Orange - Meet and Confer re Form and Deposition


You are not entitled to ex parte relief because you waited three months since December 14, 2021 to bring up the issues.


On Fri, Mar 18, 2022 at 8:44 AM Rebecca J. Chmura <rchmura@ccmslaw.com> wrote:

> Ms. Doe,
>
>
> This Court has already denied your motion to quash the subpoenas for medical records to five providers, including LAC/Los Angeles County Department of Mental Health, on December 14, 2021 and ordered that Defendants are entitled to these records. Moreover, your refusal to return the form supports that, at no fault of their own, Defendants have been prevented from receiving all medical records before the deposition cut-off date and thus, an extension or modification of this date is necessary.
>
>
> In light of the below, **please take notice** that Defendants will be moving *ex parte* today for

an Order (1) to extend and modify the fact deposition cut-off date; and (2) Compelling you to sign the form required by LAC/Los Angeles County Department of Mental Health for the disclosure of your records, or, in the alternative, a Court order permitting production over such authorization.

Based on your response below, we anticipate you will oppose.

Thank you,

**Rebecca J. Chmura**
Attorney at Law

**T**: 714-823-4100 | **C**: 626-840-9484
**F**: 714-823-4101
750 The City Drive, Suite 400
Orange, CA 92868
rchmura@ccllp.law

**COLLINS + COLLINS** LLP

www.ccllp.law
Pasadena 626-243-1100 - Orange 714-823-4100 - San Diego 760-274-2110
Northern California 510-844-5100 - Inland Empire 909-581-6100

PLEASE NOTE: The information contained in this e-mail transmission is intended to be sent only to the stated recipient of the e-mail. If the reader of this message is not the intended recipient or the intended recipient's agent, you are hereby notified that we do not intend to waive any privilege that might ordinarily attach to this communication and that any dissemination, distribution, or copying of the information contained in this e-mail is therefore prohibited. You are further asked to notify us of any such error in transmission as soon as possible at the telephone number shown below and to delete the e-mail. Thank you for your cooperation.

**From:** Jane Doe <courtproceeding9@gmail.com>
**Sent:** Thursday, March 17, 2022 4:56 PM
**To:** Rebecca J. Chmura <rchmura@ccmslaw.com>
**Cc:** Michael L. Wroniak <mwroniak@ccmslaw.com>; Jazmin Ruiz <JRuiz@ccmslaw.com>
**Subject:** Re: 22348: Jane Doe v. County of Orange - Meet and Confer re Form and Deposition

Dear Ms Chmura,

Below please find Plaintiff's response to your meet and confer:

1. **LACDMH Authorization Form**

Since your subpoenas are unconstitutionally overbroad Plaintiff will not sign any authorization form.

2. **April 6, 2022 Deposition Deadline**

It is defendants' fault by not making any attempts to receive the records at issue since December 14, 2021. Defendants cannot claim to have been prejudiced by their lack of due diligence. Plaintiff will not stipulate any extension of discovery.

Defendants are not entitled to ex parte relief.

Regards,

Doe

On Wed, Mar 16, 2022 at 3:51 PM Rebecca J. Chmura <rchmura@ccmslaw.com> wrote:

Good Afternoon Ms. Doe,

I am writing to you to meet and confer regarding two separate issues:

1. **LACDMH Authorization Form**

Our process server advised us that the Los Angeles County Department of Mental Health could not release records without the attached authorization form signed by the patient. Given that on December 14, 2021, the Court denied your motion to quash this subpoena and determined that defendants are entitled to these records, please sign and return the attached form so we can facilitate the receipt of these records.

2. **April 6, 2022 Deposition Deadline**

Additionally, we still intend to take your deposition as it pertains to your damages and medical treatment. By no fault of defendants, we still have not yet received all records from four providers (including LACDMH) pursuant to our subpoenas which were upheld on December 14, 2021. We do not anticipate that we will receive these records prior to April 6, 2022, the present deposition cut-off date. Please let us know if you will stipulate to an extension (approximately 60 days) of the deposition cut-off from April 6, 2022 to June 6, 2022. Defendants will suffer prejudice should it not have all records prior to the deposition and also necessitate additional depositions of you once defendants receive those records.

