UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-00322-JWH-GJS | Date | March 23, 2022 |
|---|---|---|---|
| Title | Jane Doe v. County of Orange et al | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| | Holidae Crawford | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| | None present | None present |

**Proceedings:** Order Re: Ex Parte Application To Continue To Extend Fact Deposition Cut-Off Date And Compel Plaintiff To Sign Authorization To Release Medical Records From LACDMH [118]

Defendants' Ex Parte Application is hereby GRANTED as follows:

1. The Court extends the fact discovery cutoff by 60 days, to June 6, 2022. THERE WILL BE NO FURTHER EXTENSIONS, so the parties are admonished to schedule and take depositions within the time allotted regardless of the status of third-party document discovery. Should third parties not comply with properly served subpoenas, the Court may consider other remedies *upon the timely filing of a fully noticed motion to compel* by Defendants (NOT by way of ex parte application). Any motion to compel must be scheduled to be heard prior to the discovery cutoff.

2. Further, Plaintiff is ordered to sign any required authorization forms for medical institutions that were included in the subpoenas issued prior to the District Judge's December Order affirming this Court's ruling related to medical records (i.e., subpoenas that were included in the related motion practice). Plaintiff is required to sign (and return to Defendants) such authorization(s) on or before Wednesday, March 30, 2022. Should Plaintiff fail to sign such authorization(s), she will be deemed in violation of this Court's order and to have failed to cooperate in

| | | 00:00 |
|---|---|---|
| | Initials of Preparer | hc |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-00322-JWH-GJS | Date | March 23, 2022 |
|---|---|---|---|
| Title | Jane Doe v. County of Orange et al | | |

discovery, and will be subject to sanctions, potentially including the presentation of a recommendation or proposed order to the District Judge that includes preclusionary or terminating sanctions.

IT IS SO ORDERED.

cc: District Judge