Michael L. Wroniak (State Bar No. 210347)
Rebecca J. Chmura (State Bar. 319106)
**COLLINS + COLLINS LLP**
750 The City Drive, Suite 400
Orange, CA  92868
(714) 823-4100 – FAX (714) 823-4101
Email:  mwroniak@ccllp.law
Email:  rchmura@ccllp.law

Attorneys for Defendant
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 2]*<br><br>**DECLARATION OF REBECCA J. CHMURA IN SUPPORT OF DEFENDANTS' MOTION FOR TERMINATING SANCTIONS AND $2,275.00 IN MONETARY SANCTIONS AGAINST PLAINTIFF JANE DOE**<br><br>**Hearing:**<br>**Date:**　　　**June 6, 2022**<br>**Time:**　　　**3:00 p.m.**<br>**Courtroom:**　**640**<br><br>Complaint Filed: 2/18/20<br>Trial Date:　　None |

///

///

///

*FILE # 22348*

1

**CHMURA DECL. ISO MTN TERM. SANCTIONS & MON. SANCTIONS AGAINST PLTF**

# DECLARATION OF REBECCA J. CHMURA

I, Rebecca J. Chmura, declare as follows:

1. I make this Declaration in support of Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington's (collectively, "Defendants") motion for an order pursuant to F.R.C.P. 37(b)(2)(A) for terminating sanctions, specifically dismissal against Plaintiff Jane Doe ("Plaintiff"), and per F.R.C.P. 37(b)(2)(C)(3), monetary sanctions in the amount of $2,275.00 against Plaintiff for Defendants having to incur the costs of bring this motion.

2. I am an attorney duly licensed to practice law in the State of California and in all of the United States Federal District Courts in California. I, and this law firm, Collins + Collins, LLP, represent Defendants in the above captioned action. I have personal knowledge as to the matters declared herein.

3. This Court ordered Plaintiff on March 23, 2022 to sign the LACDMH authorization form, and any other forms that may come up related to the release of her medical records subject to the denied Motions to Quash. (Doc. 120.) The Court specifically held that for her failure to "sign the authorization(s) she will be deemed in violation of this Court's order and to have failed to cooperate in discovery, and will be subject to sanctions, potentially including the presentation of a recommendation or proposed order to the District Judge that includes preclusionary or terminating sanctions." (Doc. 120.)

4. On or about March 28, 2022 Plaintiff filed a Petition for Writ of Mandamus with the Ninth Circuit Court of Appeals (Case 22-70056) to prevent having to comply with this Court's Order.

5. I did not learn that the writ had been denied until late afternoon on April 19, 2022 when the denial email from the Ninth Circuit was forwarded to me by my assistant as I was not included on the service list for that case. I was engaged and

FILE # 22348

2

CHMURA DECL. ISO MTN TERM. SANCTIONS & MON. SANCTIONS AGAINST PLTF

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

on-call to start trial in another matter in the Orange County Superior Court during this week.

6. After the denial of the writ, we assumed that Plaintiff would comply with the Court order and return the authorization form as ordered. However, she did not. As such, after not receiving the form, we attempted to meet and confer with Plaintiff on April 25, 2022 regarding her failure to sign the authorization form as Ordered. Plaintiff did not return the form or provide a response. Attached hereto as Exhibit "1" is a true and correct copy of the April 25, 2022, meet and confer letter I sent to Plaintiff regarding the violation of this Court's orders.

7. There is good cause to permit the waiver of the conference under L.R. 37-1 given that the March 23, 2022 Order was clear that Plaintiff will be deemed in violation of the Order and subject to terminating sanctions if she does not comply and additionally, given the timing of the notice of the denial of the writ and the time to bring this motion before the discovery cut-off, such conference was not possible.

8. I spent three and a half hours preparing and drafting this motion, anticipate spending another 2 hours preparing a reply, and another one hour attending the hearing on this matter- a total of 6.5 hours.

9. I am a fifth-year associate, and my practice consists mainly of the representation of public entities and their employees. I have practiced public entity defense litigation in Southern California for about five years. I handle all of the day-to-day work including drafting and preparing the motions, discovery, motions for summary judgment, taking and defending depositions, attending mediations, and preparing for trial. Based on my experience and credentials, a reasonable rate for other comparable attorneys in Southern California is about $350.00.

10. Given the reasonable rate of $350.00 and the 6.5 hours expended to bring this motion, Defendants were forced to incur $2,275.00 to bring this motion.

///

///

*FILE # 22348*

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

3

**CHMURA DECL. ISO MTN TERM. SANCTIONS & MON. SANCTIONS AGAINST PLTF**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  This Declaration was executed on April 28, 2022 at Orange, California.

By: _____
REBECCA J. CHMURA

*FILE # 22348*

4

**CHMURA DECL. ISO MTN TERM. SANCTIONS & MON. SANCTIONS AGAINST PLTF**

# EXHIBIT 1



REBECCA J. CHMURA
Orange County Office
750 The City Drive, Suite 400
Orange, CA 92868
T 714-823-4100
F 714-823-4101
rchmura@ccllp.law

April 25, 2022

**VIA EMAIL**

Jane Doe

Plaintiff in Pro Se

Re:   *Jane Doe v. County of Orange, et al.*
      USDC Case No:      8:20-CV-00322
      Our File Number:     22348

Dear Ms. Doe:

Please accept this correspondence as Defendants' attempt to meet and confer with you regarding the Los Angeles Department of Mental Health authorization disclosure form. On March 23, 2022, you were ordered by Hon. Gail J. Standish to sign and return the enclosed authorization form no later than March 30, 2022. Shortly thereafter, we were informed that you filed a Writ of Mandamus with the Ninth Circuit Court of Appeal to prevent having to comply with this Court's Order. On April 19, 2022, your petition was denied. As such, as of today's date there is no reason why you should not return the signed authorization form.

