| | |
|---|---|
| 1 | **Michael L. Wroniak (State Bar No. 210347)** |
| 2 | **Rebecca J. Chmura (State Bar. 319106)** |
|   | **COLLINS + COLLINS LLP** |
| 3 | **750 The City Drive, Suite 400** |
| 4 | **Orange, CA  92868** |
|   | **(714) 823-4100 – FAX (714) 823-4101** |
| 5 | **Email:  mwroniak@ccllp.law** |
| 6 | **Email:  rchmura@ccllp.law** |
| 7 | |
|   | Attorneys for Defendant |
| 8 | COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE |
|   | BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; |
| 9 | KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON |

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | | |
|---|---|---|
| JANE DOE, | ) | CASE NO. 8:20-cv-00322-JWH (GJS) |
|  | ) | *[Assigned to Judge John W. Holcomb* |
| Plaintiffs, | ) | *Courtroom 2]* |
|  | ) | |
| vs. | ) | **DEFENDANTS' APPLICATION TO** |
|  | ) | **PERMANENTLY SEAL DOCUMENT** |
| COUNTY OF ORANGE; DON | ) | **126-1** |
| BARNES; WILLIAM BAKER; JOE | ) | |
| BALICKI; MARK STICHTER; and | ) | *[Filed Concurrently with: Declaration of* |
| DOES 1-10, inclusive, | ) | *Rebecca Chmura, and [Proposed] Order]* |
|  | ) | |
| Defendants. | ) | Complaint Filed: 2/18/20 |
|  | ) | Trial Date:        None |
|  | ) | |
|  | ) | |

///
///
///
///

*FILE # 22348*

1

**DEFENDANTS' APPLICATION TO PERMANENTLY SEAL DOCUMENT 126-1**

## DEFENDANTS' APPLICATION TO SEAL DOCUMENT 126-1

**PLEASE TAKE NOTICE THAT** Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants") hereby applies to the Court to seal the Declaration of Rebecca Chmura in support of Defendants' Motion for Terminating Sanctions and $2,275.00 in Monetary Sanctions against Plaintiff Jane Doe ("Plaintiff") and Exhibit "1" attached thereto, which was filed on April 28, 2022 at Doc. No. (Dkt. 126-1.) On Exhibit "1" attached to the Declaration, Defendants redacted the true name and other identifying information of Plaintiff. However, by an inadvertent and unintentional error the information was not fully redacted. Accordingly, Defendants respectfully request the Court to permanently restrict any access to Defendant's Declaration and Exhibit "1" (Dkt. 126-1.)

DATED: May 3, 2022                COLLINS + COLLINS LLP

By: _____
REBECCA J. CHMURA
MICHAEL L. WRONIAK
Attorneys for Defendant COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; RACHEL ADDINGTON