**Michael L. Wroniak (State Bar No. 210347)**
**Rebecca J. Chmura (State Bar. 319106)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email: mwroniak@ccllp.law**
**Email: rchmura@ccllp.law**

Attorneys for Defendant
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 2]*<br><br>**JOINT NOTICE OF NON-SETTLEMENT**<br><br>Complaint Filed: 2/18/20<br>Trial Date:　　None |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** Plaintiff Jane Doe, in *pro se* ("Plaintiff"), and Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriguez, and Rachel Addington (collectively, "Defendants"), by and through their counsel of record

FILE # 22348

1

**JOINT NOTICE OF NON-SETTLEMENT**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

herein, Rebecca J. Chmura, Esq., Collins + Collins, LLP, per Doc. 131, hereby advises and notifies this Court and the District Judge John W. Holcomb that Plaintiff and Defendants attended a Settlement Conference on May 4, 2022. Further, it is hereby advised and notified of the unsuccessful effort to settle the case during such conference.

DATED: 5/5/2022

By: */s/ Jane Doe*
    JANE DOE
    Plaintiff in *Pro Se*

DATED: 5/5/2022        COLLINS + COLLINS LLP

By: _____
    REBECCA J. CHMURA
    MICHAEL L. WRONIAK
    Attorneys for Defendant COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; RACHEL ADDINGTON

*FILE # 22348*

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

2

**JOINT NOTICE OF NON-SETTLEMENT**