**Michael L. Wroniak (State Bar No. 210347)**
**Rebecca J. Chmura (State Bar. 319106)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA  92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email:  mwroniak@ccllp.law**
**Email:  rchmura@ccllp.law**

Attorneys for Defendant
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE, | CASE NO. 8:20-cv-00322-JWH (GJS) |
| Plaintiffs, | *[Assigned to Judge John W. Holcomb Courtroom 2]* |
| vs. | **DECLARATION OF REBECCA J. CHMURA IN RESPONSE TO ORDER TO SHOW CAUSE RE: WHY SANCTIONS IN THE AMOUNT OF $500 SHOULD NOT BE IMPOSED (DOC. 133)** |
| COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive, | |
| Defendants. | Complaint Filed: 2/18/20 |
| | Trial Date:         None |

*FILE # 22348*

1

**CHMURA DECL. RESP OSC WHY SANCTIONS SHOULD NOT BE IMPOSED (DOC. 133)**

# DECLARATION OF REBECCA J. CHMURA

I, Rebecca J. Chmura, declare as follows:

1. I am an attorney licensed to practice in California, and in all United States District Courts, District of California and an associate with the law firm of Collins + Collins, LLP, attorneys of record in this matter for Defendants County of Orange ("County"), Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants"). I am not a party to this action. All the facts set forth in this declaration are personally known to me, and if called upon to testify thereto, I could and would competently do so.

2. This declaration is submitted in response to this Court's Order to Show Cause ("OSC") re: Why Sanctions in the amount of $500 should not be imposed for the alleged mishandling of Plaintiff Jane Doe ("Plaintiff") personal information. (Doc. 133)

3. On Thursday, April 28, 2022, I had my office file Defendants' Motion for Terminating Sanctions and $2,275.00 in Monetary Sanctions ("Motion") against Plaintiff (Doc. 126), which was concurrently filed with the Declaration of Rebecca J. Chmura and Exhibit "1" in Support of Defendants' Motion at Dkt. No. 126-1 ("Declaration"), and [Proposed] Order Granting Defendants' Motion at Dkt. No. 126-2.

4. Exhibit "1" included with Doc. 126-1 originally contained personal information related to Plaintiff. Understanding and respecting that all of her personal information needs to be redacted from these documents pursuant to prior Court order, I redacted the document to conceal all personal information related to Plaintiff on both pages. The first page of Exhibit "1" was redacted as below. In fact, I tried to ensure that every part of her potential personal information was redacted, including her address and email, both of which are Plaintiff's public contact information in this matter.

FILE # 22348

2

**CHMURA DECL. RESP OSC WHY SANCTIONS SHOULD NOT BE IMPOSED (DOC. 133)**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

**COLLINS + COLLINS** LLP

REBECCA J. CHMURA
Orange County Office
750 The City Drive, Suite 400
Orange, CA 92868
T 714-823-4100
F 714-823-4101
rchmura@ccllp.law

April 25, 2022

**VIA EMAIL**

Jane Doe
[REDACTED]

Plaintiff in Pro Se

Re:  Jane Doe v. County of Orange, et al.
     USDC Case No:    8:20-CV-00322
     Our File Number:  22348

5. The second page of Exhibit "1" was redacted as below. Again, I attempted in good faith to conceal Plaintiff's potential personal information.

**LOS ANGELES COUNTY DEPARTMENT OF MENTAL HEALTH
AUTHORIZATION FOR USE OR DISCLOSURE OF
PROTECTED HEALTH INFORMATION**

CLIENT:
Jane Doe/[REDACTED]                    [REDACTED]
Name of Client/Previous Name          Birth Date        Client Number

Name of Legal Representative (If applicable)

6. On Saturday, April 30, 2022, Plaintiff notified me via email that Exhibit "1" attached to the Declaration (Dkt. No 126-1) was not fully redacted. Plaintiff claimed that the "content under the black rectangles is viewable simply by moving the rectangles away."

7. Both my assistant and I were not in the office on Saturday, April 30, and Sunday,

May 1, 2022.

8. On Monday, May 2, 2022, having reviewed Plaintiff's email, and knowing that I had redacted the documents myself, I immediately notified Plaintiff that I was looking into her email and the redaction on Doc. 126-1. I downloaded the document from the Court's docket and I could not move the boxes away from the document. I asked my assistant to try and do the same. She did as well, and could not remove the boxes. However, my assistant then informed me that if you manipulate the pages you could copy and paste the information underneath. Learning this information was surprising as I had thought that I fully redacted the information by placing the boxes over anything that could be considered personal information.

9. After I realized this could be done, I notified Plaintiff that we would withdraw and re-file the motion as she had asked. On May 2, 2022, I submitted a notice of errata and resubmitted the motion with full redactions. My assistant also attempted to contact the clerk several times to see about withdrawing Doc. 126-1 and to ask the clerk to temporarily seal the declaration. We were told by the clerk on May 3, 2022 to file an Application to permanently seal the document. We filed the Application on May 3, 2022.

10. Based on the foregoing, I respectfully request that this Court discharge this OSC re: Sanctions and not issue sanctions against Defendants or my firm. Neither I, Collins + Collins, LLP, nor Defendants had any intention whatsoever to disobey any Court or Protective Order. In good faith, I submitted the document believing that I had properly redacted the document to conceal Plaintiff's personal information and acted in accordance with this Court's Orders and the applicable Protective Order. There was no improper motive, ill-will, or intent to not conceal Plaintiff's personal information. My office and I also tried diligently to rectify the error as soon as it was discovered.

11. This is not the case where myself or my office failed to redact the information

entirely. Rather, the document was redacted, but due to my unintentional, inadvertent, and truly honest mistake, it was not properly redacted such that, as described above, someone could manually manipulate the document to uncover the redated information. I respectfully submit that neither myself, my firm, nor Defendants should be penalized or subject to sanctions when there was good faith effort and intent to comply with this Court's Orders and protect Plaintiff's personal information.

I declare under penalty of perjury under the laws of the State of California and the United States District Court, District of California, Central District that the foregoing is true and correct. Executed on May 6, 2022, at Orange, California.

By: *[signature]*
REBECCA J. CHMURA

FILE # 22348

5

**CHMURA DECL. RESP OSC WHY SANCTIONS SHOULD NOT BE IMPOSED (DOC. 133)**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101