**Michael L. Wroniak (State Bar No. 210347)**
**Rebecca J. Chmura (State Bar. 319106)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA  92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email:  mwroniak@ccllp.law**
**Email:  rchmura@ccllp.law**

Attorneys for Defendants
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiffs,<br><br>  vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 2]*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Notice; Memorandum of Points & Authorities; Joint Exhibits; Joint Statement; Exhibit Table of Contents; [Proposed] Judgment; and [Proposed] Order]*<br><br>**Hearing**<br>**Date:**       June 15, 2022<br>**Time:**       10:00 a.m.<br>**Dept.:**       640<br><br>Complaint Filed: 2/18/20<br>Trial Date:            None |

*FILE # 22348*

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone  (714) 823-4100
Fax       (714) 823-4101

1

**RJN ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

**TO THIS COURT AND JANE DOE IN *PRO PER*:**

**PLEASE TAKE NOTICE** that Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriguez, and Rachel Addington (collectively, "Defendants"), as it relates to their Motion for Summary Judgment, or, in the alternative, Partial Summary Judgment, hereby request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts and records.

Under Rule 201 of the Federal Rules of Evidence, a court may take judicial notice of any fact "not subject to reasonable dispute in that it is...capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Courts routinely take judicial notice of pleadings from other cases where such pleadings bear on the issues before the Court. (*See, e.g.*, Fed. R. Evid. 201; *MGIC Indem. Corp. v. Weisman*, 803 F. 2d 500, 504 (9th Cir. 1986); Cal. Evidence Code §452(d) (under California law courts may take judicial notice of records of any state or federal court).) Moreover, the statements made in the following records are not hearsay under Federal Rule of Evidence 801(d)(2), Opposing Party Statement, as the statements were made by Plaintiff Jane Doe.

1. Attached to the Joint Exhibit Part C at 269-362 is a true and correct copy of the January 27, 2020, Complaint for Damages filed by Plaintiff Jane Doe, entitled *Jane Doe v. City of El Monte, et al.*, in the United States District Court, Central District of California, Case No. CV20-00797-RGK-JDE.

2. Attached to the Joint Exhibit Part C at 363-399 is a true and correct copy of the May 20, 2020, Complaint for Damages filed by Plaintiff Jane Doe, entitled *Jane Doe v. Gavin Newsom, et al.*, in the United States District Court, Central District of California, Case No. 2:20-cv-04525-JAK(PVCx).

3. Attached to the Joint Exhibit Part C at 400-409 is a true and correct copy of the May 7, 2020, Complaint for Damages filed by Plaintiff Jane Doe, entitled *Jane Doe v. Edward Weamer,* in the Superior Court of California, County of

Contra Costa, Case No. C20-00827.

4. Attached to the Joint Exhibit Part B at 238-241 is a true and correct copy of Section 1231.3.6 Lighting from the Title 24 Minimum Standards for Local Detention Facilities from the Board of State and Community Corrections.

DATED: May 13, 2022                    COLLINS + COLLINS LLP

By: _____
REBECCA J. CHMURA
MICHAEL L. WRONIAK
Attorneys for Defendants COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; RACHEL ADDINGTON

*FILE # 22348*

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax     (714) 823-4101

3

**RJN ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**