**Michael L. Wroniak (State Bar No. 210347)**
**Rebecca J. Chmura (State Bar. 319106)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA  92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email:  mwroniak@ccllp.law**
**Email:  rchmura@ccllp.law**

Attorneys for Defendants
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiffs,<br><br>   vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>             Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 2]*<br><br>**EXHIBIT TABLE OF CONTENTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br>*[Filed concurrently with Notice; Memorandum of Points & Authorities; Joint Exhibits; Joint Statement; Request for Judicial Notice; [Proposed] Judgment; and [Proposed] Order]*<br><br>**Hearing**<br>**Date:**     June 15, 2022<br>**Time:**     10:00 a.m.<br>**Dept.:**     640<br><br>Complaint Filed: 2/18/20<br>Trial Date:          None |

*FILE # 22348*

1

**EXHIBIT TABLE OF CONTENTS DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriguez, and Rachel Addington (collectively, "Defendants") hereby submit this Exhibit Table of Contents in support of its Motion for Summary Judgment, or, in the alternative, Summary Adjudication against Plaintiff Jane Doe's ("Plaintiff") Fourth Amended Complaint.

## EXHIBITS SUBMITTED

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| A | Excerpts from Plaintiff Jane Doe's ("Plaintiff") March 31, 2021, Deposition, Vol. II | 1-103 |
| A | Exhibit 2 from Plaintiff's March 31, 2021, Deposition, Vol. II/ Jail Commissary Order Slip | 104-105 |
| A | Exhibit 3 from Plaintiff's March 31, 2021, Deposition, Vol. II/ Booking Record | 106 |
| B | Plaintiff's Verified Responses to Defendant Devonna Falconer's Requests for Admission, Set One | 107-116 |
| B | Plaintiff's Verified Responses to Defendant Joe Balicki's Requests for Admission, Set | 117-122 |

*FILE # 22348*

2

**EXHIBIT TABLE OF CONTENTS DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | One | |
|---|---|---|---|
| | B | Plaintiff's Verified Responses to Defendant Rachel Addington's Interrogatories, Set One | 123-139 |
| | B | Plaintiff's Verified Responses to Defendant County of Orange's Interrogatories, Set One | 140-180 |
| | B | August 11, 2019 Search Report | 181 |
| | B | 1600- Orange County Jail Rules | 182-212 |
| | B | Orange County Jail Policies | 213-226 |
| | B | Title 15 Minimum Standards for Local Detention Facilities- Article 13 | 227-237 |
| | B | Title 24 Minimum Standards for Local Detention Facilities- 1231.3.6 | 238-241 |
| | C | Excerpts from Plaintiff's May 6, 2022, Deposition, Vol. IV | 242-268 |
| | C | Exhibit 1 from Plaintiff's May 6, 2022, Deposition, Vol. IV / Jane Doe v. City of El Monte Complaint | 269-362 |

*FILE # 22348*

3

**EXHIBIT TABLE OF CONTENTS DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

| | | | |
|---|---|---|---|
| | C | Exhibit 2 from Plaintiff's May 6, 2022, Deposition, Vol. IV / Jane Doe v. Gavin Newsom Complaint | 363-399 |
| | C | Exhibit 3 from Plaintiff's May 6, 2022, Deposition, Vol. IV / Jane Doe v. Edward Weamer Complaint | 400-409 |
| | D | Declaration of Commander Mark Stichter (Retired) | 410-416 |
| | D | Declaration of Dave O'Connell | 417-420 |
| | D | Declaration of Deputy Devonna Falconer | 421-426 |
| | D | Declaration of Deputy Rachel Addington | 427-431 |
| | D | Declaration of Deputy Kassandra Mayer | 432-436 |
| | D | Declaration of Deputy Elia Rodriguez | 437-442 |
| | D | Declaration of Deputy Reyna Rivera | 443-448 |

*FILE # 22348*

4

**EXHIBIT TABLE OF CONTENTS DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

| | | |
|---|---|---|
| D | Declaration of Rebecca J. Chmura, Esq. | 449-452 |
| E | Defendant Don Barnes Verified Responses to Plaintiff's Requests for Admission, Set Two | 453-464 |
| E | Orange County Sheriff's Department Policy Manual, Section 200.13 | 465-467 |

DATED: May 13, 2022                                   COLLINS + COLLINS LLP

By: _____
REBECCA J. CHMURA
MICHAEL L. WRONIAK
Attorneys for Defendants COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; RACHEL ADDINGTON

*FILE # 22348*

5

**EXHIBIT TABLE OF CONTENTS DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**