```
 1              UNITED STATES DISTRICT COURT
 2         DISTRICT OF CALIFORNIA, CENTRAL DISTRICT
 3   _____
                                 )
 4   JANE DOE,                   )
                                 )
 5           Plaintiff,          )
                                 )
 6        vs.                    )No.
                                 )SACV-20-00322-JWH(GJS)
 7   COUNTY OF ORANGE; DON BARNES;)
     WILLIAM BAKER; JOE BALICKI;  )
 8   MARK STICHTER; and DOES 1-10,)
     inclusive,                  )
 9                               )
             Defendants.         )
10   _____)
11
12
13
14
15      REMOTE, VIDEOTAPED DEPOSITION OF JANE DOE
16   ████████████████████████
17            Wednesday, March 31, 2021
18                  Volume II
19
20
21   Reported by:
     JILL GLANTZ
22   CSR No. 11341
23   Job No. 4502635
24   PAGES 15 - 191
25
```

Page 15

DEFTS. MSJ A 1

```
 1              UNITED STATES DISTRICT COURT
 2         DISTRICT OF CALIFORNIA, CENTRAL DISTRICT
 3    _____
                                    )
 4    JANE DOE,                     )
                                    )
 5              Plaintiff,          )
                                    )
 6         vs.                      )No.
                                    )SACV-20-00322-JWH(GJS)
 7    COUNTY OF ORANGE; DON BARNES;)
      WILLIAM BAKER; JOE BALICKI;  )
 8    MARK STICHTER; and DOES 1-10,)
      inclusive,                    )
 9                                  )
                Defendants.         )
10    _____)
11
12
13
14
15         Remote, videotaped deposition of JANE DOE,
16    Volume II, taken on behalf of Defendants, in
17    ███████████████████ beginning at 10:04 a.m. and
18    ending at 5:29 p.m. on Wednesday, March 31, 2021,
19    before JILL GLANTZ, Certified Shorthand Reporter
20    No. 11341.
21
22
23
24
25
                                              Page 16
```

DEFTS. MSJ A 2

```
 1   APPEARANCES:

 2

 3   For Plaintiff:

 4         IN PRO PER

 5

 6   For Defendants:

 7         COLLINS COLLINS MUIR & STEWART LLP

 8         BY:  MARIAH A. WITT

 9         Attorney at Law

10         750 The City Drive, Suite 400

11         Orange, California 92868

12         (714) 823-4100

13         mwitt@ccmslaw.com

14

15   Videographer:

16         CHELCIE LEWIS

17

18

19

20

21

22

23

24

25
```

Page 17

DEFTS. MSJ A 3

```
 1                           INDEX

 2

 3    WITNESS                          EXAMINATION

 4    JANE DOE
      VOLUME II

 5

 6                      BY MS. WITT              20

 7

 8                        EXHIBITS

 9    NUMBER              DESCRIPTION              PAGE

10    Exhibit 1    Second Amended Notice of Deposition

11                 to Plaintiff Jane Doe            74

12    Exhibit 2    Jail Commissary Order Slip       74

13    Exhibit 3    Booking Record                  154

14    Exhibit 4    Jail Operations: 24-Hour Log    174

15

16

17

18

19

20

21

22

23

24

25

                                          Page 18
```

DEFTS. MSJ A 4

1      A    No.

2      Q    Did you want one?

3      A    At that point, I -- I couldn't think

4   straight.  I was very scared.  I was shocked.  I --

5   so everything happened.  I was still not able to        11:23:55

6   think.  And at that point, I didn't have any -- any

7   ability to think.

8      Q    Retrospectively, would you have liked a

9   further psychological -- wow, sorry -- further

10  psychological examination?                              11:24:32

11     A    At that point -- at that point, I couldn't,

12  because -- at that point, I was not stripped --

13  strip searched.

14     Q    Okay.  So after you spoke with the male nurse

15  or male staff about your psychological health and       11:25:19

16  medication, what happened next?

17     A    I was told to go to a cell with other inmates

18  waiting to further processing.  I remember later

19  they took my fingerprints.  Yeah.

20     Q    Okay.  And when you were placed in that cell    11:25:59

21  with other inmates, did you speak with anyone?

22     A    No.

23     Q    Do you know approximately how long you

24  waited?

25     A    No.                                             11:26:11

Page 60

```
 1        Q    Could you guesstimate whether it was over an
 2   hour or under an hour?
 3        A    No.
 4        Q    Was there a clock in there?
 5        A    No.                                          11:26:23
 6        Q    Could you see any windows that would indicate
 7   what time of day it was?
 8        A    No, there's no window.
 9        Q    Okay.  So after you waited for a while, you
10   were taken back out of that cell with other inmates    11:26:37
11   and you were fingerprinted?
12        A    I don't recall after I was screened for my
13   psychological health, they took my fingerprint right
14   after that or I waited in the cell and they did it
15   after a while.  I don't recall.  But --                11:27:13
16        Q    Okay.  Okay.
17        A    I don't recall.
18        Q    So I understand that you don't recall exactly
19   when that was, but what happened after that?
20        A    After they took my fingerprint, I was told to  11:27:36
21   go to another area.  They told me to take a shower,
22   and I asked -- because I saw there's no -- there's
23   no doors, nothing, just a two-standing shower over
24   there.  And you have to take a shower when other
25   people can see.  So I asked the deputy if I could     11:28:25
```

Page 61

DEFTS. MSJ A 6

1    skip the shower, and she told me "no."  So I got

2    to -- undressed myself in front of a bunch of people

3    and took a shower and got the jail uniform.

4        Q    Okay.  And when you say there was a "bunch of

5    people" there, what people were there?  Or how many      11:29:18

6    people were there?

7        A    There were other inmates, and I don't recall

8    the exact number of people; probably five or six.  I

9    don't recall.

10       Q    And that was a combination of inmates and       11:29:39

11   deputies?

12       A    The deputy I asked about whether I could skip

13   shower was sitting in a workstation with window, and

14   I don't recall when we -- when we went into that

15   area, I don't recall there was a door.                   11:30:33

16       Q    Ms. Doe, that's not what I asked.  I said was

17   the bunch of people there, that you said

18   approximately five and six, a combination of inmates

19   and deputies?

20       A    There is one deputy sitting in the              11:30:53

21   workstation because there is no door to that area.

22   So I don't know how many other deputies.  How can I

23   put it?

24       Q    It's a "yes" or "no" answer.  Was the five to

25   six people that you just estimated were there a          11:31:24

Page 62

**DEFTS. MSJ A 7**

1  combination of inmates and deputies?

2     A   It's not a single "yes" or "no" question,

3  because I don't know how many other deputies can see

4  through that area.

5     Q   That's not what I asked.  You said there was   11:31:49

6  a bunch of people in the room.

7     A   It's not a closed area.

8     Q   I understand that.  So aside from the deputy

9  that was in the working station with the window,

10 were the other people all inmates that you could   11:32:05

11 see?

12    A   It's all the inmates that I could observe at

13 the time.  But that area was not a closed area.

14    Q   You have made that very clear.  I know.  The

15 deputy that was in the working station, were they   11:32:51

16 female?

17    A   Yes.

18    Q   Was that the same deputy that transported you

19 to the shower area?

20    A   No.   11:33:04

21    Q   So there was a deputy that transported you to

22 that area and then a deputy in the workstation and

23 then a couple inmates that were also either

24 showering or going to shower; correct?

25    A   Yes.   11:33:14

Page 63

**DEFTS. MSJ A 8**

1     Q    After you showered and got in jail uniform,

2    what happened next?

3     A    I changed into the jail uniform without a

4    bra.

5     Q    Why without a bra?                          11:33:41

6     A    Because the bra was -- looked very dirty.

7     Q    Why did it look dirty?

8     A    They looked gray, and they were supposed to

9    be white.

10    Q    Isn't it possible, though, just like in our    11:34:04

11   regular clothes, they can be washed but still have

12   stains or discoloration?

13    A    They looked old, probably more accurate.

14   They looked very old and ugly.

15    Q    Did you say "ugly"?                          11:34:41

16    A    Yes.

17    Q    So you have no -- so it's a better

18   characterization that the bra they provided you was

19   old but not necessarily dirty; correct?

20    A    But they looked -- they gave me the          11:35:04

21   perception that they were not clean.

22    Q    What gave you that perception?  Is it just

23   the color of the bra?

24    A    The color and the wrinkles, yeah.

25    Q    Do you think the jail should have given you a   11:35:35

Page 64

**DEFTS. MSJ A 9**

```
 1    brand new bra?

 2        A    I don't expect if they were brand new, but I

 3    didn't expect they were so old and -- yeah.

 4        Q    But your testimony is that it was just old,

 5    not dirty; correct?                                    11:36:04

 6        A    They looked dirty.

 7        Q    Do you have any reason to believe it wasn't

 8    cleaned, i.e., been washed before you used it?

 9        A    Can you say again?

10        Q    Yes.  I said but you have no reason to        11:36:31

11    believe that the bra was not clean, for example,

12    that they washed it prior to providing it to you?

13        A    There's a possibility that they washed, but

14    didn't washed -- didn't wash properly.

15        Q    Isn't it possible, though, that clothes that  11:37:07

16    are older have stains on them?

17        A    Yes.

18        Q    And isn't possible that clothes that are

19    older are wrinkled and not keep their shape as well?

20        A    Yes.                                          11:37:25

21        Q    But it doesn't necessarily mean that they're

22    dirty, does it?

23        A    Yeah, like I said, they looked dirty.

24        Q    That's not what I asked.  I'm saying it's

25    possible that even though clothes are stained and     11:37:40
```

Page 65

**DEFTS. MSJ A 10**

```
1    wrinkly does not necessarily mean that it's dirty;

2    correct?

3        A   I don't know.

4        Q   Okay.  But you chose not to put on the bra on

5    your own personal choice; correct?                    11:38:11

6        A   Because I didn't know I would be subject to

7    strip search.

8        Q   It's not what I asked.  I said you personally

9    chose not to put on the bra; correct?

10       A   It's not a simple correct or not question.     11:38:40

11       Q   It is.  You were provided a bra by the jail,

12   and you chose not to put it on because you thought,

13   and I quote, "old and ugly"; correct?

14       A   I made that decision based on the information

15   available to me at that point.                         11:39:10

16       Q   Okay.  But you could have put it on; right?

17       A   If somebody told me I would be subject to

18   strip search, I would have put it on.

19       Q   Okay.  Did you see other inmates put on the

20   undergarments that were provided to them?              11:39:37

21       A   Yes.

22       Q   Were you directed by any person of the jail

23   to put on the undergarments provided to you?

24       A   Not when I was initially issued the uniforms.

25       Q   Okay.  So when you didn't put on the bra,      11:40:07
```

Page 66

**DEFTS. MSJ A 11**

```
 1    what did you do with it?

 2        A    I left it somewhere.  I don't -- I don't

 3    recall where I left it.

 4        Q    And after you put on the clothes, what

 5    happened next?                                    11:40:31

 6        A    I was told to go to a cell waiting with other

 7    inmates.

 8        Q    At this point, had you completed the booking

 9    process?

10        A    I believe so, because I was wearing jail    11:40:56

11    uniform.

12        Q    Okay.  Do you have any idea what time it was

13    at this point?

14        A    Yes.

15        Q    And same thing, you didn't see a clock?      11:41:15

16        A    No.

17        Q    Or a window?

18        A    No.

19        Q    Based on your guess, had it been a few hours

20    by this point?                                     11:41:26

21        A    A few hours from my arrival, yes.

22        Q    When you got into that cell with other

23    room- -- with other roommates -- with other inmates,

24    do you know where you were in the jail?

25        A    I believe it's the first floor.           11:41:57
```

Page 67

**DEFTS. MSJ A 12**

```
 1        Q    Did you talk with anyone while you were

 2   there?

 3        A    Yes.

 4        Q    Who did you talk to?

 5        A    I don't know her name.  I saw her having        11:42:11

 6   food, so I asked her where she got the food.  She

 7   told me it's the deputy who gave her the food, and

 8   then I asked for food.

 9        Q    Okay.  And let me clarify.  The person,

10   female that you're talking about is another inmate?    11:42:48

11        A    Yes.

12        Q    Do you recall what she looked like?

13        A    She's shorter than me, long hair, curly hair.

14        Q    Okay.  Do you know if she ended up being

15   housed in Tank 2 with you?                             11:43:15

16        A    I'm sorry?

17        Q    Did she end up being housed in Tank 2 with

18   you?

19        A    No.  I remember she's classified on different

20   security level.                                        11:43:40

21        Q    How do you know that?

22        A    On the -- I recall everybody had a -- just

23   like when you went to -- when you go to the

24   hospital, they gave you a wrist band; the color of

25   the wrist band is different.                           11:44:04
```

Page 68

**DEFTS. MSJ A 13**

1    Q    Okay.  So after she told you that a deputy

2    provided her that meal, what happened next?

3    A    I asked for food.

4    Q    Who did you ask?

5    A    Just a deputy passed by.                    11:44:35

6    Q    Female or male?

7    A    Female.

8    Q    And what happened?

9    A    She told me "you will get food later."

10   Q    She said what?  Sorry.                      11:44:56

11   A    "You will get food later."

12   Q    Do you know if that deputy was working in the

13   area where you were located?

14   A    I believe so, because she -- she's walking

15   around that area.                               11:45:21

16   Q    Did you ask any other deputy or personnel for

17   food?

18   A    I don't recall whether I asked the same

19   deputy or a different deputy.  But I recall I asked

20   in a total of at least three times.             11:45:40

21   Q    But you don't know if it was the same person?

22   A    I don't recall.

23   Q    And the two other times that you asked, what

24   was their response?

25   A    The same.                                   11:45:54

Page 69

DEFTS. MSJ A 14

```
 1        Q    That "you will get food later"?

 2        A    Yes.

 3        Q    Did you go back and speak to the inmate that

 4   did have food about how she got her food?

 5        A    No.                                        11:46:10

 6        Q    At this point, do you know what time it was,

 7   approximately?

 8        A    No.

 9        Q    And do you know how long you waited in that

10   room with the other inmates?                         11:46:26

11        A    A few hours.

12        Q    Okay.  Did you speak to anyone else during

13   that time frame?

14        A    No.  Oh --

15        Q    Did you -- go ahead.                        11:46:51

16        A    I did -- I just asked somebody how long --

17   how long we will stay there.

18        Q    And by "somebody," you mean a deputy?

19        A    No, an inmate.

20        Q    Oh, okay.  And what was her response?       11:47:16

21        A    I don't recall the exact response, but I

22   recall I asked somebody how long we will stay there.

23        Q    Okay.  While you were there for a few hours,

24   did you see anybody else get food?

25        A    They -- they got food -- they got food before  11:47:51
```

Page 70

**DEFTS. MSJ A 15**

```
 1    we were there.
 2        Q    Okay.  But while you were sitting in that
 3    cell or in the tank/cell for those few hours, did
 4    any person or deputy provide someone else food and
 5    not you?                                          11:48:21
 6        A    No.
 7        Q    Okay.  So after you waited for a few hours,
 8    what happened next?
 9        A    I was told to go upstairs with other inmates.
10        Q    Okay.  Did you go upstairs?              11:48:47
11        A    Yes.
12        Q    Was it with a group of inmates or one other
13    inmate?
14        A    A group of inmates.
15        Q    Okay.  And what happened next?           11:48:59
16        A    We were told to line up, and that's the first
17    strip search.
18        Q    Okay.  I want to go into detail with this,
19    and I'm looking at the time, and it's 11:50, so
20    probably a good idea to stop and take lunch at this   11:49:32
21    point.  What is everyone comfortable with, including
22    Jill and Chelcie here?
23            THE VIDEOGRAPHER:  Did you want to go off
24    record first, Counsel?
25            MS. WITT:  Yeah, let's go off record.     11:49:50
```

Page 71

DEFTS. MSJ A 16

```
 1          THE VIDEOGRAPHER:  We are going off the
 2    record.  The time is 11:49 a.m.
 3
 4          (A lunch recess was taken from
 5          11:49 a.m. to 12:51 p.m.)                    11:49:53
 6
 7          THE VIDEOGRAPHER:  We are back on the record.
 8    The time is 12:51 p.m.
 9    BY MS. WITT:
10      Q    So just before we left for lunch, we had    12:51:55
11    talked about that you were told to go upstairs with
12    a group of inmates and to line up and that was where
13    the first strip search was.  And I am going to ask
14    you to just explain what happened there, and I then
15    I will ask some follow-up questions.                12:52:16
16      A    So we were told to line up shoulder to
17    shoulder and remove our clothing, with only the
18    underwear.  And we were told to do some motion and
19    turn around, shake our hair.  And before the strip
20    search started, one deputy notices that I was not    12:53:26
21    wearing a bra, so she called somebody to give me a
22    bra.  And I have to wear a bra with all the people
23    around without any chance to use a bathroom.
24      Q    Okay.
25      A    And --                                       12:54:05
```

Page 72

DEFTS. MSJ A 17

1    Q    Go ahead.

2    A    So not everybody was on period, but I was on

3  period at the time, so I was told to pull down my

4  underwear, lift up my pad, twist it in front of the

5  deputy, and put it back in my underwear.  Because      12:54:36

6  it's my first time to be arrested, I was not

7  familiar with the -- everything in the jail, and I

8  was not functioning at the time because I was

9  shocked.  I do -- didn't believe what's happening --

10  what's happening is true, and I didn't -- I didn't   12:55:43

11  do it as the deputy instructed properly.  I didn't

12  know how to shake my hair properly, and the deputy

13  slapped my head.  And after we were strip searched,

14  we were issued the mattress.  And then I took my

15  mattress to the holding cell.                         12:56:37

16    Q   I'm going to stop there because I want to ask

17  some follow-up questions and don't want you to get

18  too far ahead.  I'm going to start, do you allege

19  that you were wrongfully arrested?