Please (1) sign and return the second page of the attached form and (2) let us know if
you will stipulate to an extension of the deposition cut-off date to June 6, 2022 no later
than, **tomorrow, March 17, 2022 at 5:00 p.m**. If not, defendants will have no choice but
to seek *ex parte* relief with the Court. We appreciate your cooperation and professional
courtesy on these issues. Please contact me by email or phone if you wish to discuss
further.


Thank you,


**Rebecca J. Chmura**
Attorney at Law

**T**: 714-823-4100 | **C**: 626-840-9484
**F**: 714-823-4101
750 The City Drive, Suite 400
Orange, CA 92868
rchmura@ccllp.law

**COLLINS + COLLINS** LLP

www.ccllp.law
Pasadena 626-243-1100 - Orange 714-823-4100 - San Diego 760-274-2110
Northern California 510-844-5100 - Inland Empire 909-581-6100

PLEASE NOTE: The information contained in this e-mail transmission is intended to be sent only to the stated recipient of the e-
mail. If the reader of this message is not the intended recipient or the intended recipient's agent, you are hereby notified that we do
not intend to waive any privilege that might ordinarily attach to this communication and that any dissemination, distribution, or
copying of the information contained in this e-mail is therefore prohibited. You are further asked to notify us of any such error in
transmission as soon as possible at the telephone number shown below and to delete the e-mail. Thank you for your cooperation.

**EXHIBIT 5**

| From: | Rebecca J. Chmura |
|---|---|
| To: | Jane Doe |
| Cc: | Michael L. Wroniak; Jazmin Ruiz |
| Subject: | 22348: RE: 141654.COURTESY COPY OF SDT; CASE: JANE DOE VS. COUNTY OF ORANGE |
| Date: | Wednesday, February 2, 2022 9:53:00 AM |

Good Morning Ms. Doe,

You are correct that the subpoena is identical to one that we served previously to this provider. Given the long wait on a ruling to your Motion to Quash related to this subpoena, the process server canceled our subpoena order and asked that we reissue a new identical subpoena so that we may receive the records. Please let me know if you have any other questions.

Thank you,

**Rebecca J. Chmura**
Attorney at Law

**T**: 714-823-4100 | **C**: 626-840-9484
**F**: 714-823-4101
750 The City Drive, Suite 400
Orange, CA 92868
rchmura@ccllp.law

**COLLINS + COLLINS** LLP

www.ccllp.law
Pasadena 626-243-1100 - Orange 714-823-4100 - San Diego 760-274-2110
Northern California 510-844-5100 - Inland Empire 909-581-6100

PLEASE NOTE: The information contained in this e-mail transmission is intended to be sent only to the stated recipient of the e-mail. If the reader of this message is not the intended recipient or the intended recipient's agent, you are hereby notified that we do not intend to waive any privilege that might ordinarily attach to this communication and that any dissemination, distribution, or copying of the information contained in this e-mail is therefore prohibited. You are further asked to notify us of any such error in transmission as soon as possible at the telephone number shown below and to delete the e-mail. Thank you for your cooperation.

**From:** Jane Doe <courtproceeding9@gmail.com>
**Sent:** Wednesday, February 2, 2022 9:48 AM
**To:** Rebecca J. Chmura <rchmura@ccmslaw.com>
**Subject:** 141654.COURTESY COPY OF SDT; CASE: JANE DOE VS. COUNTY OF ORANGE

Ms Chmura,

Could you let me know what is this about? You already issued the subpoena before why did you issue it again?

Thanks.

---------- Forwarded message ---------
From: **Suporn Sokolowski** <ssokolowski@firstlegal.com>
Date: Tue, Feb 1, 2022 at 10:09 PM
Subject: 141654.COURTESY COPY OF SDT; CASE: JANE DOE VS. COUNTY OF ORANGE
To: Courtproceeding9@gmail.com <Courtproceeding9@gmail.com>

Cc: Denise Cruz <dcruz@firstlegal.com>, Mani Phommasaysy <mphommasaysy@firstlegal.com>, Naomi O'Brien <nobrien@firstlegal.com>, Susan Elias <selias@firstlegal.com>, OE Prep <oeprep@firstlegal.com>, FRR Orders <frrorders@firstlegal.com>

Hello,

RE:
CASE: JANE DOE VS. COUNTY OF ORANGE

Please accept via electronic service of the attached Notice of Issuance of Subpoena for Production of Documents, Information, or Objects pertaining to the above matter.