Given the April 19, 2022, ruling, and your failure to comply with this Court's March 23, 2022, Order, **please sign and return the attached authorization form no later than April 27, 2022**. As the Court advised, your failure to do so is deemed to be a "violation of the Court's order" and you will be deemed to have "failed to cooperate in discovery, and will be subject to sanctions, potentially including the presentation of a recommendation or proposed order to the District Judge that includes preclusionary or terminating sanctions."

**Los Angeles County
Orange County
San Diego County
Northern California
Inland Empire**

**www.ccmslaw.com**

Jane Doe
April 25, 2022
Page 2

Should you fail to return the enclosed authorization form by April 27, 2022, we will be forced to file a motion under FRCP 37(b)(2)(A) for failing to comply with a Court order and will seek sanctions, including terminating sanctions against you.

Very truly yours,

REBECCA J. CHMURA

COLLINS + COLLINS LLP

*File # 22348*

# LOS ANGELES COUNTY DEPARTMENT OF MENTAL HEALTH
## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

**CLIENT:**

Jane Doe/ ███████████████
Name of Client/Previous Name          Birth Date          Client Number

_____
Name of Legal Representative (If applicable)

_____          _____
Street Address                                    City, State  ZIP Code

**AUTHORIZES:**                              **USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION TO:**

Los Angeles Department of Mental Health          County of Orange c/o Collins + Collins LLP
Name of Agency                                    Name of Health Care Provider/Other

695 S Vermont Ave., Suite 900                     750 The City Drive, Suite 400
Street Address                                    Street Address

Los Angeles, CA 90020                             Orange, CA 92868
City, State ZIP Code                              City, State ZIP Code

                                                  First Legal, 600 W. Santa Ana Blvd., Santa Ana, CA 92701

**INFORMATION TO BE RELEASED:**

[X] Assessment/Evaluation       [X] Psychological Test Results         [X] Diagnosis
[X] Laboratory Results          [X] Medication History/Current Medication   [X] Treatment
[X] Entire Record (Justify): _____
[X] Other (Specify): __Billing_____

**NOTE:** Records may include information related to alcohol or drug use and HIV or AIDS. However, treatment records from drug and alcohol facilities or results of HIV test will not be disclosed unless specifically requested.

<u>Check all that apply:</u>   [X] Alcohol or Drug Records       [X] HIV Test Results

Method of delivery of requested records:
[ ] Mail        [ ] Pickup        [X] Electronic Device (CD, USB)

**PURPOSE OF USE OR DISCLOSURE:** (Check applicable category)          Electronic production to First Legal
[ ] Client Request                                                      receiving@firstlegal.com
[X] Other (Specify): __Litigation_____

Will the agency receive any benefits for the use or disclosure of information? [ ] Yes  [X] No

I understand that my Protected Health Information used or disclosed pursuant to this Authorization may no longer be protected by federal law and could be further used or disclosed by the recipient without my authorization. I also understand that once my information is used or disclosed, it may not be possible to recall.

**EXPIRATION DATE:** This Authorization is valid until _____ / _____ / _____.
                                                        Month    Day      Year

MH 602 (09/2016)                                                          Page 1 of 2

# LOS ANGELES COUNTY DEPARTMENT OF MENTAL HEALTH
## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

**YOUR RIGHTS WITH RESPECT TO THIS AUTHORIZATION**:

**Right to Receive a Copy of Authorization** - I understand that if I agree to sign this Authorization, which I am not required to do, I must be provided with a signed copy of the form.

**Right to Revoke Authorization** - I understand that I have the right to revoke this Authorization at any time by notifying LACDMH in writing. I may use the Revocation of Authorization at the bottom of this form and mail or deliver the revocation to:

| Contact Person | Agency Name |
|---|---|
| Address | City, State  ZIP Code |

I also understand that a revocation will not affect the ability of LACDMH or any health care provider to use or disclose the health information for reasons related to the prior reliance on this Authorization or otherwise allowed by law.

**Conditions**: I understand that I may refuse to sign this Authorization without affecting my ability to obtain treatment. However, LACDMH may condition the provision of research-related treatment on obtaining an authorization to use or disclose protected health information created for that research-related treatment. (In other words, if this Authorization is related to research that includes treatment, you will not receive that treatment unless this Authorization form is signed.)

I have had an opportunity to review and understand the content of this Authorization form. By signing this Authorization, I am confirming that it accurately reflects my wishes.

✗ _____       ✗ _____
Signature of Client/Legal Representative        Date

If signed by someone other than the client, state relationship and authority:
✗ _____

---

## REVOCATION OF AUTHORIZATION

_____
Name of Client

_____       _____
Signature of Client/Legal Representative        Date

If signed by someone other than the client, print name and state relationship and authority.

Printed Name: _____

Relationship and Authority: _____

---

MH 602 (09/2016)                                                                Page 2 of 2