20    A   Because wrongfully arrest is a legal term.      12:57:14

21    Q   I am actually not aware that it is.  But I

22  can ask it a different way.  I mean, do you allege

23  that the arrest was -- that the actual arrest, so

24  you being arrested and placed in jail was improper

25  in any way?                                           12:57:45

Page 73

DEFTS. MSJ A 18

```
 1      A   I can't answer this question, because I'm not
 2   an attorney, but...
 3      Q   Okay.  But you did testify that you had never
 4   been to jail before; is that correct?
 5      A   Correct.                                    12:58:09
 6      Q   So this was your first time?
 7      A   Yes.
 8      Q   At some point in the jail, do you recall
 9   during the booking process where you signed
10   something saying that you understand -- that you    12:58:22
11   have received and understand the jail rules?
12      A   No.
13      Q   I'm going to introduce -- Exhibit 1 is going
14   to be the Depo Notice.  I don't need to bring that
15   up.  But this is going to be Exhibit 2, and this is  12:58:42
16   the booking record.
17          (Exhibit 1 was marked for identification by
18          the court reporter and is attached hereto.)
19   BY MS. WITT:
20      Q   I'm going to share my screen, so bear with me  12:58:47
21   for one second while I pull this up.
22          (Exhibit 2 was marked for identification by
23          the court reporter and is attached hereto.)
24   BY MS. WITT:
25      Q   Do you see the document, Jane Doe?           12:59:17
```

                                                    Page 74

**DEFTS. MSJ A 19**

```
1        A    Yes.

2        Q    Have you ever seen this before?

3        A    No.

4        Q    Is this your signature on the left-hand side

5    next to the signature "X" mark?  Ms. Doe, is that        12:59:36

6    your signature?

7        A    It looks like my signature.

8        Q    Okay.  Do you see that directly above that,

9    it says in all caps "I have received the jail rules

10   and know they are posted in the living areas of the       01:00:11

11   jail.  I understand how to obtain medical care while

12   in custody."

13            Is that what it says?

14       A    This is the first time I read this sentence.

15       Q    Why did you sign it if you didn't read it?       01:00:29

16       A    Like I said, it's my first time to be

17   arrested.  I was shocked.  I was not functioning at

18   the time.  At the time, I still couldn't process

19   what I was experiencing.  I couldn't think.  I

20   didn't know what's happening was true or not.            01:00:56

21       Q    When you say that you didn't know what was

22   happening was true or not, what do you mean?

23       A    I was shocked.  I couldn't process what's

24   happening.

25       Q    But it does say here that you also requested    01:01:16
```

Page 75

**DEFTS. MSJ A 20**

```
1    a phone call and completed that phone call.  So you

2    understood enough to know the procedures, and you

3    called someone; correct?

4        A    What phone call?

5        Q    It says on halfway -- right above where it       01:01:34

6    says "this is not an admission of guilt," it says

7    "telephone calls desired."  And then it says

8    "completed."  And then it says the date.  Do you see

9    that?

10       A    I didn't make any phone call.  What telephone     01:01:51

11   call desired?  I don't understand.  Completed what

12   phone call?

13       Q    It says -- above that, it says "Pursuant to

14   Penal Code Section 851.5, I have been given the

15   opportunity to make three free telephone calls         01:02:11

16   within the local dialing area or at my own expense

17   if outside the local dialing area."

18           Do you see that?

19       A    Today it's the first time I read these

20   sentences.                                             01:02:27

21       Q    So you're saying that when you entered the

22   jail, you did not read this.  And when you were

23   posed this document, you signed it without reading

24   this?

25       A    Correct.                                         01:02:39
```

Page 76

DEFTS. MSJ A 21

1      Q    Why did you sign it?

2      A    I told you.

3      Q    No.  You told me that you were shocked.  Why

4    did you sign this, then?

5      A    Do I have a choice?                          01:02:50

6      Q    Did anyone force you to?

7      A    If I refused to sign, if I -- I know if I

8    refused to do anything that they told me to, it

9    would be a serious consequence.  That's why I did

10   everything they told me, because I don't want to      01:03:18

11   subject myself to anything that I couldn't handle.

12     Q    Okay.  At any point, did any personnel or

13   staff explain the rules to you?

14     A    No.  I don't even know what's the living area

15   of the jail.  Where -- I never know there's a living   01:03:44

16   area of the jail.

17     Q    Okay.  But I don't think anyone would know

18   that if they hadn't been to the jail before.

19     A    Even right now, I was released from the jail,

20   I didn't know where is the living area.                01:04:04

21     Q    What do you mean by "living area"?

22     A    This is what the document says.  "They are

23   posted in the living areas of the jail."

24     Q    Well, you were eventually housed in Module G,

25   Tank 2; correct?                                       01:04:27

Page 77

DEFTS. MSJ A 22

1    A   Yes.

2    Q   That would be the living area; correct?

3    A   I don't recall -- I don't recall I saw any

4    jail rules.

5    Q   Okay.  So your testimony is you signed this          01:04:48

6    document without reading it?

7    A   Correct.

8    Q   Okay.  I'm going to close this out.  Okay.

9    So when you were taken upstairs to go with the other

10   inmates, you testified that before the strip search          01:05:11

11   even started, one of the deputies notices you

12   weren't wearing a bra.  And did they provide you

13   one?

14   A   Yes.

15   Q   Did you put it on?                                       01:05:22

16   A   Yes.

17   Q   Okay.  Was this a female deputy?

18   A   Yes.

19   Q   And then you were told to stand up

20   shoulder-to-shoulder; correct?                               01:05:37

21   A   Yes.

22   Q   And did they ask you to remove all your

23   clothing at once, or was it item by item?

24   A   Item by item.

25   Q   So, for example, if they asked you to remove    01:05:53

Page 78

**DEFTS. MSJ A 23**

1    the pants they provided you, did you still have your

2    shirt on?

3       A   Yes.

4       Q   So if someone was looking at you, you weren't

5    fully exposed; correct?                                01:06:08

6       A   I don't -- I don't know how to answer the

7    question, because eventually, I was with only

8    underwear.

9       Q   Okay.  So what you're saying is the deputies

10   asked you to remove your shirt and your pants, and     01:06:46

11   you were left wearing only your bra and underwear?

12      A   Yes.

13      Q   Okay.  And was that the same procedure that

14   was used with all the other inmates around you?

15      A   Yes.                                            01:07:13

16      Q   And after they asked you to take off the

17   shirt and pants and leave and just be in the bra and

18   underwear, did they have you stay that way, or did

19   they have you immediately put it back on?

20      A   After I was left with only underwear, I was     01:07:31

21   told to put my fingers under my bra, the bottom of

22   my bra, and move around my -- and move my fingers

23   around the bottom of my bra.

24      Q   Okay.

25      A   And after that, I was told to put my fingers    01:08:05

                                                        Page 79

DEFTS. MSJ A 24

1    in the top area of my underwear and move my fingers

2    around my underwear.  And then I was told to turn

3    around and do the same motions.

4        Q    Okay.  And once you completed that, did they

5    tell you that you could put your shirt and/or pants    01:08:42

6    back on?

7        A    I remember after I turned around, I had to

8    shake my hair.

9        Q    And did you have to shake your hair while you

10   were still wearing only bra and underwear?    01:09:05

11       A    Yes.

12       Q    Okay.  And during this whole process, was a

13   deputy instructing you what to do?

14       A    Yes.

15       Q    Did they say anything to you personally?    01:09:19

16       A    I -- I don't recall which time, but I

17   remember a deputy said "don't shake your" --

18            THE REPORTER:  "Your" what?

19   BY MS. WITT:

20       Q    Can you repeat?    01:10:21

21       A    "Socks."

22       Q    "Socks"?

23       A    "Socks."

24       Q    Oh, "socks."

25       A    "Don't shake your socks."  I don't remember    01:10:33

Page 80

DEFTS. MSJ A 25

```
 1   the exact words, but what she meant is don't shake

 2   your socks too hard because I don't want to smell

 3   your socks, something like that.

 4      Q    Okay.   At any point, did they ask you during

 5   that search to take off your bra?                  01:11:12

 6      A    No.

 7      Q    At any point during that search, did they ask

 8   you to expose your breasts, in the sense that I mean

 9   fully?  I understand that you are considering having

10   no shirt on to be exposure.  But I'm asking you did   01:11:35

11   they ask you to pull it down to fully expose your

12   breasts?

13      A    When I -- when I -- the first time, because I

14   was not wearing a bra before the search, when I

15   changed -- when I put on a bra, I was exposed.        01:12:11

16      Q    Yeah.  But you chose to not wear the bra;

17   correct?

18      A    I was not told there would be a search.

19      Q    That's not what I asked.  I understand that's

20   what you believe.  But you chose to not wear the       01:12:33

21   bra; correct?  Go ahead.

22      A    It's not completely correct.

23      Q    Did you or did you not make a conscious

24   decision to not wear the bra that they provided you?

25      A    Because I didn't know I would be searched, I   01:12:58
```

Page 81

DEFTS. MSJ A 26

1    made a decision not to wear a bra.

2        Q    At any point, did they tell you to put on the

3    bra?

4        A    Before they noticed I was not wearing a bra,

5    no, they didn't tell me I must wear a bra when I was    01:13:36

6    issued jail uniform.

7        Q    Did you see the other women inmates put on

8    the bra?

9        A    Yes.

10        Q    So everyone else put on the bra except for    01:13:53

11    you; correct?  Everyone else that you saw put on the

12    bra except for you?

13        A    They probably had previous experience.

14        Q    That is speculation.  You don't know that.

15    What I asked was from what you saw, did the other    01:14:29

16    women inmates put on the bra except for you?

17        A    I didn't know whether or not they put on the

18    bra.

19        Q    Okay.  But the reason that you were exposed

20    was because you failed to put on the bra that was    01:14:52

21    provided to you; correct?

22        A    Can you say again?

23        Q    Yes.  The reason that you were exposed was

24    because you did not put on the bra that they

25    provided to you, and so you were asked to put one on    01:15:07

Page 82

```
 1   prior to the search.

 2       A   It's not correct, because I was exposed

 3   before I took a shower.  And I was ordered to take

 4   off all my clothing.

 5       Q   I know.  But we're not talking about the        01:15:34

 6   shower right now.

 7       A   Because your question didn't --

 8       Q   I'll repeat it.  You were exposed because you

 9   did not put on the bra that they provided to you,

10   and they later asked you to put one on prior to the    01:15:56

11   search.  Is that correct?

12       A   Your question didn't specify when.

13       Q   I just specified when.  I said after you

14   chose not to put on the bra when they gave you jail

15   issued, but before the first search, the reason that   01:16:19

16   you were exposed is because you did not put on the

17   bra; correct?  If you had put the bra on when they

18   provided it to you, you would not have been exposed;

19   correct?

20       A   No.                                            01:16:35

21       Q   Why?

22       A   If I had been told I would be subject to a

23   search, I would have put on a bra.

24       Q   Okay.  We're going to strike that as

25   nonresponsive.  You are not answering my question      01:16:47
```

Page 83

**DEFTS. MSJ A 28**

1    that I am asking.  I am going to ask one more time.

2    I understand that the reason that you didn't put it

3    on was because they apparently did not tell you you

4    would be searched.  What I'm asking is you were

5    exposed because you did not put on the bra provided;      01:17:04

6    correct?

7        A    No, because that's not the only reason that

8    caused me to be exposed.

9        Q    What were the other reasons?

10       A    Had I been told I would be subject to a          01:17:27

11   search, I would have put on a bra.

12       Q    So your understanding that when you go to

13   jail, you won't be subject to searches at all?

14       A    Well, not a strip search.

15       Q    I'm going to -- I'm not referring to them as     01:17:50

16   "searches" -- I'm sorry -- as "strip searches."  I

17   asked when you go to jail, do you expect that you're

18   not going to be subject to any searches?

19       A    I don't know, because I was not arrested

20   previously.                                               01:18:06

21       Q    That's not what I asked.  I said based on

22   what you knew at the time, was it your

23   understanding -- so your understanding as someone

24   who had not been arrested -- that you would not be

25   searched while you were in the jail?                      01:18:19

Page 84

DEFTS. MSJ A 29

```
 1      A   I didn't know.
 2      Q   Okay.  At any point during that first search,
 3   did they ask you to expose your genital region?
 4      A   No.
 5      Q   Can you give me an estimate of approximately    01:18:42
 6   how long total your shirt and pants were off during
 7   that first search?
 8      A   I -- I don't know.
 9      Q   Do you think the search took more than a
10   minute or less than a minute?                         01:19:07
11      A   More than a minute.
12      Q   Would you say less than five minutes or more
13   than five minutes?
14      A   I don't know.
15      Q   So they had you shake your hair, and then      01:19:26
16   what happened next?
17      A   Put on our uniform item -- wait a minute.
18   After -- I don't recall the exact sequence.  But
19   other than shaking hair, I had to shake my socks.
20      Q   Okay.  And when you say that they asked you    01:20:14
21   to shake your hair, what do you mean?
22      A   I believe they want -- wanted to see if we
23   hid anything in our hair.
24      Q   Okay.  And you previously testified that you
25   didn't do this correctly and a deputy intervened; is  01:20:50
```

                                              Page 85

**DEFTS. MSJ A 30**

```
 1    that correct?

 2        A    Yes.

 3        Q    What happened there?

 4        A    She slapped my head and shake my hair,

 5    searched my hair.                                    01:21:13

 6        Q    Okay.  And when you say she "slapped your

 7    head," what do you mean?

 8        A    I think she intentionally put her hand on my

 9    head very hard and searched my hair.

10        Q    Okay.  Do you know who that deputy was?      01:21:56

11        A    No.

12        Q    Did you see her name tag?

13        A    No.

14        Q    Did you see her interact with any other

15    inmate like that?                                    01:22:06

16        A    I don't -- I don't know, because at that

17    point, I was -- I -- I was not functioning.

18        Q    When you say you were "not functioning," what

19    does that mean?

20        A    I didn't have any energy to pay attention to  01:22:38

21    what she did to other inmates.  I was just minding

22    my own business.

23        Q    Okay.  So after that first search was

24    completed, what happened next?

25        A    I took my mattress to the holding cell.      01:23:09
```

Page 86

DEFTS. MSJ A 31

1     Q   And at that point, you said they obviously

2   gave you some items.   What did they provide to you?