(Reference work order number: 141654.01)

Sincerely,



**Suporn Sokolowski** | Order Entry Specialist
ssokolowski@firstlegal.com | Direct: 213.254.4126
**First Legal | Records**
Office: 877.591.9979 ext:1809 | Fax: 213.802.0810
https://www.firstlegal.com

**File Thru Trial™**
Private Investigator Licenses: CA PI: 24171 AZ PI: 1551710 NV PI-PS: 1452

This email (including any attachments) contains confidential information intended solely for the use of named addressee, and is protected by law. If you are not the intended recipient, you should delete it immediately and are hereby notified that disclosure, copying, distribution, or reuse of this message or any information contained therein by any other person is strictly prohibited.

**EXHIBIT 6**

## LOS ANGELES COUNTY DEPARTMENT OF MENTAL HEALTH
## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

**CLIENT**:

_____     _____     _____
Name of Client/Previous Name                                      Birth Date                          Client Number

_____
Name of Legal Representative (If applicable)

_____     _____
Street Address                                                            City, State  ZIP Code

**AUTHORIZES**:                                                **USE OR DISCLOSURE OF**
                                                               **PROTECTED HEALTH INFORMATION TO**:

_____     _____
Name of Agency                                                      Name of Health Care Provider/Other

_____     _____
Street Address                                                            Street Address

_____     _____
City, State  ZIP Code                                               City, State ZIP Code

**INFORMATION TO BE RELEASED**:

☐ Assessment/Evaluation          ☐ Psychological Test Results          ☐ Diagnosis
☐ Laboratory Results          ☐ Medication History/Current Medication          ☐ Treatment
☐ Entire Record (Justify): _____
☐ Other (Specify): _____

**NOTE**: Records may include information related to alcohol or drug use and HIV or AIDS. However, treatment records from drug and alcohol facilities or results of HIV test will not be disclosed unless specifically requested.

Check all that apply:     ☐ Alcohol or Drug Records          ☐ HIV Test Results

Method of delivery of requested records:
                    ☐ Mail          ☐ Pickup          ☐ Electronic Device (CD, USB)

**PURPOSE OF USE OR DISCLOSURE**: (Check applicable category)

☐ Client Request
☐ Other (Specify): _____

Will the agency receive any benefits for the use or disclosure of information? ☐ Yes ☐ No

I understand that my Protected Health Information used or disclosed pursuant to this Authorization may no longer be protected by federal law and could be further used or disclosed by the recipient without my authorization.  I also understand that once my information is used or disclosed, it may not be possible to recall.

**EXPIRATION DATE**: This Authorization is valid until _____ / _____ / _____.
                                                                            Month      Day        Year

## LOS ANGELES COUNTY DEPARTMENT OF MENTAL HEALTH
## AUTHORIZATION FOR USE OR DISCLOSURE OF
## PROTECTED HEALTH INFORMATION

**YOUR RIGHTS WITH RESPECT TO THIS AUTHORIZATION**:

**Right to Receive a Copy of Authorization** - I understand that if I agree to sign this Authorization, which I am not required to do, I must be provided with a signed copy of the form.

**Right to Revoke Authorization** - I understand that I have the right to revoke this Authorization at any time by notifying LACDMH in writing.  I may use the Revocation of Authorization at the bottom of this form and mail or deliver the revocation to:

_____          _____
Contact Person                                          Agency Name

_____          _____
Address                                                     City, State  ZIP Code

I also understand that a revocation will not affect the ability of LACDMH or any health care provider to use or disclose the health information for reasons related to the prior reliance on this Authorization or otherwise allowed by law.

**Conditions**: I understand that I may refuse to sign this Authorization without affecting my ability to obtain treatment. However, LACDMH may condition the provision of research-related treatment on obtaining an authorization to use or disclose protected health information created for that research-related treatment. (In other words, if this Authorization is related to research that includes treatment, you will not receive that treatment unless this Authorization form is signed.)

I have had an opportunity to review and understand the content of this Authorization form. By signing this Authorization, I am confirming that it accurately reflects my wishes.

✗ _____          ✗ _____
Signature of Client/Legal Representative                   Date

If signed by someone other than the client, state relationship and authority:
✗ _____

---

## REVOCATION OF AUTHORIZATION

_____
Name of Client

_____          _____
Signature of Client/Legal Representative                   Date

If signed by someone other than the client, print name and state relationship and authority.

Printed Name: _____

Relationship and Authority: _____