3     A   Towels, underwear, pad.   I don't recall if

4   there was a pad.   Toothpaste, toothbrush, a soap,

5   mattress.   Yeah, pretty much it.                    01:24:01

6     Q   Did they provide you sheets or blankets?

7     A   Yes.

8     Q   And when you are referring to the holding

9   cell, are you referring to the Module G, Tank 2

10  where you stayed?                                    01:24:29

11    A   Yes.

12    Q   Okay.  So after that first search, you were

13  given more items, and then essentially, you were

14  taken to where you were staying?

15    A   Yes.                                           01:24:42

16    Q   Okay.  When you entered that cell -- or

17  entered the Module G, Tank 2, do you recall seeing

18  how many people there were?

19    A   Initially, I didn't pay attention.  Like I

20  said, I was -- I was still trying to collect myself,  01:25:07

21  so initially I didn't pay attention how many people

22  there.  But later, I learned there were total 40

23  people in Tank 2.

24    Q   Okay.  Did everyone have a bed?

25    A   Yes.                                           01:25:36

Page 87

DEFTS. MSJ A 32

```
 1        Q    When you first got to that -- to your tank,

 2   did you speak with anyone?

 3        A    Yes.

 4        Q    Who did you speak to?  And I know you might

 5   not know their name, but maybe you can say the          01:25:52

 6   person to your left or right, et cetera.

 7        A    The person to my left.

 8        Q    Okay.  And what did you say?

 9        A    When I entered Tank 2, I was confused.  I

10   was -- I didn't know how to react or where to find      01:26:24

11   my bed.  And once I entered, the girl told me "here

12   is your bed."  And at that point, I didn't know how

13   to make my bed, so she made my bed.

14        Q    Then what happened?

15        A    Then I asked her whether she knew what time   01:27:04

16   it was, and she told me "it's probably around

17   midnight."

18        Q    Okay.  Do you recall if the lights were on or

19   off when you entered the cell?

20        A    It's not completely off.  There was still     01:27:36

21   some lights on.

22        Q    But the main lights were off?

23        A    I -- I don't know how to categorize what's

24   "main light."

25        Q    Did you see that some of the lights were off, 01:28:05
```

Page 88

DEFTS. MSJ A 33

```
1    not all of them were on?

2        A   I'm sorry?

3        Q   Could you see that some of the lights were

4    off?

5        A   I just noticed the lights right above my bed    01:28:24

6    was on.

7        Q   Did you notice whether any of the lights were

8    off?

9        A   Yes.

10       Q   Did you notice whether the lights directly    01:28:49

11   above the persons to your left and right were on?

12       A   I recall the light to my right was on.

13       Q   Okay.  Would it be fair to say that maybe

14   every other light was on?

15       A   I don't -- I don't know.                       01:29:32

16       Q   Then once you got your bed made, what did you

17   do next?

18       A   I was scared, and I didn't know what to do.

19   I -- I was laying on the bed, and -- until we were

20   called to have breakfast.                              01:30:21

21       Q   Your testimony is that you didn't sleep?

22       A   I couldn't sleep.

23       Q   Okay.  Why couldn't you sleep?

24       A   I was scared.

25       Q   Okay.  Was everyone else around you asleep?    01:30:49
```

                                                        Page 89

DEFTS. MSJ A 34

```
1        A    Some of them.

2        Q    Okay.

3        A    Some of them, yeah.

4        Q    When you -- when you got up the next day, or

5   at any point during your stay, did you walk around        01:31:12

6   the tank and see what was there?

7        A    No.

8        Q    No?  So you never walked around to see if

9   there was any notices or rules on the wall?

10       A    No.                                               01:31:31

11       Q    Okay.  How come?

12       A    I -- like I said, I was not functioning.  I

13  was not thinking anything, and I was not able to

14  take in what happened.

15       Q    Okay.  Did you ask any of the other inmates      01:32:10

16  to kind of explain the rules to you?

17       A    No.

18       Q    At any point during your incarceration, so

19  from August 8th to 12th, did you ask any of the

20  other -- any deputy regarding the rules?                   01:32:30

21       A    No.

22       Q    Why not?

23       A    First, I don't recall I had any chance to

24  speak with a deputy.  Once I was in Tank 2, the

25  deputies just showed up to count people and to --          01:33:18
```

Page 90

```
 1       A   I couldn't.

 2       Q   Why not?

 3       A   I was not functioning at the time.

 4       Q   So your testimony is that you were so worried

 5   that you forgot or did not know how to read?          01:43:37

 6       A   I was -- I was so shocked, and I was not able

 7   to function as I normally would.

 8       Q   Okay.  Okay.  I'm going to switch gears

 9   slightly.  In the Complaint -- in your Complaint, it

10   talks about the temperature of the jail, and in        01:44:27

11   fact, it says that "employees are well aware that

12   you were in great discomfort regarding the cold."

13   How did the jail employees know that you were in

14   great discomfort regarding the cold?

15       A   I told them.                                    01:44:49

16       Q   Your previous testimony stated that you asked

17   them for blankets.  Is that all that you said to

18   them, or did you say anything else?

19       A   I said "I was cold to death."

20       Q   Who did you say that to?                        01:45:10

21       A   To the nurse, the female nurse, the male

22   nurse and the deputy.

23       Q   Okay.  Do you know what temperature the

24   Women's Central Jail was kept at?

25       A   The temperature is different in different       01:45:50
```

Page 95

DEFTS. MSJ A 36

```
 1    areas.
 2        Q    So once you arrived to Module 2 -- sorry --
 3    Module G, Tank 2, did you still have issue with the
 4    temperature?
 5        A    No.                                        01:46:03
 6        Q    Okay.  So the temperature was an issue in the
 7    booking area?
 8        A    Yes.
 9        Q    Okay.  Can you state or explain how a cold
10    temperature is equivalent to attempted murder?       01:46:28
11        A    I was cold to death.
12        Q    Were you shaking?
13        A    Yes.
14        Q    Okay.  Did you see any other person in the
15    booking area having an issue with the temperature?   01:46:48
16        A    I didn't speak with them.
17        Q    Did you see anyone?
18        A    I didn't pay attention to anybody else.  I
19    was cold to death.  I was just minding my own
20    business.                                            01:47:11
21        Q    Okay.  Did you see any other person in the
22    booking area being provided a blanket or a jacket?
23        A    Yes.
24        Q    Who?  Or describe who.
25        A    I recall when I -- I don't recall if the    01:47:32
```

Page 96

**DEFTS. MSJ A 37**

1    first day I arrived at jail, but during those four

2    days, I don't recall which day, when I passed by a

3    holding cell, I saw a women -- a woman with a

4    blanket.

5        Q   Okay.  So you're testifying at a different       01:48:10

6    time other than when you were being booked, you saw

7    someone with a blanket?

8        A   Yes.

9        Q   Do you know whether or not that blanket came

10   with them into the jail?                                01:48:22

11       A   I don't know.

12       Q   Okay.  So you don't know whether or not the

13   jail provided that woman the blanket?

14       A   I don't know.

15       Q   Okay.  Do you contend that someone              01:48:34

16   intentionally kept the temperature low to bother

17   you?

18       A   Yes.

19       Q   Who?

20       A   The management.                                 01:49:04

21       Q   And why would the management do that to you?

22       A   It's not just to me.  It's to every inmate in

23   the jail.

24       Q   Why do you believe management would do that

25   to the inmates in general?                              01:49:32

Page 97

DEFTS. MSJ A 38

```
 1        A    It's a form of punishment.

 2        Q    Okay.  Do you have any facts to support that

 3   the management team used a low temperature in the

 4   booking area as a form of punishment to inmates?

 5        A    Can you repeat again?                     01:49:56

 6        Q    Do you have any facts to support your

 7   allegation that the management kept the booking area

 8   of the jail a low temperature to punish inmates?

 9        A    The fact is the temperature was extremely

10   low.                                               01:50:32

11        Q    When you were in the booking area, did you

12   see other persons, staff personnel wearing jackets?

13        A    They were wearing long sleeves.

14        Q    Okay.  But there are Orange County Sheriff's

15   Department staff and personnel in the booking area,   01:50:48

16   isn't there?

17        A    Yes.

18        Q    So if the management was keeping temperature

19   so low to punish the inmates, that would also apply

20   to its staff and personnel, wouldn't it?            01:51:01

21        A    No.

22        Q    Well, it would be the same temperature for

23   any other inmate that it would be for them; correct?

24        A    They wear different clothing.

25        Q    Right.  But whoever comes into the jail, they   01:51:19
```

Page 98

**DEFTS. MSJ A 39**

```
 1    get -- they come in with what they're wearing from
 2    the street; correct?
 3        A    Yes.
 4        Q    So the management has no way to know or to
 5    cause this harm because it's just what the person is    01:51:34
 6    wearing when they come off the street; right?
 7        A    But it's common understanding that you wear
 8    only t-shirt in the summer.
 9        Q    I don't think that is a fair assumption to
10    say.  I think that's a very personal choice, isn't     01:52:02
11    it?
12        A    Do you wear a jacket in summer on the street?
13        Q    Sometimes.
14        A    Okay.  You're different.
15        Q    Do you have any fact to support that the      01:52:20
16    management intentionally kept the temperature low to
17    punish inmates?
18        A    Yes.
19        Q    What are those facts?
20        A    Other inmates are also complaining about the  01:52:35
21    temperature.
22        Q    What other inmates?
23        A    I don't have their name right now.
24        Q    Did you speak to someone about this?
25        A    Yes.                                          01:52:55
```

Page 99

DEFTS. MSJ A 40

1     Q    Was it someone that was housed in Module G,

2   Tank 2 with you?

3     A    No.  The -- the people in the booking area.

4     Q    But you previously testified that you didn't

5   speak with anyone.  So did you speak with someone        01:53:14

6   about the temperature, or did you not speak to

7   anyone when you were in the booking area?

8     A    It's not -- it's not a meaningful

9   conversation, but everybody was, you know --

10  everybody was -- how can I put it?  What they were        01:53:50

11  behaving is showing.  How they felt, they also felt

12  very cold.

13    Q    So your testimony is that you saw other

14  people that looked cold?

15    A    In the --                                          01:54:33

16    Q    Booking area.

17    A    After -- after I took a shower, when I was

18  waiting for booking.

19    Q    So you visually saw other people that looked

20  cold after you took a shower in the booking area?        01:54:55

21    A    Yes.

22    Q    But you did not speak to anyone?

23    A    I don't recall any specific conversation.

24    Q    Did you overhear anybody else complain about

25  the temperature?                                         01:55:20

                                                  Page 100

DEFTS. MSJ A 41

```
 1        A    Yes.

 2        Q    Who did you -- describe what you overheard.

 3        A    They just -- they just behaved like they were

 4   very cold.

 5        Q    So you did not overhear another inmate make a    01:55:50

 6   complaint about the temperature?

 7        A    Well, it depends on how you define

 8   "complaint."

 9        Q    I'm saying did you see or overhear an inmate

10   make a verbal complaint to anyone at the jail about     01:56:18

11   the temperature?

12        A    No.

13        Q    In the booking area?

14        A    To the deputy, no.

15        Q    Did you overhear or see another inmate make a    01:56:28

16   complaint to another inmate about the temperature?

17        A    Yes.

18        Q    Please describe that complaint.

19        A    The complaint does not necessarily mean a

20   formal complaint.                                       01:56:57

21        Q    Did you overhear or see another inmate

22   complain -- say anything to another inmate about the

23   temperature?

24        A    Yes.

25        Q    Verbally, they said something?                 01:57:11
```

                                                    Page 101

DEFTS. MSJ A 42

```
 1        A    Yes.

 2        Q    What did they say, to your best recollection?

 3        A    "It's so cold."

 4        Q    Okay.  But that inmate did not make a

 5   complaint to a deputy or staff of the jail, did        01:57:23

 6   they?

 7        A    I don't know.

 8        Q    From what you saw or overheard, they didn't;

 9   correct?

10        A    Correct.                                      01:57:38

11        Q    And why do you believe that the management

12   would do that to inmates?

13        A    It's a form of punishment.

14        Q    Okay.  I will rephrase.  Why do you think the

15   management would want to punish inmates like that?      01:58:00

16        A    To show off their power.

17        Q    Okay.  Why do you think they would want to

18   show off their power to people that they don't know?

19        A    It doesn't matter whether they know those

20   people.  For example, when I asked for a blanket, I     01:58:34

21   was told "it's a jail; don't come to jail next

22   time."

23        Q    That's not the executive or management team

24   of the Sheriff's Department, though.  What I'm --

25        A    But -- but the employee -- how the employees   01:59:03
```

Page 102

DEFTS. MSJ A 43

1    behave is a reflection of the management style.

2        Q    Are you aware that the executive

3    team/management of the Sheriff's Department does not

4    directly train the deputies?

5        A    They don't have to directly train.  It's the    01:59:32

6    culture.  It's the environment.

7        Q    Okay.  Do you have any reason to believe or

8    have any evidence as to why the management would

9    intentionally cause harm to the inmates?

10       A    I don't understand your question.    02:00:00

11       Q    Do you have any evidence to support your

12   allegation that the management of the Orange County

13   Sheriff's Department would intentionally cause harm

14   to inmates by way of temperature?

15       A    The evidence is they make the temperature    02:00:16

16   extremely low.

17       Q    Do you have any idea what that temperature

18   was?

19       A    No.  It's under a normal person's comfort

20   zone.    02:00:39

21       Q    And what do you consider as a normal person's

22   comfort zone?

23       A    It's not just me who felt so cold.

24       Q    That's not what I asked.  I said "what do you

25   consider a normal person's comfort zone"?    02:00:54

Page 103

DEFTS. MSJ A 44

```
 1        A    I don't know how to answer your question.

 2        Q    Well, your -- that's your way to describe it.

 3   So please describe what you mean by a "normal

 4   person's temperature range" -- sorry -- "comfort

 5   zone" is the word you used, actually.          02:01:24

 6        A    I don't have a -- I don't have an exact

 7   number or term to describe.

 8        Q    Okay.  Are you aware of what "facilities" for

 9   the Orange County Sheriff's Department is?

10        A    Huh?                                  02:02:12

11        Q    Are you aware of what "facilities" for the

12   Orange County Sheriff's Department is?

13        A    What's "facility"?

14        Q    "Facilities"?

15        A    Orange County Jail.                   02:02:23

16        Q    "Facilities."

17        A    "Facility"?

18        Q    Uh-huh.

19        A    The facility is Orange County Jail.

20        Q    No, no, no.  Sorry.  That's my bad.  I'm  02:02:33

21   saying are you aware of what, like, the department

22   facilities is for the Orange County Sheriff's

23   Department?

24        A    Women's Central Jail?

25        Q    No.  Let me phrase it this way:  Do you  02:02:52
```

Page 104

DEFTS. MSJ A 45

```
 1    contend that the individual persons named in your

 2    lawsuit, so Don Barnes, William Baker, Mark

 3    Stichter, that they personally control the

 4    temperature, for example, they choose and change the

 5    temperature to a certain degree?                    02:03:12

 6        A   They make the policy and they implemented the

 7    policy of temperature.

 8        Q   Do you contend that the County has a policy

 9    of keeping the temperature intentionally low in the

10    booking area?                                       02:03:38

11        A   Yes.

12        Q   What evidence do you have to support that?

13        A   It's -- it's not -- it's not a short-term.

14    It's a long-term thing in Orange County Jail.

15        Q   How do you know that if you have ever only   02:04:08

16    been once?

17        A   I learned from the news.

18        Q   And is that after the fact, after you were

19    released?

20        A   Yes.                                        02:04:24

21        Q   What news this was?

22        A   I don't recall, but I came across some news

23    regarding the temperature.

24        Q   And that was in the Orange County Sheriff's

25    Department Jail?                                    02:04:47
```

Page 105

DEFTS. MSJ A 46

```
 1        A    Yes.

 2        Q    Do you still have this article?

 3        A    No.

 4        Q    Would you be able to find this article?

 5        A    I don't recall where I read it.          02:04:58

 6        Q    Okay.  Isn't it true that the County has

 7   produced extensive policies to you?

 8        A    Huh?  I'm sorry?

 9        Q    Isn't it true that the County has produced

10   extensive policies to you?                         02:05:28

11        A    "Produced"?

12        Q    Yes.

13        A    You mean during discovery?

14        Q    Yes.

15        A    The County produced some policies.        02:05:36

16        Q    Did any of those policies indicate that the

17   management intentionally keeps the temperature low

18   in the booking area?

19        A    The policy doesn't have to be written.

20        Q    So it's your contention that it's a       02:05:57

21   non-written policy of the management?

22        A    Probably.

23        Q    Okay.  And I'm going to ask one more time:

24   Do you believe that the individuals that you have

25   named in this lawsuit personally changed the       02:06:13
```

Page 106

DEFTS. MSJ A 47

```
 1    temperature to be intentionally low, like, they,

 2    themselves, take a physical action to turn down or

 3    choose a certain temperature?

 4        A    They make and maintain the policies.

 5        Q    I understand that.  That's not what I asked.   02:06:33

 6    Have you ever seen any of the individuals while you

 7    were there change or manipulate the temperature?

 8        A    No.

 9        Q    Did you -- while you were there, did you see

10    a temperature control or thermometer -- I'm blanking   02:06:59

11    on the word -- thing, to control temperatures in the

12    jails?

13        A    I was in the holding cell.  Of course I

14    didn't see.

15        Q    How many searches while you were in custody   02:07:16

16    do you allege were strip searches?

17        A    Seven.

18        Q    Can you describe the seven different

19    scenarios?

20        A    The first one was before I was issued a bed.  02:07:51

21    And the second and the third were the day I went to

22    the patio.  And the last four times were -- happened

23    on the same day when I went to court and back from

24    the court to the jail and right before I was

25    released.                                              02:08:41
```

Page 107

DEFTS. MSJ A 48

1    Q    That's one, two, three, four, five -- that's

2   six.

3    A    Seven.  The last four times happened on the

4   same day.

5    Q    So when you went to the jail -- sorry.  When    02:09:06

6   you went to court, when you returned from court, and

7   when you were released.  What's the fourth?

8    A    The fourth, number four was before I went to

9   court, after I arrived at the court, there was the

10  number five.                                           02:09:36

11   Q    Okay.

12   A    Number six is after I came back from court.

13   Q    Okay.  So we went in detail over the one

14  before you were placed in Module G, Tank 2.  Were

15  all other -- the other ones similar to that           02:09:58

16  encounter?

17   A    Except the one was conducted in the

18  courthouse.

19   Q    I'm going to ask more detailed questions

20  about all of these.  But is it fair to say that any   02:10:24

21  time that you left the building, you were searched?

22  Is that correct?

23   A    No.  Even -- even I left my holding cell, I

24  was searched.

25   Q    What do you mean when you "left your holding    02:10:51

Page 108

1   cell"?

2       A   I went up to the patio, I didn't leave the

3   building.

4       Q   Well, the patio is outside, is it not?

5       A   No.                                          02:11:05

6       Q   What is the patio, then?

7       A   The patio was located at the top of the

8   building.

9       Q   Right.   But it's an outside area, is it not?

10      A   It is not.   There's no outside access.      02:11:22

11   It's -- it's fenced.

12          THE REPORTER:   (Reporter clarification.)

13   BY MS. WITT:

14      Q   But the patio is not in the main area or in

15   the living area of the jail, is it?                  02:11:46

16      A   The patio was -- there is the guard at the

17   patio, so even when we were at the patio, we were

18   being watched.

19      Q   Because you're in custody; right?

20      A   Because we were constantly being watched, and  02:12:17

21   the patio was just located at the top of the

22   building.   I don't think it's outside.

23      Q   Okay.   When you went to court and back, would

24   you agree that you left the building?

25      A   Even though I left the building, I was        02:12:45

                                        Page 109

DEFTS. MSJ A 50

```
 1    constantly being watched and I was on chain.  I was

 2    on chain.  Do you understand me?

 3        Q   Yes, I do.

 4        A   I was on chain.

 5        Q   Do you want to take a minute, Jane Doe?        02:13:07

 6        A   Yes.

 7            MS. WITT:  Okay.  Let's take five.

 8            THE VIDEOGRAPHER:  We are going off the

 9    record.  The time is 2:13 p.m.

10                                                           02:13:25

11        (Recess.)

12

13            THE VIDEOGRAPHER:  We are back on the record.

14    The time is 2:19 p.m.

15    BY MS. WITT:                                           02:19:42

16        Q   Okay.  Ms. Doe, you described the strip

17    search or the search before entering your tank.  Can

18    you please walk me through the ones before and

19    after, so on the way and on the way back from the

20    patio.                                                 02:20:02

21        A   The one before I went up to the patio and

22    after I came back from the patio are very similar

23    with the one -- with the first one.  They were both

24    group search, so a bunch of inmates shoulder to

25    shoulder, the same procedure.                          02:20:44
```

                                                       Page 110

**DEFTS. MSJ A 51**

```
 1       Q    Okay.   On the search to and from the patio,
 2   were there multiple deputies or still only a single
 3   deputy?
 4       A    I don't recall.
 5       Q    But they were female; correct?          02:21:09
 6       A    Yes.
 7       Q    And that deputy was instructing you what to
 8   do?
 9       A    Yes.
10       Q    And similar to the one before entering your   02:21:22
11   holding tank, was there a point where you had no
12   shirt and no pants but had undergarments on?
13       A    Sorry.  I didn't focus.  What did you say?
14       Q    I'm saying in those searches to and from the
15   patio, was there a point where you did not have a   02:22:01
16   shirt and pants on, but still had undergarments?  Or
17   was it a different procedure where you still had
18   your shirt on but no pants or vice versa?  I know
19   that's a long question.  I'm sorry.
20       A    At some point, I was left only underwear.   02:22:24
21       Q    Bra and underwear?
22       A    Yes.
23       Q    Did they ask you to expose your breasts?
24       A    No.
25       Q    Or to expose your genital region?          02:22:50
```

Page 111

DEFTS. MSJ A 52

```
 1      A    No.

 2      Q    Unlike the one prior where you were entering

 3   the cell, I'm assuming that you didn't have an

 4   interaction with a deputy regarding the shaking of

 5   your hair; is that correct?                        02:23:19

 6      A    As to the first search, I didn't have any

 7   physical interaction with the deputies during the

 8   search.

 9      Q    Okay.   At any point after either of the

10   searches, did you hear any other inmates complain    02:23:51

11   about the search?

12      A    "Complain," you mean to the deputy or only to

13   other inmates?

14      Q    We'll do both.   We'll start with did you hear

15   anyone complain to a deputy?                        02:24:20

16      A    No.

17      Q    Did you complain to a deputy?

18      A    I complained to another inmate.

19      Q    Do you know who that inmate was?

20      A    The lady to my left side.                   02:24:42

21      Q    Do you happen to know any identifying

22   information for her?

23      A    She's probably Sara Neal.

24      Q    "Sara Neal"?

25      A    Yes.                                        02:25:16
```

Page 112

DEFTS. MSJ A 53

```
1        Q    And what did you say to her?

2        A    I said that I know I would be strip searched,

3    I wouldn't have gone to the patio.

4        Q    What did she respond?

5        A    I don't recall her response.  I -- after I        02:25:46

6    came back from the patio, I told her "no wonder very

7    few people went up to the patio."

8        Q    Do you recall what she said to you in

9    response to that?

10       A    I don't recall.                                   02:26:12

11       Q    Can you describe the patio area for me?

12       A    It's a fenced area on the top of the

13   building.  We -- there is a -- there are stairs

14   and -- and there is a security room next to the

15   patio.                                                     02:26:56

16       Q    Is there anything inside the patio area?

17       A    I don't recall.

18       Q    Do you recall seeing, like, benches, chairs,

19   exercise equipment?

20       A    I don't recall if there's any exercise           02:27:12

21   equipment.  I do recall there's a bench.

22       Q    Do you recall seeing anything else?

23       A    "Seeing anything"?

24       Q    Seeing anything else in the patio area?

25       A    No.                                               02:27:34
```

                                                      Page 113

DEFTS. MSJ A 54

```
1        Q    Okay.  And in the security tower or room, did
2    you see how many deputies were there?
3        A    Probably one.
4        Q    And how many inmates would you estimate went
5    up to the patio with you?                              02:27:56
6        A    Probably ten.
7        Q    Ten.  Isn't it possible that one of the
8    inmates that went up there could have either picked
9    up something or come in contact with something that
10   they were not allowed to on the patio area?            02:28:21
11       A    I would say it's very difficult.
12       Q    Why is it difficult?
13       A    Because the patio was on the top of the
14   building, and it's fenced.  It's -- it's nearly
15   impossible to touch or have any contact with anyone    02:28:56
16   from outside the building.
17       Q    But isn't it possible that people from the
18   inside without contact with the outside can have
19   contraband or things that they're not allowed to?
20       A    I don't know.                                 02:29:23
21       Q    So it is possible that someone could have
22   either brought something with them or brought
23   something back with them that is potentially not
24   allowed, just as a possibility?
25       A    I don't know because I don't know how.        02:29:46
```

                                            Page 114

DEFTS. MSJ A 55

```
 1        Q    Okay.  Was there any rocks or gravel in the
 2   patio area?
 3        A    "Rocks"?
 4        Q    Yes.
 5        A    I don't recall if there were any rocks.      02:30:09
 6        Q    Was there any other loose material?
 7        A    No.
 8        Q    And the search that you just described, that
 9   happened on the way back from the patio as well?
10        A    Yes.                                         02:30:37
11        Q    Aside from who we think is potentially Sara
12   Neal, did you talk with anyone else about the
13   searches before the -- the searches from the patio.
14   Sorry, strike that.
15             Besides Sara Neal or who we assume is Sara  02:30:59
16   Neal, did you speak with anyone else about the
17   searches to and from the patio?
18        A    I don't recall.
19        Q    Did you overhear anyone else talking about
20   it?                                                   02:31:17
21        A    I don't recall.
22        Q    I'm going to ask you now about the searches
23   related to the court.  So the first search was on
24   the way to the court; is that correct?
25        A    Yes, before I left the jail.                02:31:47
```

Page 115

DEFTS. MSJ A 56

1    Q    And was it the same search that you

2    previously described?

3    A    Yes.

4    Q    Do you know which deputy searched you that

5    time?                                                    02:32:07

6    A    No.

7    Q    Did you ever look at their name tag?

8    A    No.

9    Q    I'm going to go back before I forget.  Did

10   you ever see which deputy was the deputy that          02:32:20

11   searched you on the way to and from the patio?

12   A    I cannot identify who.

13   Q    So before you left the jail, in what area of

14   the jail were you searched, on the way to court?

15   Sorry?                                                   02:32:51

16   A    Can you repeat it?

17   Q    Uh-huh.  Before you left the jail but on the

18   way to the court, what area of the jail were you

19   searched in?

20   A    I think it's in the hallway.                        02:33:02

21   Q    And was that a single deputy as well?

22   A    I don't recall.

23   Q    After you were searched, what happened next?

24   A    We were told to go outside waiting for a bus

25   to the court.                                            02:33:46

Page 116

DEFTS. MSJ A 57

```
1       Q    So you did exit the premises on your way to

2    court?

3       A    Yes, because the court is in different

4    location.

5       Q    And you previously testified that you were in    02:34:04

6    chains or shackles.  Can you please describe what

7    that means?

8       A    I recall before -- before I got on the bus,

9    they put chains on me and other inmates, so me and

10   other inmates were connected through the chains.      02:34:55

11      Q    So that was after you exited the jail but

12   before you got on the bus?

13      A    I don't recall if it's before I exit the

14   building or after.  I don't recall.  But I recall

15   before I got on the bus, I was already chained with   02:35:27

16   other inmates.

17      Q    Okay.  And then what happened next?

18      A    We were transported to the courthouse, and we

19   got off the bus and went into the courthouse, and we

20   were searched on the way before we -- before we       02:36:09

21   actually entered the inside of the courthouse.

22      Q    Okay.  I'm going to stop you there for -- and

23   how long was that bus ride to the courthouse?

24      A    Just a few minutes.

25      Q    Were you -- were any seatbelts or restraining   02:36:45
```

Page 117

**DEFTS. MSJ A 58**

1      Q    Where was this done?

2      A    In the hallway on the way to enter the inside

3    of the courthouse.

4      Q    Were all the other inmates subjected to the

5    same search?                                              02:44:09

6      A    Yes.

7      Q    And who was the person to direct you through

8    this search?

9      A    The deputy.

10     Q    Was it a deputy that came from the jail with    02:44:31

11   you, or was it someone employed by the courthouse?

12     A    I don't know.

13     Q    When was the next search?

14     A    Oh, the next one was after I came back from

15   the courthouse, before I went back to my holding        02:45:07

16   tank.

17     Q    And was that the same procedure that you

18   described before?

19     A    Yes.

20     Q    That does not include, though, the bend over    02:45:32

21   and cough; correct?

22     A    No.

23     Q    Do you know what deputy led you through that

24   search?

25     A    No.                                              02:45:49

                                                      Page 121

```
 1      Q    During that search, did any deputy ask you to

 2   expose your breasts?

 3      A    No.

 4      Q    What about your genital region?

 5      A    No.                                    02:46:04

 6      Q    All right.  When was the last search?

 7      A    The last one was right before I was released.

 8      Q    Can you describe that search for me, please?

 9      A    So I got notice that I was released, so I

10   took my mattress out of my holding tank.  And in the   02:46:39

11   hallway, I was told to line up with other inmates

12   who were also ready for release.  And the same

13   procedures like previous search.

14      Q    And at that point, were your clothes returned

15   to you and your items returned to you?               02:47:20

16      A    No.

17      Q    No?  Okay.  Do you know what deputy led you

18   through that search?

19      A    No.

20      Q    At any point during the four days that you   02:47:29

21   were held in custody, aside from that one

22   conversation that you had with Sara Neal, did you

23   have any other conversations with other inmates

24   about the searches?

25      A    I don't recall at this point.               02:47:51
```

Page 122

**DEFTS. MSJ A 60**

```
 1        Q    During any point during the four days that

 2    you were held in custody, did you make any

 3    complaints to a deputy or jail staff about the

 4    searches?

 5        A    No.                                      02:48:05

 6        Q    Did you overhear or see any other inmates

 7    make any complaints to a deputy or jail staff about

 8    the searches?

 9        A    No.

10        Q    Did any of the other inmates seem bothered by   02:48:17

11    these searches?

12        A    Yes.

13        Q    Do you know who?

14        A    I don't have their names.

15        Q    Why did you know that they were bothered by   02:48:41

16    the searches?

17        A    Because very few people went up to the patio.

18        Q    And why is that evidence that they are

19    bothered by the searches?  What if they just didn't

20    want to go to the patio?                          02:49:01

21        A    There's no window in the holding cell.

22    Everybody was locked up 24 hours a day.  As a human

23    being, a normal person would be very happy to go out

24    to the patio.

25        Q    Ms. Doe, but you're making an assumption   02:49:47
```

                                          Page 123

DEFTS. MSJ A 61

```
 1    about how those other people feel; correct?  You

 2    don't actually know, because you're basing it off of

 3    how you personally felt.  Is that right?

 4       A   How a normal person felt, not just me.

 5       Q   Did you talk with anybody about how they        02:50:07

 6    felt?

 7       A   I will talk to them once I get their contact

 8    information.

 9       Q   Ms. Doe, that's not what I asked.  I said

10    prior to today's date, have you talked to anyone       02:50:28

11    about how they felt about the searches or why they

12    didn't go up to the patio?

13       A   No.

14       Q   So you don't know whether other people were

15    bothered about the searches and that's why they        02:50:45

16    didn't go to the patio; correct?  As of today's

17    date?

18       A   They were bothered by the search.

19       Q   How did you know that they were bothered?

20       A   I don't recall the -- at this point, I don't    02:51:28

21    recall, but I remember I perceived they didn't like

22    the search.

23       Q   What did you perceive?

24       A   I don't recall if they're -- I don't recall

25    exactly how I perceived.                               02:52:18
```

Page 124

DEFTS. MSJ A 62

```
 1      Q    So you don't know -- you don't know for a

 2   fact whether or not other people were bothered by

 3   them.  You're making an assumption; correct?

 4      A    No.

 5      Q    But no one has told you that they were        02:52:44

 6   bothered; correct?

 7      A    No.

 8      Q    Someone has told you that they were bothered?

 9      A    It's not a -- it doesn't have to be a

10   specific conversation.                                02:53:43

11      Q    Ms. Doe, but you're making allegations and

12   saying that other people felt this way, and we need

13   to know how or why you believe or say that other

14   people felt that way.  I know that you want to

15   contact people, and you will following getting their  02:54:05

16   contact information.  But to date, do you have any

17   facts based on a conversation or someone telling you

18   something that they were bothered by the searches?

19      A    It's -- like I said, it doesn't have to be a

20   specific conversation, but during the search, that's  02:54:33

21   how I perceived.

22      Q    But I have asked you what did you perceive?

23   Was it their body language?  Did they say something?

24      A    Their facial expression.

25      Q    Okay.  So you are -- you believe that         02:54:57
```

```
 1    others -- other inmates were bothered by the

 2    searches because of their facial expressions during

 3    the searches?

 4       A   Yes.

 5       Q   Okay.  Do you contend that you should have        02:55:19

 6    been treated differently because of your previous

 7    sexual traumas?

 8       A   Can you define "differently"?

 9       Q   For example, do you contend that there should

10    be different policies and procedures for someone        02:55:51

11    that has previous sexual traumas than a normal

12    inmate?

13       A   Yes.

14       Q   How so?

15       A   Especially when they are -- especially when      02:56:13

16    they are still on medication and they are still in

17    treatment.

18       Q   But how do -- how do you believe that someone

19    should be treated differently or that you should

20    have been treated differently?                          02:56:32

21       A   So what if I ask you when you were arrested

22    if you didn't have -- you didn't have a leg?  Should

23    you be treated differently?

24       Q   I'm not going to answer that.  I'm not

25    currently the one being asked questions.                02:56:58
```

Page 126

DEFTS. MSJ A 64

```
 1            THE REPORTER:   (Reporter clarification.)

 2   BY MS. WITT:

 3       Q    Why do you believe that you should have been

 4   treated differently?

 5       A    I had mental health --                         02:57:33

 6            THE REPORTER:   "I had mental health" what?

 7            THE WITNESS:   Issue.

 8   BY MS. WITT:

 9       Q    But there are other inmates that have mental

10   health issues as well; right?                           02:57:49

11       A    I don't know.

12       Q    Do you understand that one of the primary

13   goals of the jail is to maintain the safety of both

14   inmates and personnel?

15       A    Yes.                                            02:58:07

16       Q    And one of the ways to do that is searches;

17   right?

18       A    Your question is overbroad.

19       Q    One of the ways to facilitate the safety of

20   both personnel and inmates is through searches,         02:58:25

21   isn't it?

22       A    It depends on in what circumstances and in

23   what manner.

24       Q    I'll ask it this way:  Are you aware that

25   searches are a standardized practice to maintain        02:58:48
```

Page 127

DEFTS. MSJ A 65

1   safety in jails?

2       A   Only if when the searches are reasonable and

3   necessary.

4       Q   Okay.  But is it not reasonable to search

5   inmates whenever they leave or exit the premises?        02:59:15

6       A   Of course not, if they were being constantly

7   watched.  And why do you need to search an inmate

8   right before they are released?

9       Q   I can't answer questions, Ms. Doe.  And I'm

10  not the one being deposed here.  But is it not           02:59:45

11  understandable that an inmate that exits the

12  premises or leaves certain areas could get access to

13  things that they're not allowed to?

14      A   No.

15      Q   You're saying that inmates have no ability to    03:00:14

16  get access to contraband, weapons, et cetera?

17  That's not a possibility?

18      A   They are constantly being watched, and they

19  are put on chains.

20      Q   I know.  But do you understand how many          03:00:37

21  inmates are being watched by X amount of personnel?

22  Sorry.  Let me rephrase that.  Do you know the ratio

23  of deputies to inmates at the jail?

24      A   No.

25      Q   But there's more inmates than there are          03:00:58

                                                   Page 128

DEFTS. MSJ A 66

1    Detention Facilities."

2        Q    Are you looking at the one effective in

3    July 1st of 2018?

4        A    2019.

5        Q    Hold on.  Is this a document that the County    03:31:45

6    provided to you?

7        A    I don't recall.

8        Q    Are you able to provide this document?

9        A    Let me take a look.  Can I provide you after

10   the deposition, because I don't want to take too    03:33:16

11   much time looking for the document?

12       Q    Yep.  And based on that standard and the

13   statistics, how did you conclude that the Orange

14   County Sheriff's Department jails were overcrowded?

15       A    The square feet of the holding tank compared    03:33:50

16   the square footage with the minimum standard.

17   And --

18       Q    Do you know if those minimum standards apply

19   to newly constructed facilities versus older

20   constructed facilities?    03:34:27

21       A    It doesn't -- it didn't make a differentiate

22   between old and new facility.

23       Q    Okay.  While you were in custody from

24   August 8th to 12th, did anyone else complain about

25   the jail and your cell being overcrowded?    03:34:51

                                        Page 138

```
 1      A    You mean to the deputy?

 2      Q    To the -- yeah.

 3      A    I don't recall any.

 4      Q    Did you speak to anyone in the jail about the

 5 overcrowding?                                           03:35:10

 6      A    I don't recall.

 7      Q    Did you hear anyone else complain?

 8      A    I don't recall any.

 9      Q    And in your Complaint, you allege that you

10 were kept in the cell 24 hours a day, but you were      03:35:39

11 provided access to the patio; correct?

12      A    Yes.

13      Q    Did anyone prevent you from exercising or

14 doing physical activity in the tank or the day room?

15      A    There's no sufficient space for exercise.     03:36:07

16      Q    Not even in the day room?

17      A    No.

18      Q    But no one told you that you couldn't?

19      A    Can you repeat your question?

20      Q    Yeah.  But you just said that there was not    03:36:50

21 enough space.  But no one told you that you could

22 not do that; correct?

23      A    Correct.

24      Q    And I know we previously talked about this a

25 little bit earlier, but can you describe the lights      03:37:11
```

                                                    Page 139

**DEFTS. MSJ A 68**

```
 1    in Module G, Tank 2 during the day?

 2        A   During the day, all lights were on.

 3        Q   Do you know what time they turned on the

 4    lights?

 5        A   I don't know.                          03:37:44

 6        Q   Do you know what time they turned off the

 7    lights?

 8        A   Oh, they turned on the lights when we were

 9    called up for breakfast.  But I don't know how --

10    but I don't know what time they turned off the --   03:38:09

11            THE REPORTER:  "Turned off the what light"?

12            THE WITNESS:  "Some of the light."

13    BY MS. WITT:

14        Q   But they do turn off some of the lights at

15    night; correct?                                  03:38:31

16        A   Correct.

17        Q   Do you know how many lights remained on at

18    night?

19        A   I don't recall how many, but I know if you

20    want to read, you are still able to read.  There's   03:38:52

21    enough light for reading.

22        Q   Did you see other inmates doing that?

23        A   Reading?

24        Q   Uh-huh.

25        A   No.                                     03:39:06
```

Page 140

DEFTS. MSJ A 69

```
 1        Q    Did you read while you were there?

 2        A    No.

 3        Q    On a scale of one to ten, how bright were the

 4   lights at night?  One being dim to nearly off, and

 5   ten being full-daylight lights.                      03:39:30

 6        A    I don't know how to put to scale.  It's just

 7   enough light for reading.

 8        Q    But you didn't read?

 9        A    It's not -- it doesn't matter if you read or

10   not.  What I am trying to say is the light is         03:40:01

11   enough.

12        Q    Do you contend that that was done

13   intentionally?

14        A    Yes.  If they shut off some of the light, why

15   would they keep some of the lights on?                03:40:33

16        Q    Is it not possible that some of the lights

17   are kept on from a safety perspective?

18        A    I don't know how light is related to safety.

19        Q    Well, they -- the deputies and the personnel

20   have to be able to monitor what happens inside the    03:41:05

21   jail cells, including at night.  So isn't it

22   possible that some of the lights remain on so that

23   deputies can see and monitor to ensure the other

24   inmates' safety?

25        A    But the deputy is not there every minute.    03:41:23
```

Page 141

**DEFTS. MSJ A 70**

```
 1    They could have used flashlight when they wanted to

 2    check on something or if they -- they could have

 3    turned on the light when they needed it.

 4        Q    Okay.  Do you know if there's cameras that

 5    watch the cell?                                      03:41:52

 6        A    I don't know.

 7        Q    Wouldn't a light need to be on so that the

 8    cameras would be able to see within the cell at

 9    night?

10        A    I don't think so.  I believe the cameras can  03:42:05

11    be used with very low light.

12        Q    Did you complain to anyone about the lights

13    during your stay, to a deputy or to another inmate?

14        A    I didn't complain to any deputy because

15    during my stay, I was not functioning as a normal    03:42:46

16    person.

17        Q    Okay.  Did you complain to another inmate?

18        A    About the light?

19        Q    Yes.

20        A    I recall the inmate next to -- to my right,   03:43:10

21    she covered her face because of the light.  And I

22    did that too.

23        Q    What did she use to cover her face?

24        A    I don't recall it's towel or anything else.

25        Q    What did you use?                            03:44:01
```

Page 142

DEFTS. MSJ A 71

```
 1      A   I used -- I probably used the sheet to cover
 2   my face.
 3      Q   In the four days that you were there, were
 4   you able to sleep?
 5      A   Barely.                                    03:44:28
 6      Q   Did you see others sleep?
 7      A   Yes.
 8      Q   So some people were able to sleep, but you
 9   were not?
10      A   Well, they were lying there, but doesn't mean 03:44:41
11   they are getting good sleep.
12      Q   Okay.  Did you talk to anyone about whether
13   or not they got good sleep?
14      A   No.  And I remember every night, a lot of the
15   people got up and used the bathroom.               03:45:16
16      Q   We'll talk about that in a second.  But do
17   you have any fact to know whether or not the people
18   that slept were unable to get good sleep because of
19   the light?
20      A   Yes.  They had to use -- they had to use      03:45:35
21   something to cover their face.
22      Q   Okay.  That's not what I asked, though.  Do
23   you know if they were -- do you have any evidence to
24   support that the people did not get good sleep, as
25   you described?                                       03:45:54
```

Page 143

**DEFTS. MSJ A 72**

1     A    When you have to use something to cover your

2    face, you -- which means you don't feel comfortable

3    when you sleep.

4     Q    That's an assumption that you're making for

5    everyone else.  That might apply to you personally,      03:46:26

6    but that's an assumption for everyone else, isn't

7    it?

8     A    It's an assumption based on a normal person.

9     Q    Are you an expert in sleep?

10     A    I don't think everyone has to be an expert to     03:46:53

11    make certain assumptions.

12     Q    That's not what I asked.  Can you please

13    answer the question?  Are you an expert in sleep or

14    in sleep patterns?

15     A    What do you mean by "expert"?  Epidemic or         03:47:29

16    clinical or --

17     Q    Any of the above.  Specialized knowledge or

18    skill in sleep or sleep patterns.

19     A    I'm not a clinical expert in sleep.

20     Q    Have you taken courses regarding sleep?             03:47:55

21     A    What courses do you mean?

22     Q    Well, you just testified that you're not a

23    clinical expert, so I'm asking if you have academic

24    expertise.

25     A    I said I was not.                                   03:48:20

                                              Page 144

DEFTS. MSJ A 73

```
 1        Q    Okay.  And you have struggled with sleeping

 2   issues prior to coming to the jail, have you not?

 3        A    Huh?  I'm sorry.

 4        Q    Did you have sleeping issues prior to coming

 5   to the jail?                                        03:48:41

 6        A    Yes.

 7        Q    Let's move on to what you just said about the

 8   going to the bathroom in the middle of the night.

 9   Can you speak to that a little bit?

10        A    Yeah.  Because 40 people in the same holding  03:49:09

11   tank, so I don't recall it's every couple hours or

12   every hour, just here and there, constantly there

13   were people using the toilet.

14        Q    Yeah, but isn't that natural as having

15   multiple people sleeping or living in the same space  03:49:43

16   no matter how many?

17        A    No.  The number of people who stay in the

18   same tank really affect how many people use the

19   bathroom.

20        Q    I'm trying to understand -- so it's your      03:50:11

21   contention because of the number of people in the

22   bathroom, that's why people were going to the

23   bathroom?  Sorry.  Strike that.

24             It's your contention that the number of

25   people in the cell caused people to go to the         03:50:28
```

Page 145

```
 1   bathroom at night and that was a problem for you?

 2      A   It's not a problem for me.  I think it's the

 3   problem for everybody in that holding cell.

 4      Q   Did anyone else complain about it, to you or

 5   to a deputy?                                        03:50:53

 6      A   I don't know.

 7      Q   Do you have any evidence to support that

 8   other people were bothered by this besides yourself?

 9      A   Can you repeat your question?

10      Q   Do you have any evidence that other people    03:51:16

11   were bothered by the flushing in the middle of the

12   night besides yourself?

13      A   Everybody knows the flushing of the toilet is

14   really, really loud.

15      Q   How is that the County's fault, though?       03:51:45

16      A   Well, they built the facility.

17      Q   So your contention is that the County built

18   the facility incorrectly because it's too loud when

19   people flush the toilet?  Ms. Doe?

20      A   I don't know whether the County built the     03:52:34

21   facility correctly, but the fact is the flushing of

22   the toilet is really, really loud.

23      Q   Do you think people should not have been able

24   to use the bathroom at night?

25      A   "Should not"?                                 03:53:00
```

Page 146

```
 1      Q   Yes.
 2      A   You can't force people not to use bathroom at
 3   night.   It's inhuman.
 4      Q   Exactly.   So I'm trying to figure out how
 5   that's an issue when it's just the natural, human      03:53:18
 6   process of people using the bathroom at night.
 7      A   I am not complaining people using bathroom.
 8   That's not what I complained about.
 9      Q   Okay.   Then what are you complaining about?
10      A   So why the flushing of the toilet is so loud,   03:53:37
11   why the County did not change the toilet, normal
12   toilet.   Because those are not normal toilets.
13      Q   They're industrial toilets, industrial-style
14   toilets; right?
15      A   I don't know what's the style.               03:54:19
16      Q   But you're not aware of anyone complaining
17   about the toilets besides yourself?
18      A   So if the flushing of the toilet is not a
19   problem, why we were told not to flush the toilet
20   when the deputy were present?                        03:54:52
21      Q   Who told you that?
22      A   The inmate.
23      Q   Which inmate?
24      A   I don't recall her name, but multiple times,
25   I heard somebody said "don't flush the toilet        03:55:07
```

Page 147

**DEFTS. MSJ A 76**

```
 1   because the deputy is coming" or "the deputy is
 2   here."  I also recall one time -- or how many times
 3   I don't -- how many times I don't recall, but I
 4   recall the deputy told us not to flush the toilet
 5   because she's there.                           03:55:51
 6       Q    What did that deputy look like?
 7       A    I don't recall.
 8       Q    Can you tell me what color her hair was?
 9       A    I have no recollection.
10       Q    What her nationality was?              03:56:08
11       A    No, I don't know.
12       Q    And the deputy that told it to you more than
13   once, the same deputy?  Was it all the same person?
14       A    No.
15       Q    So it was multiple deputies that told that to  03:56:32
16   you?
17       A    Not to me, to everybody.
18       Q    Do you know when that was said, on what of
19   the days of your stay?
20       A    I don't recall.                        03:56:50
21       Q    Do you have any facts or evidence to support
22   that the reason that they said that was because of
23   the noise?
24       A    I -- I can't find any other reason if it's
25   not the noise.                                  03:57:24
```

Page 148

DEFTS. MSJ A 77

```
 1        Q    So you don't know for sure that's the reason,

 2   but that's what you think it is?

 3        A    I'm pretty sure it's because of the noise of

 4   the flushing.

 5        Q    Did anyone specifically prevent from you         03:57:37

 6   sleeping?

 7        A    No.

 8        Q    And over the course of the four days that you

 9   were in custody, did you get sleep at all?

10        A    Barely.                                          03:58:16

11        Q    But you did sleep at some point.  Maybe not

12   your best sleep, but you did sleep at some point?

13        A    Yes.

14        Q    What supplies did the County provide you when

15   you were booked into the jail?                            03:58:44

16        A    Huh?

17        Q    What supplies did the County provide you when

18   you were booked into the jail?

19        A    What "surprise"?

20        Q    "Supplies."                                     03:58:53

21        A    Oh, "supplies."  Toothbrush, toothpaste,

22   soap, a comb.  Yeah, pretty much it.

23        Q    Do you not consider those supplies as

24   covering basic hygiene?

25        A    No.                                             03:59:23
```

                                              Page 149

```
 1      Q   Why not?
 2      A   It's not enough for there and there's no
 3   shampoo.
 4      Q   So you're saying that the quantity of
 5   supplies was not enough, not necessarily the        03:59:45
 6   supplies were not enough?
 7      A   Correct.   And there's no shampoo.
 8      Q   But shampoo and additional supplies was
 9   available for purchase, was it not?
10      A   Well, shampoo is one of the hygiene products,   04:00:18
11   and it should be provided.
12      Q   But you previously testified that people
13   there were pretrial detainees, so they wouldn't be
14   there for extended period of time; correct?
15      A   But how -- how often do you shampoo your        04:00:47
16   hair?  Shampoo your hair?  Even you stay there --
17   for example, I stayed there for four days.
18   Shouldn't normal people, normal person shampoo their
19   hair?
20      Q   Is there any other supplies besides shampoo     04:01:20
21   that you think the County should have provided you?
22      A   I can't think of anything at this point.
23      Q   But washing your body and the teeth at the
24   minimum covers hygiene, does it not?
25      A   No.                                              04:01:55
```

Page 150

1       Q    So you consider that being able to wash your

2    hair is basic hygiene?

3       A    Of course.

4       Q    Even for a short period of time?

5       A    Of course.                                    04:02:08

6       Q    Okay.  How often do you wash your hair?

7       A    Two or three days.

8       Q    So based on that, you would have washed your

9    hair maybe once during that time frame?

10      A    I was supposed to.                            04:02:30

11      Q    Did you ever purchase any supplies from

12   commissary while you were in the jail?

13      A    No.

14      Q    Were you offered to purchase supplies from

15   commissary?                                           04:02:50

16      A    No.

17      Q    Did commissary come while you were there?

18      A    What?  I'm sorry.

19      Q    Did commissary come while you were there?

20      A    What's "commissary"?                          04:03:00

21      Q    "Commissary," where you purchase supplies

22   from.

23      A    "Commissary"?

24      Q    Yes.  So the commissary is what is known as

25   the people where you buy supplies from in the jail.   04:03:13

                                                    Page 151

```
 1    the ballpark range of what that toothbrush would

 2    cost?

 3        A    I'm sorry?

 4        Q    Is $3.90 within the range of what the average

 5    price of the toothbrush would be?                      04:20:01

 6        A    It depends on the quality.

 7        Q    But you just -- I'm saying for the quality of

 8    the toothbrush that's offered from the County, which

 9    you just testified that you know what that quality

10    is, is $3.90 an average price for a toothbrush of     04:20:20

11    that quality?

12        A    No.

13        Q    What's the average price?

14        A    It's much lower than 3.90.

15        Q    Okay.  Ms. Doe, where do you normally shop    04:20:42

16    for your hygiene goods?

17        A    Sometimes Walmart.  Sometimes 99 Cents.  And

18    remember, the County produced the purchase contract

19    of the supplies?

20        Q    Yes, it did.                                  04:21:49

21        A    I recall if you compare the price on the slip

22    that you provided with the price of the purchase,

23    purchase price, I recall it's -- it's over -- it's

24    way higher than the purchase price.

25        Q    Do you understand that the County buys in     04:22:39
```

Page 161

DEFTS. MSJ A 81

```
 1    bulk, and so that's not representative of a single

 2    item?

 3        A   So the County buys the products in bulk, and

 4    they sell to the inmates on a much higher price.

 5        Q   Okay.  Let's look at that.  Hold on one          04:23:11

 6    second.  So I'm going to re-pull up Exhibit 3, just

 7    to use as an example.  We're going to look at --

 8    what was it? -- baby powder, which is here listed

 9    for 1.80.  Okay.  This isn't going to work.  Never

10    mind.                                                    04:24:06

11        Ms. Doe, is it your -- do you understand that

12    the County is a public entity?

13        A   Yes.

14        Q   And that most public entities -- strike that.

15        Do you take issue with the fact that the            04:24:29

16    County might be selling things above the raw cost to

17    themselves?

18        A   It's way above.

19        Q   So your issue is -- or let me characterize

20    this.  Your issue is not that they might make some      04:24:50

21    profit.  It's the amount of profit?

22        A   Yes.

23        Q   Okay.  On the night of August 11th, 2019,

24    which I believe was Sunday night, can you explain to

25    me in detail what happened?                             04:25:10

                                                              Page 162
```

DEFTS. MSJ A 82

1    A    After midnight, a bunch of deputies came to

2    our holding tank.   They came in and told us, "Go to

3    the day room."   And while we were in the day room,

4    they searched our bedding.

5    Q    Okay.  Can you tell me how many deputies came        04:26:09

6    into the tank?

7    A    I didn't know how many deputies at the time,

8    and I know after we were locked up in the day room,

9    some more people came.  But I couldn't see through

10   the wall, so I know other than those deputies          04:26:44

11   initially came, there are more people to search our

12   bedding.

13   Q    How many deputies initially came?  I know

14   more came, but how many do you recall initially

15   came?                                                  04:27:20

16   A    I didn't know --

17   Q    Okay.

18   A    -- until I requested the search record.  And

19   right now I know it's four.

20   Q    And when you say that the deputies asked you       04:27:37

21   or placed you guys in the day room, is it fair to

22   say that all 40 of you fit in the day room?

23   A    It depends how you define "fit," because some

24   people were sitting on the floor.

25   Q    Okay.  So the day room is big enough to fit         04:28:14

                                                        Page 163

1    40 of you, albeit, maybe not comfortably, but it

2    will fit all 40 inmates?

3        A    I don't -- I don't think "fit" is the right

4    word.

5        Q    What word would you use?                    04:28:39

6        A    I don't know what word should be used, but I

7    just don't think "fit" is the right word, because

8    "fit" means you -- if you are fit in your room means

9    you can sit, you can -- you have your seat in the

10   room, whatever.                                      04:29:22

11       Q    Was there 40 people in the day room during

12   the search?

13       A    Yes.

14       Q    Okay.  Do you have any information that the

15   search that was conducted of the tank that night was  04:29:36

16   anything other than an internally scheduled search?

17       A    I don't understand your question.

18       Q    Do you have any information or evidence that

19   the search that was conducted on that night was

20   anything but an internally scheduled search?  So,     04:29:55

21   for example, to let me explain that further, do you

22   have any information that that was not a

23   pre-scheduled search of the tank?

24       A    I don't know.

25       Q    You don't know if you have any information or  04:30:15

                                                    Page 164

DEFTS. MSJ A 84

```
 1    evidence, or you don't have that?

 2        A    I don't know if it's pre-scheduled.

 3        Q    So it could have been pre-scheduled; you just

 4    don't know?

 5        A    Correct.                                    04:30:38

 6        Q    How long would you say that total search

 7    lasted?

 8        A    I don't know.

 9        Q    Do you have any evidence or information that

10    the deputies conspired against you and the other      04:31:01

11    inmates in that search?

12        A    While the search, we were told by the deputy

13    if we don't shut up during the day, this type of

14    search will continue until and unless we shut up.

15        Q    Who said that?                              04:31:35

16        A    I don't know.

17        Q    Did you see who said that, or did you just

18    hear it?

19        A    I just heard.  I couldn't see her face.

20        Q    But it was a female?                        04:31:54

21        A    Yes.

22        Q    Aside from that one statement of the deputy,

23    do you have any other information or evidence that

24    the deputies conspired against you and the other

25    inmates when they conducted that search?            04:32:10
```

Page 165

DEFTS. MSJ A 85

```
 1        A    The evidence is they conducted the search

 2   after midnight.

 3        Q    And why would the search being conducted

 4   after midnight provide us evidence of that?

 5        A    Because there are 24 hours a day, and we only     04:32:45

 6   have eight hours for sleep.  And they could have

 7   done the search in 16 hours, within 16 hours during

 8   the day.

 9        Q    Do you know -- go ahead.  Sorry.

10        A    But they chose to do the search after           04:33:45

11   midnight.

12        Q    But you also just previously testified that

13   you don't know if that was pre-scheduled and that it

14   could have been.  So it might not have been the

15   choice of those deputies, based on your previous      04:33:57

16   testimony; correct?

17        A    It doesn't matter if it's pre-scheduled or

18   not.

19        Q    Why not?

20        A    Even if it's pre-scheduled, they could have     04:34:12

21   done the search during 16 hours during the day

22   instead of after midnight.

23        Q    Do you know if there's any benefit to doing

24   the searches the night, from the county's

25   perspective?                                           04:34:32
```

                                                    Page 166

DEFTS. MSJ A 86

```
 1        A    Not after midnight.
 2        Q    Isn't it possible that there are safety
 3   perspectives of doing it at night?
 4        A    Not after midnight.
 5        Q    So you're telling me there's no reason or        04:34:49
 6   that you don't understand that there's any reason
 7   that doing the searches at night is just --
 8        A    Go ahead.
 9        Q    Just -- sorry.  That was the finishing of my
10   question.  So from -- but you don't -- do you have        04:35:12
11   any reason to believe that the searches are not
12   justified if conducted at night?
13        A    I believe it's not justified.  There is
14   different -- there is difference between search at
15   night and search after midnight.  There is a big          04:35:43
16   difference.
17        Q    What's the difference?
18        A    Search after midnight is to interrupt people
19   to have -- to have sleep or rest.
20        Q    Do you know if there's any other reason why      04:36:09
21   it could have been done after midnight?  For
22   example, what if they didn't have time to do it
23   during the day, or there were not enough deputies
24   available at any other point other than after
25   midnight?  Do you know that those weren't factors?        04:36:24
```

Page 167

```
 1      A    Those are not justified, the midnight search.

 2  Just because the County is short in employees, you

 3  cannot just do the midnight search whenever you

 4  like.

 5      Q    Do you have any other information how often    04:37:03

 6  these searches happen?

 7      A    You mean midnight search or just search?

 8      Q    The searches of the cells, in general.  Do

 9  you know how often these happen?

10      A    No.                                            04:37:23

11      Q    Do you know what time of the day they

12  normally happen?

13      A    No.

14      Q    Do you know why they happen?

15      A    They try to look for weapons and contraband    04:37:36

16  or any illegal stuff.

17      Q    So you do know that the purpose of the

18  searches is to facilitate safety and find weapons

19  and contraband; correct?

20      A    It depends what kind of search.                04:38:04

21      Q    You just testified that the reason why these

22  searches happen is to find weapons and contraband.

23  Was that not your testimony?

24      A    Because your question assumed every search is

25  legitimate.  And --                                     04:38:37
```

                                                Page 168

**DEFTS. MSJ A 88**

```
 1       Q    Okay.  Then I will reask it a different way.

 2   Do you know that these searches are done to

 3   facilitate the safety of personnel and inmates,

 4   regardless of the time they are conducted, the

 5   purpose of them?                                    04:39:10

 6       A    These searches could be used for other

 7   purposes.

 8       Q    Like what?

 9       A    Like punishment.

10       Q    Do you have any evidence that these searches  04:39:43

11   are used for punishment?

12       A    Yes.

13       Q    What is that evidence?

14       A    The statement of the deputy.

15       Q    Aside from the statement of the deputy, do  04:39:58

16   you have any other evidence?

17       A    No evidence.

18       Q    Did you talk to any of the other inmates

19   about these cell searches?

20       A    Yes.                                        04:40:22

21       Q    Who did you talk with?

22       A    I don't know her name.

23       Q    Was she someone that was sitting or sleeping

24   next to you?

25       A    She's -- she's an older lady, and she spent a  04:40:36
```

Page 169

**DEFTS. MSJ A 89**

1    Q   So you're saying, your testimony is none of

2    the inmates in that cell exhibited any behavior that

3    might have warranted a search?

4    A   Let me be more specific.  A search is fine,

5    but a search is different from a midnight search.  I    04:57:24

6    believe there's no conduct during the day warrants a

7    midnight search.

8    Q   You do understand, though, that in the jail,

9    you are in custody and overseen at all times and

10   that there might have been behavior at night that    04:57:52

11   could warrant a search; right?

12   A   A search -- like I said, a search is

13   different, a legitimate search is different from a

14   midnight search.

15   Q   So if an inmate is exhibiting behavior that    04:58:11

16   would warrant a search during the night, does that

17   mean that they should wait until the next day to do

18   that search?

19   A   But you are not just searching one inmate.

20   You are searching the entire cell.  What did I do?    04:58:31

21   I didn't do anything to warrant a midnight search.

22   If you are suspicious as to one individual, you

23   could have just searched that individual instead of

24   40 people.

25   Q   Have you ever heard of a "F.A.S.T. search"?    04:58:59

Page 178

1      A    No.

2      Q    Called a "facility assigned search team."

3  Have you heard of that before?

4      A    No.  What I heard is from the magistrate

5  judge report and recommendation, there are many,          04:59:23

6  many jails operating in California.  And I don't

7  recall his exact words, but what he meant is there

8  are many, many jails in California.  It's very rare

9  to hear that the jail must do a midnight search.

10  Like I said, there are 24 hours, and minus the eight      05:00:23

11  hours for sleep, there are 16 hours you can do the

12  search.

13      Q    I'm going to strike the answer as

14  nonresponsive and move on.

15          Did you complain to anyone about the F.A.S.T.      05:00:47

16  search that was conducted on the night of August 11,

17  2019, to a deputy?

18      A    No.

19      Q    Did you complain to any other inmate about

20  the F.A.S.T. search on August 11, 2019?                   05:01:00

21      A    Yes.

22      Q    Who?

23      A    The lady I just mentioned, the older lady.

24      Q    Okay.  Did you hear anyone else complain

25  about the F.A.S.T. search that was conducted on that      05:01:31

                                            Page 179

```
 1   night?
 2       A   It's not only the complaint, but everybody
 3   was frustrated that night.  And the next day, nobody
 4   talked to each other.  And we were so scared, and we
 5   were very frustrated due to the midnight search.        05:02:30
 6       Q   Do you have -- how do you know that the other
 7   people were frustrated?
 8       A   The body language, the facial expression.
 9   And like I said, the next day, nobody talked to each
10   other.  Even they talk, they talk, like, whisper.       05:03:00
11       Q   Okay.  Did you socialize with a lot of people
12   while you were in custody?
13       A   No.
14       Q   Aside from the people that we've talked about
15   so far that you have identified, did you speak to       05:03:27
16   anyone else while you were in custody?
17       A   I did.
18       Q   Who else?
19       A   I don't know their names.
20       Q   Can you describe them for me?                   05:03:54
21       A   There's a young girl who helped me to make
22   phone call, because I tried to post bail, and the
23   young girl helped me to make the phone call to the
24   bond company or bail company.  I don't recall.
25       Q   What day was this?                              05:04:37
```

Page 180

1       A    I don't remember.  And the call was not

2    successful.

3       Q    Okay.  Do you know why that call was not

4    successful?

5       A    After I got connected with the bail company,     05:04:56

6    they just kept me waiting on the phone for a very

7    long time and no response.  So later I just hung up.

8       Q    Is that the only other person that you

9    socialized with aside from who we've previously

10   talked about?                                            05:05:28

11      A    No.

12      Q    Who else?

13      A    The girl -- the girl and the lady to my

14   right.  Later, there's an older lady.  I recall she

15   told me she was arrested while she was on parole,        05:06:06

16   and I recall I borrowed a pen or whatever, I don't

17   remember, from a girl to my right, and I also talked

18   to another girl close to the toilet.

19      Q    What about?  What did you talk with her

20   about?                                                   05:06:55

21      A    I -- I was worried about my court date.  I

22   remember I asked them when I could get a court date,

23   and they told me the normal procedure, yeah.

24      Q    Okay.  Were all of these conversations brief

25   conversations?                                           05:07:40

Page 181

DEFTS. MSJ A 93

1      A    Yes.

2      Q    So during the time that you were there, it

3  appears, or you just testified that you had a

4  handful of short conversations with people but

5  didn't socialize much; is that correct?          05:08:04

6      A    Correct.

7      Q    Part of your complaint includes a First

8  Amendment violation; correct?

9      A    Correct.

10      Q    And I'm assuming, are you referring to free    05:08:18

11  speech?

12      A    Yes.

13      Q    Are you claiming that someone from the County

14  impinged on your right to free speech?

15      A    Yes.                                       05:08:40

16      Q    How so, if you didn't have extensive

17  conversations with other people?

18      A    I was told to "shut up."

19      Q    And yet again, do you know who told you that?

20      A    No.                                        05:09:02

21      Q    Are -- was that person speaking to you

22  personally?

23      A    No.

24      Q    Was that person speaking to the group as a

25  whole?                                            05:09:17

Page 182

DEFTS. MSJ A 94

```
 1        A    Yes.

 2        Q    Sorry.  Go ahead.

 3        A    She yelled to our holding tank.  Oh, I recall

 4   before I was released, I was worried how I got home.

 5   And then a lady told me once I got out, there is a        05:09:49

 6   truck every night over there to offer free coffee

 7   and snacks.  Because the owner of the truck, his

 8   daughter was raped after she was released from

 9   Orange County Jail.  So after that, he offered

10   coffee and snacks to the women who were released      05:11:24

11   from the jail.

12        Q    That's very nice of him.  Do you know when

13   you had this conversation?

14        A    Before I was released.

15        Q    So on Monday, the 12th?                     05:11:48

16        A    Yes.

17        Q    And do you know who you had that conversation

18   with?

19        A    Her name is "Star."

20        Q    "Star"?                                     05:12:03

21        A    Yes, S-t-a-r.  That's what people call her,

22   "Star."

23        Q    I don't want to go off the record, but I'm

24   going to kind of take a second here.  Ms. Doe, I

25   didn't get quite as far as we thought here today,     05:12:41
```

Page 183

DEFTS. MSJ A 95

```
1    and I definitely have more than an hour's worth to

2    do, to go over this.  So I would like to meet and

3    confer with you, if you are open to stipulating to

4    further time or -- particularly because some of the

5    areas that I want to cover are your treatment, and      05:13:05

6    you previously said that you would not speak to that

7    until the discovery dispute is over.  So if I

8    proceeded and got to that topic of treating

9    physicians, I would want to know that I would get

10   answers.  So how would you like to proceed?            05:13:22

11       A   We can resume after the discovery hearing.

12       Q   Okay.  And I know it's been a long day, and I

13   feel like we're -- I'm at a good place to stop for

14   the day.  So if you would agree to stipulate to,

15   let's say, another two hours or two-and-a-half hours    05:13:55

16   another day, once we have the rulings on the

17   discovery, would you be open to that if I circulated

18   a stipulation?

19       A   Yes.

20       Q   On a mutually agreeable date for all of us?     05:14:12

21       A   Yes.

22       Q   Okay.  Well, then, considering that it's

23   5:00 and it's been a long day, I will ask you do you

24   want to continue for a little bit, or do you want to

25   stop and just resume and take the time that we need     05:14:30
```

Page 184

DEFTS. MSJ A 96

```
 1    another day, Ms. Doe?

 2        A    It's up to you.

 3        Q    Okay.  Let me do one more small section, and

 4    then let's close out for the day.  And then I will

 5    start on, like, a clean slate for the next day so      05:14:53

 6    I'm not mid doc.  Does that work?

 7        A    Yes.

 8        Q    Okay.  We just talked about the conversation

 9    you had with Star, and that was the day that you

10    were released.  The conversation that you had with     05:15:12

11    the girl on the toilet, do you happen to know what

12    day that was?

13        A    The toilet?

14        Q    You testified earlier that there was a

15    girl -- you were worried about your court date, and    05:15:32

16    you asked when you would get one, and she kind of

17    told you "the normal procedure."  Do you know when

18    that was?

19        A    Before I went to court.

20        Q    Okay.  In the conversation that you had with   05:15:47

21    the older lady where she told you that she was

22    arrested while she was on parole and you might have

23    borrowed something from her, do you know when that

24    was?

25        A    No.  The older lady was on the upper bed, and  05:16:11
```

                                                    Page 185

DEFTS. MSJ A 97

```
 1    I borrowed something from the girl on the low --

 2    bottom bed.

 3        Q    Okay.  Oh, to your right.  So upper bed and

 4    bottom bed to your right?

 5        A    Yes.                                      05:16:42

 6        Q    And when the deputies were -- came -- told

 7    people to "shut up," did you happen to be talking at

 8    any time that they told the cell to shut up?

 9        A    No.

10        Q    So it probably wasn't directed at you?     05:17:03

11        A    No.  She's yelling to the entire tank.

12        Q    When you were finally released on your own

13    recognizance on the 12th, at some point, did the

14    County of Orange provide you back your clothes and

15    you returned the jail issued?                      05:17:47

16        A    I was ordered to take off all my clothing.  I

17    was ordered to take off all my jail uniform before I

18    could get my clothing back.

19        Q    And where did this happen?

20        A    In -- in a room with a bunch of people, and a   05:18:19

21    deputy was behind the window.  So everybody had to

22    take off their clothes, their jail uniform before

23    they could get their own clothing back.

24        Q    When you testified to a "bunch of people,"

25    were they all other inmates?                       05:19:02
```

Page 186

**DEFTS. MSJ A 98**

1       A    Yes.

2       Q    So do you know how many there were, by

3   chance?

4       A    I think more than ten.

5       Q    Okay.  So there was approximately ten inmates        05:19:25

6   and then one deputy in the window of the room?

7       A    I don't recall how many deputies behind the

8   window, but there's one deputy who handed me my

9   clothing, my own clothing.

10      Q    And then after your clothing was returned to        05:20:00

11  you, what happened next?

12      A    I got dressed and waiting to be processed.

13      Q    Okay.  And do you know approximately how long

14  that process took?

15      A    I don't recall.  And I don't know.                  05:20:45

16      Q    And what happened during that process?

17      A    After -- after I got dressed, I don't -- I

18  don't recall if they -- they told us to stand in

19  front of -- I don't know if it's camera or what.

20  They just -- I don't know how they processed, but we        05:21:37

21  were told to stand in front of some equipment.  And

22  after they processed, I don't recall how I got my

23  purse.  After I got my purse back, I got my money,

24  and I didn't get my phone back.

25      Q    And that's because Santa Ana Police                 05:22:29

                                                        Page 187

DEFTS. MSJ A 99

```
 1    Department had it; correct?
 2        A    Yes.
 3        Q    And then once you got all your items back,
 4    what happened next?
 5        A    I didn't have enough money.  I didn't have a    05:22:49
 6    phone.  I -- I went to Santa Ana Police Department,
 7    and they were closed.  I didn't know what to do.
 8    I -- I went to the truck that Star told me.  I got
 9    drinks, snacks, asking about how I got home.  I
10    didn't remember any phone number because I didn't      05:23:41
11    memorize any phone numbers, so I cannot make any
12    phone calls.  I was -- I was very frustrated.  I
13    didn't know how to get home.  I was crying.  And I
14    asked around if any people would go into the same
15    direction, and nobody was going to L.A.  And I         05:24:35
16    was -- I was scared for quite some time.
17            And later, a girl was released.  I asked
18    her -- I don't -- I don't recall what I asked her,
19    but later, she told me her dad was coming to pick
20    her up.  She would ask her dad if he would give me a   05:25:21
21    ride home.  And we were there waiting, and later her
22    dad came and agreed to give me a ride.  So they took
23    me to City of Industry.  So I picked up my car and I
24    drove home.
25        Q    That's very nice of them.  Do you happen to   05:26:03
```

Page 188

DEFTS. MSJ A 100

1    know that girl's name?

2        A    I don't recall her name.  I -- I remember I

3    asked for her phone number.  I -- in the car, she

4    dialed my phone number, but at the time, I didn't

5    have my phone.  I thought I could get her phone          05:26:48

6    number after I got my phone back, but after I got my

7    phone back, my phone didn't show her phone number.

8        Q    You're not sure who she is?

9        A    I just remember she had green hair.  She dyed

10   her hair green.                                          05:27:16

11       Q    Okay.  Do you believe that the County is

12   responsible for providing you a ride home?

13       A    No.

14       Q    I think that's a really good place for me to

15   stop for the day, then.  Ms. Doe, I will shoot you       05:27:52

16   an e-mail, and we'll find another date, hopefully in

17   maybe the next week, that could work.  And I would

18   only need a few hours, so it wouldn't be a full day

19   like this.

20       A    Next week, can we schedule after the            05:28:11

21   discovery hearing?

22       Q    Oh, that's right.  Yes.  Hold on.  What

23   day -- do you happen to know what day that is,

24   again?  Oh, it's the 8th.

25       A    Yeah.                                           05:28:30

                                                    Page 189

DEFTS. MSJ A 101

```
 1        Q    Okay.  We can schedule something for maybe

 2    that following week, then.  Does that work?

 3        A    Yes.

 4        Q    Okay.  I will reach out to you in an e-mail.

 5    We'll find a date that works after that discovery      05:28:49

 6    meeting, but to also kind of memorialize our meet

 7    and confer on the record.

 8             I believe that is it, then.  This will

 9    conclude Volume II via suspension.

10             THE VIDEOGRAPHER:  This concludes today's      05:29:11

11    deposition of Jane Doe, Volume II.  The number of

12    media used was four, and we are going off the record

13    at 5:29 p.m.

14

15                    (TIME NOTED: 5:29 p.m.)

16

17

18

19

20

21

22

23

24

25
```

Page 190

DEFTS. MSJ A 102

```
 1              I, the undersigned, a Certified Shorthand

 2    Reporter of the State of California, do hereby

 3    certify:

 4              That the foregoing proceedings were taken

 5    before me at the time and place herein set forth;

 6    that any witnesses in the foregoing proceedings,

 7    prior to testifying, were administered an oath; that

 8    a record of the proceedings was made by me using

 9    machine shorthand which was thereafter transcribed

10    under my direction; that the foregoing transcript is

11    a true record of the testimony given.

12              Further, that if the foregoing pertains to

13    the original transcript of a deposition in a Federal

14    Case, before completion of the proceedings, review

15    of the transcript { } was {X} was not requested.

16              I further certify I am neither financially

17    interested in the action nor a relative or employee

18    of any attorney or party to this action.

19              IN WITNESS WHEREOF, I have this date

20    subscribed my name.

21

22    Dated: April 1, 2021   Jill Glantz

23

                             JILL GLANTZ

24                           CSR No. 11341

25

                                              Page 191
```

**DEFTS. MSJ A 103**

# JAIL COMMISSARY ORDER SLIP

**BOOKING NO.**

☐ Request Welfare Pack

## SHERIFF INMATE

**BOOKING NUMBER MUST BE FILLED IN**

Correct Mark / Incorrect

Last Name _____

First Name _____

Dorm _____ Date _____

Signature _____

*ORDER MUST BE SIGNED • ALL PRICES INCLUDE TAX*

### STATIONERY QTY. LIMIT LISTED

| Code | Item | QTY | COST |
|---|---|---|---|
| 3070 | (Writing Tablet) 8 1/2x11 (No Limit) | | 1.00 |
| 3030 | (Pencil) (Limit 2) | | .10 |
| 3080 | Expandable Folder (Limit 2) | | 5.00 |
| 3040 | Erasers (Limit 2) | | .20 |
| 3060 | Tablet 8 1/2x 11 (unlined) (No Limit) | | 1.20 |
| 3050 | Colored Pencils (Limit 1) | | 2.75 |
| 3130 | (Stamps) - Forever (10 pk.) (No Limit) | | 6.10 |
| 3140 | Pinochle Cards (Limit 2) | | 2.00 |
| 3110 | Envelope 9x12 no stamp (No Limit) | | .40 |
| 3000 | Playing Cards (Limit 1) | | 2.00 |
| 3090 | (Envelope) - legal stamped (5 pk.) | | 3.80 |

### PERSONAL/HEALTH CARE QTY. LIMIT 2 EACH

| Code | Item | QTY | COST |
|---|---|---|---|
| 1260 | Shower Shoes Medium | | 1.25 |
| 1270 | Shower Shoes Large | | 1.25 |
| 1280 | Shower Shoes X-Large | | 1.25 |
| 1110 | Washcloth | | .40 |
| 1240 | Handkerchief | | 1.40 |
| 1520 | (Toothbrush) | | 3.90 |
| 1010 | (Toothpaste) | | 1.25 |
| 1800 | Soap, Deodorant | | .60 |
| 1030 | Soap, Moisturizer | | 2.10 |
| 1150 | Hand Lotion 5 pk. | | 1.30 |
| 1440 | Pillow (Limit 1) | | 5.30 |
| 1510 | Deodorant | | 2.85 |
| 1140 | Magic Shave | | 6.75 |
| 1130 | Afta Shave | | 4.35 |
| 1470 | Razor, Security SPC  Not available in Medical | | .50 |
| 1100 | Shaving Cream | | 1.20 |
| 1420 | Blistex | | 3.75 |
| 1300 | Facial Skin Care, Noxema | | 3.15 |
| 1380 | B Complex | | .60 |
| 1390 | Multi-Vitamin | | 1.05 |
| 1060 | Shampoo, Regular 5 pk. | | 1.05 |
| 1070 | Shampoo, Dandruff 5 pk. | | 1.45 |
| 1080 | Conditioner, Rinse 5 pk. | | 2.00 |
| 1170 | Hair Dressing | | 4.90 |
| 1200 | Palm Comb/Brush | | .50 |
| 1220 | Afro-Pick, Comb | | .50 |
| 1190 | (Comb) | | .25 |
| 1230 | Ponytail Holders | | .20 |
| 1480 | Baby Powder | | 1.80 |
| 1610 | Reading Glasses 1.0 (Limit 1) | | 5.00 |
| 1620 | Reading Glasses 2.0 (Limit 1) | | 5.00 |
| 1630 | Reading Glasses 3.0 (Limit 1) | | 5.00 |

### FOOD ITEMS QTY. LIMIT 8 EACH

| Code | Item | QTY | COST |
|---|---|---|---|
| 5060 | Soup (Cup Required) | | .60 |
| 2300 | Tuna Pouch* | | 3.00 |
| 2280 | Beans, Instant* | | 1.50 |
| 5300 | Flour Tortilla 6 pk.*H | | 1.30 |
| 2310 | Rice, Instant*H | | 1.30 |
| 2230 | Peanut Butter, Singles*H | | .65 |
| 2240 | Grape Jelly, Singles*H | | .40 |
| 2250 | Cheddar Cheese, Singles | | .80 |
| 2260 | Jalapeno Cheddar Cheese, Singles | | .80 |
| 5150 | Poptarts | | 1.30 |
| 5270 | Honey Bun, Jumbo* | | 1.70 |
| 2820 | Chili with Beans, 11.25 oz pkg. | | 2.95 |
| 5320 | Jalapeño Slices* | | .75 |
| 2990 | Beef Summer Sausage | | 2.95 |
| 5260 | Donuts, Crunch Mini | | 1.50 |
| | | | 1.60 |
| 5200 | Big Texas Cinnamon Roll, 4 oz.* | | 1.70 |

### SNACK/CRACKERS/COOKIES QTY. LIMIT 15 TOTAL

| Code | Item | QTY | COST |
|---|---|---|---|
| 2480 | Cheez-it Crackers* | | .80 |
| 2600 | Rice Krispies Treats | | 1.15 |
| 2560 | Chocolate Chip Cookies* | | .80 |
| 2570 | Famous Amos Cookies* | | 1.00 |
| 2580 | Nutter Butter Cookies* | | 1.25 |
| 2590 | Hard Granola Bar* | | 1.00 |
| 2370 | Cheese Popcorn | | .95 |
| 2380 | Jalapeno Popcorn | | .95 |
| 5230 | Oreo Cookies* | | 1.00 |
| 5090 | Banana Moon Pie | | 1.10 |
| 7220 | Chocolate Moon Pie | | 1.10 |
| 5180 | Zingers, Chocolate | | 1.50 |

### CEREAL QTY. LIMIT 4 EACH

| Code | Item | QTY | COST |
|---|---|---|---|
| 2740 | Raisin Bran* | | 1.00 |
| 2960 | Instant Oatmeal Maple Brown Sugar (Limit 8)*H | | .60 |
| 2720 | Frosted Flakes* | | 1.00 |
| 2830 | Cocoa Krispies* | | 1.00 |

### NOTES

1. Adjustments for orders not received, due to transfer, will be done within 2 working days.
2. Flushing your Commissary trash jeopardizes your Commissary privileges. Please don't do it.
   Tirando su basura de la Comisaria on el escusado perjudicara su privilegio de la Comisaria. Por Favor no lo haga.
   Bo ráo Commissary váo toilét gây nguy hai cho quyén dúoc mua Commissary. Xin dúng lám vây.
3. Valid I.D. card required for Commissary.
4. Accounts with a balance of $2.00 below may request a welfare pack. All requests for welfare packs will be charged $2.00. Outstanding charges will be deducted as funds become available.
   Un internado con $2.00 o menos en su cuenta, puede pedir un paquete de ayuda. Cuando dinero sea depositado en su cuenta, sera cargado por cada paquete recibido, anteriormente.
   Bân cô thc do hoi mot tui vát dung ca nhan neu so bon trong truong muc dua $2.00. Tuy nhien bon se phai hoan bon cho nhung tui vát dung ca nhan do khi truong muc cua bân co $2.00 tro len.
5. Commissary orders for inmates on Loss of Commissary, Loss of all Privilege, or housed in Disciplinary Isolation are limited to those hygiene & stationery items in parentheses.
6. All purchases for Commissary products will be paid for out of the inmates account.
   Todas las compras hechas por la Comisaria seran cobradas a la propia cuenta del internado.
   Tát ca viéc mua sán phám cua Commissary so du'o'c thanh toán qua tái khoan cua tù nhân.
   ORDERS MUST BE CHECKED FOR ACCURACY IN THE PRESENCE OF THE COMMISSARY DELIVERY PERSONNEL. WHEN YOU LEAVE THE PRESENCE OF THE COMMISSARY PERSONNEL, THE TRANSACTION IS FINAL.
   COMMISSARY WILL NOT REPLACE/REFUND AFTER 30 CALENDAR DAYS OF ORDER RECEIPT.

6/2019          * = KOSHER   H = HALAL          VERSION 1

EXHIBIT 2
DEFTS. MSJ A 104



## CONDIMENTS QTY. LIMIT 5 EACH

| # | Item | QTY | COST |
|---|------|-----|------|
| 2090 | Salsa 4 pk.** | ①②③④⑤ | 1.80 |
| 2270 | Mayonnaise 5 pk.** | ①②③④⑤ | 1.10 |
| 2210 | Salt Singles 10 pk.** | ①②③④⑤ | .90 |
| 2220 | Pepper Singles 10 pk.** | ①②③④⑤ | .90 |
| 2070 | Sugar 10 pk.** | ①②③④⑤ | .75 |
| 2080 | Sweet & Low 10 pk.** | ①②③④⑤ | .75 |
| 5350 | Creamer 5 pk.** | ①②③④⑤ | .75 |
| 2930 | Ketchup, 5 pk.** | ①②③④⑤ | 1.00 |
| 2920 | Ranch Dressing | ①②③④⑤ | .75 |
| 2960 | Tapatio, Hot Sauce, 4 pk. | ①②③④⑤ | 1.25 |

## NUTS & CHIPS QTY. LIMIT 15 TOTAL

| # | Item | QTY | COST |
|---|------|-----|------|
| 2460 | Toffee Peanuts** | ①②③④⑤⑥⑦⑧⑨⑩ | 1.65 |
| 2440 | Cracklins, Pork | ①②③④⑤⑥⑦⑧⑨⑩ | 1.50 |
| 2520 | Pretzel, Jalapeño* | ①②③④⑤⑥⑦⑧⑨⑩ | 1.05 |
| 2490 | Cheetos | ①②③④⑤⑥⑦⑧⑨⑩ | 1.05 |
| 2470 | Doritos Nacho Cheese | ①②③④⑤⑥⑦⑧⑨⑩ | 1.05 |
| 2550 | BBQ Chips** | ①②③④⑤⑥⑦⑧⑨⑩ | 1.05 |
| 2540 | Fritos, Twist | ①②③④⑤⑥⑦⑧⑨⑩ | 1.05 |
| 2640 | Pretzel, Hot Wings* | ①②③④⑤⑥⑦⑧⑨⑩ | 1.05 |
| 5250 | Kettle Chips, Jalapeño* | ①②③④⑤⑥⑦⑧⑨⑩ | 1.05 |
| 2690 | Funyuns, Flamin Hot* | ①②③④⑤⑥⑦⑧⑨⑩ | 1.05 |
| 2750 | Salsitas - Spicy Salsa Tortillas Round | ①②③④⑤⑥⑦⑧⑨⑩ | 1.05 |
| 2970 | Sun Chips, Garden Salsa | ①②③④⑤⑥⑦⑧⑨⑩ | 1.05 |
| 5330 | Peanuts, Spicy*H | ①②③④⑤⑥⑦⑧⑨⑩ | .80 |
| 5280 | Chips, The Whole Shabang*H | ①②③④⑤⑥⑦⑧⑨⑩ | 1.05 |

## BEVERAGES QTY. LIMIT LISTED

| # | Item | QTY | COST |
|---|------|-----|------|
| 5310 | Freeze Dry 3 oz. (Limit 6)*H | ①②③④⑤⑥ | 6.00 |
| 2060 | Kool-Aid (Limit 3)*H | ①②③④⑤⑥ | 2.10 |
| 2100 | Lemonade (Limit 3)*H | ①②③④⑤⑥ | 2.10 |
| 2840 | Juice, Orange/Tangerine (Limit 6) | ①②③④⑤⑥ | 1.00 |
| 2850 | Juice, Berry (Limit 6) | ①②③④⑤⑥ | 1.00 |
| 1430 | Cup, Plastic (Limit 1) | ① | 2.50 |
| 2860 | Juice, Apple (Limit 6) | ①②③④⑤⑥ | 1.00 |
| 2940 | Coffee, Singles, 5 pk. (Limit 6)** | ①②③④⑤⑥ | 1.60 |
| 5100 | Horchata - Agua Fresca El Mexicano (Limit 4) | ①②③④ | 4.25 |
| 5210 | Cocoa, Single (Limit 10)** | ①②③④⑤⑥⑦⑧⑨⑩ | .40 |
| 5220 | Cappuccino, Single (Limit 10)** | ①②③④⑤⑥⑦⑧⑨⑩ | .40 |

## GREETING CARDS QTY. LIMIT 10 TOTAL

| # | Item | QTY | COST |
|---|------|-----|------|
| 3400 | Birthday, Adult Spanish | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3420 | Valentine's, Spanish | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3430 | Easter, Spanish | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3440 | Mother's Day, Spanish | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3450 | Father's Day, Spanish | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3460 | Christmas, Spanish | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3470 | Romantic, English | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3480 | Friendship, English | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3490 | Birthday, Adult English | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3500 | Birthday, Child English | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3510 | Valentine's, English | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3520 | Easter, English | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3530 | Mother's Day, English | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3540 | Father's Day, English | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3550 | Halloween, English | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3560 | Thanksgiving, English | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3570 | Christmas, English | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |
| 3600 | Greeting Card Blank | ①②③④⑤⑥⑦⑧⑨⑩ | 1.70 |

## CANDY QTY. LIMIT 5 EACH

| # | Item | QTY | COST |
|---|------|-----|------|
| 4280 | Kit Kat Big** | ①②③④⑤ | 1.50 |
| 4030 | Hershey Chocolate with Almond** | ①②③④⑤ | 1.50 |
| 4050 | Twix** | ①②③④⑤ | 1.50 |
| 4070 | M&M Peanut** | ①②③④⑤ | 1.50 |
| 4110 | Snickers** | ①②③④⑤ | 1.50 |
| 4010 | Butterfinger** | ①②③④⑤ | 1.50 |
| 4150 | Reeses PB Cups** | ①②③④⑤ | 1.50 |
| 4510 | Payday** | ①②③④⑤ | 1.50 |
| 4610 | Skittles - Sour | ①②③④⑤ | 1.50 |
| 4540 | Starburst - Original Flavor | ①②③④⑤ | 1.50 |
| 4670 | Reese's Pieces* | ①②③④⑤ | 1.50 |
| 4120 | Three Musketeers* | ①②③④⑤ | 1.50 |
| 4720 | Rollo Coco/Coconut | ①②③④⑤ | .75 |
| 4730 | Chick-O-Stick* | ①②③④⑤ | .50 |

## INTRODUCTORY QTY. LIMIT 4 EACH

| Item | QTY | COST |
|------|-----|------|
| | ①②③④ | |

## SPECIALTY

| Item | QTY | COST |
|------|-----|------|
| Special #1 | ①②③④⑤ | |
| Special #2 | ①②③④⑤ | |
| Special #3 | ①②③④⑤ | |
| Special #4 | ①②③④⑤ | |

## MEDICAL QTY. LIMIT 1 EACH

| # | Item | QTY | COST |
|---|------|-----|------|
| 1580 | Cetirizine (Allergy) | ①②③④⑤ | 1.70 |
| 1790 | Ranitidine (Heartburn) | ①②③④⑤ | 9.65 |
| 1650 | Bisacodyl (Laxative) | ①②③④⑤ | 1.70 |
| 1660 | Docusate Sodium (Stool Softener) | ①②③④⑤ | 5.85 |
| 1680 | Saline Nasal Spray (Nasal Mucous/Congestion) | ①②③④⑤ | 2.30 |
| 1410 | Cough Drops (Cough Drops) | ①②③④⑤ | 1.90 |
| 1690 | Gas X or Beano (Indigestion) | ①②③④⑤ | 10.25 |
| 1700 | Sulfur 8 Shampoo (Dandruff, Seborrhea, Psoriasis) | ①②③④⑤ | 7.75 |
| 1570 | Tolnaftate Cream (Topical Fungal/Infection) | ①②③④⑤ | 1.45 |
| 1560 | Hydrocortisone Cream (Rash) | ①②③④⑤ | 2.20 |
| 1780 | Eucerin (Moisturizer) | ①②③④⑤ | 1.40 |
| 1720 | Analgesic Balm (Superficial Muscle Pain) | ①②③④⑤ | 2.15 |
| 1600 | Acetaminophen, 500mg (Pain Relief, Ex. Strength) | ①②③④⑤ | .20 |
| 1540 | Ibuprofen, 200mg (Pain Relief) | ①②③④⑤ | .20 |
| 1750 | Imodium (Anti-Diarrheal) | ①②③④⑤ | .40 |
| 1400 | Tums (Antacid) | ①②③④⑤ | 1.45 |
| 1590 | Sinus Pain (Sinus Pain & Pressure) | ①②③④⑤ | .20 |
| 1730 | Cold Pack (Common Cold) | ①②③④⑤ | 1.40 |
| 1710 | Contact Lens Solution (Soft) | ①②③④⑤ | 10.40 |
| 1810 | Salicylic Acid, 2% (Acne Medicine) | ①②③④⑤ | 2.95 |

6/2019

DEFTS. MSJ A 105

**REDACTED**



ORANGE COUNTY JAIL
Santa Ana, California
*** ***

**BOOKING RECORD**

USER:
DATE/TIME: 080819 1626   BKG STATUS: AWAR   HSG LOC: IW IN

NAME:                                      DOB:              POB: CN
AKA:                                COMM/TM:

SSN:
ILL/INJ: Y  MED HIST: MED ATTN REQ

ABY: SAP  JURIS: CJC                    BAIL OR FINE: $   15,000.00
CHARGES:  CNTS DEG CODE SECTION        DESCRIPTION
   1.  01  M  PC  594(A)          VANDALISM                N
   2.  01  M  PC  594(B)(2)(A)    VANDALISM                N
   3.  01  M  PC  273.6(A)        DOMESTIC VIOLENCE        N
   4.  01  M  PC  647(J)(4)A      VID RCRD INTENT DISTRS   R

TO BE COMPLETED AT TIME OF BOOKING        CN      S

UNEMPLOYED

I HAVE RECEIVED THE JAIL RULES AND KNOW THEY ARE POSTED IN THE LIVING AREAS OF THE JAIL.
I UNDERSTAND HOW TO OBTAIN MEDICAL CARE WHILE IN CUSTODY.
PURSUANT TO PENAL CODE SECTION 851.5, I HAVE BEEN GIVEN THE OPPORTUNITY TO MAKE THREE (3) FREE TELEPHONE CALLS WITHIN THE LOCAL DIALING AREA, OR AT MY OWN EXPENSE IF OUTSIDE THE LOCAL DIALING AREA.
TELEPHONE CALLS DESIRED _____ COMPLETED _____ DATE/TIME AUG 0 8 2019

THIS IS NOT AN ADMISSION OF GUILT

SIGNATURE X _____  BOOKING DEPUTY   R. O'Donnell #10010 ___ # ____

FILE COPY
F0580-510.2 (REV. 03/16)

EXHIBIT
DEFTS. MSJ A 106  3