Michael L. Wroniak (State Bar No. 210347)
Rebecca J. Chmura (State Bar. 319106)
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA  92868**
**(714) 823-4100 – FAX (714) 823-4101**
Email:  mwroniak@ccllp.law
Email:  rchmura@ccllp.law

Attorneys for Defendant
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

## UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE, | ) CASE NO. 8:20-cv-00322-JWH (GJS) |
| | ) *[Assigned to Judge John W. Holcomb* |
| Plaintiffs, | ) *Courtroom 2]* |
| | ) |
| vs. | ) **DECLARATION OF COMMANDER** |
| | ) **MARK STICHTER (RET.) IN SUPPORT** |
| COUNTY OF ORANGE; DON | ) **OF DEFENDANTS' MOTION FOR** |
| BARNES; WILLIAM BAKER; JOE | ) **SUMMARY JUDGMENT, OR, IN THE** |
| BALICKI; MARK STICHTER; and | ) **ALTERNATIVE, PARTIAL SUMMARY** |
| DOES 1-10, inclusive, | ) **JUDGMENT** |
| | ) *[Filed concurrently with Notice;* |
| Defendants. | ) *Memorandum of Points & Authorities;* |
| | ) *Compendium of Evidence; Joint Exhibits;* |
| | ) *Joint Statement; Request for Judicial Notice;* |
| | ) *Exhibit Table of Contents; [Proposed]* |
| | ) *Order; and [Proposed] Judgment]* |
| | ) |
| | ) **Hearing** |
| | ) **Date:       June 15, 2022** |
| | ) **Time:       10:00 a.m.** |
| | ) **Dept.:       640** |
| | ) Complaint Filed: 2/18/20 |
| | ) Trial Date:       None |
| | ) |

*FILE # 22348*

**DEFTS. MSJ D 410**

STICHTER DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.

## **DECLARATION OF COMMANDER MARK STICHTER (RETIRED)**

I, Commander Mark Stichter (Retired), declare as follows:

1. I am a party to this action. I am over the age of 18. I am competent to make this declaration. I have personal knowledge of the facts set forth in this declaration.

2. This declaration is submitted in support of the Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants") Motion for Summary Judgment, or in the alternative, Partial Summary Judgment as to Plaintiff Jane Doe's ("Plaintiff") Fourth Amended Complaint.

3. I am currently retired from the Orange County Sheriff's Department as of January 13, 2022. I was the Commander of the Investigations Division from January 2020 to January 13, 2022. Previously, from October 2017 to January 2020, I was the Captain of the Central Jails Division with oversight of approximately 1,400 inmates and 300 sworn/professional staff. I was responsible for the overall facility operation including jail warehouse, inmate laundry, kitchen, visiting services, and remote video court. A civilian department, Facilities Operations, oversees the temperature and air conditioning control and maintenance. I was responsible for facility operation of Central Men's Jail and Central Women's Jail ("WCJ"). My duties included overseeing the subordinates involved in the management and the day-to-day dealings with the inmate population. However, I was not solely responsible for these day-to-day activities because my superiors and subordinates assisted and participated in these activities.

4. I have undergone numerous trainings including but not limited to California Peace Officer Standards and Training (POST) Management School in 2015, California POST Supervisor School in 2013, a Leadership Development Course regarding Servant Leadership, Emotional Intelligence and Team Building at Brandman University. I do not recall the exact dates, length of courses and all

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

subjects covered within those trainings. I have received training on the WCJ policies related to overcrowding in WCJ, sleep deprivation of inmates, sound and light policies, the temperature, body searches, hygiene productions given to and available to inmates for purchase, and FAST and cell searches. This is standard training that all Orange County Sheriff's Department personnel, including Sheriff Don Barnes, Assistant Sheriff William Baker, and Commander Joe Balicki, receive.

5.  I am readily familiar with and have personal knowledge of the WCJ policies and practices. Attached to the Joint Exhibit Part B at pages 182-212 is a true and correct copy of the Policy 1600- Orange County Jail Rules which were in effect in August 2019. Attached to the Joint Exhibit Part B at pages 213-226 is a true and correct copy of Orange County Jail Policies and rules that were in effect in August 2019. I have received a copy of these rules throughout my training and experience in my role as Captain and I have personal knowledge of their contents. These documents reflect the information that is used to train the WCJ deputies and what they rely upon when acting in their job duties.

6.  WCJ has an air conditioning system and exhaust fans in the restrooms and common areas to move fresh conditioned air throughout the building. This system is monitored and controlled by a computerized management system. The air conditioning system is maintained and managed by a civilian Facilities Operations. Jail staff do not have the ability to change the temperature in the jails and all changes are done by Facilities Operations. However, the jail is kept at reasonable and livable temperature for inmates. Temperature fluctuates depending on the season and the outside temperatures given that WCJ was built in the 1960s.

7.  When inmates are processed into WCJ, they are given the standard jail uniform, which includes underwear, t-shirt, socks, jumpsuit or paints and shirt, shoes, bra, and in light of COVID-19, a face mask.

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax   (714) 823-4101

FILE # 22348

3

DEFTS. MSJ D 412

STICHTER DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.

8.   Inmates in WCJ are not confined to the cell for 24 hours per day. They are permitted access to the 360 square foot dayroom in the particular Module from 6:00 a.m. to 11:00 p.m. The dorm in Module G Tank 2 Dorm is about 1,000 square feet. The dorm contains a bathroom (176 square feet); two showers; a 360 square foot dayroom; and bunk beds. The Module holds about 40 inmates and permits enough space to allow the inmates to move around. Additionally, inmates are given the opportunity to have three hours of outdoor recreation time on the roof "patio" each week.

9.   As it relates to lighting, it is typical practice and procedure that all lights in the inmate sleeping areas are turned off at night, with the exception of low-wattage lights in case inmates need to get up to use the restroom at night for theirs and the deputies' safety. The lights in the inmate sleeping areas are turned off from approximately 11:00 a.m. to 5:00 a.m. every day. The only lights that remain on are low-wattage lights in a security area where the deputies are located. These lights in this area remain on for guard and inmate safety. However, they are not pointed directly at the inmates and not intended to disrupt their sleep.

10.  WCJ requires that the inmates shower regularly and frequently in order to support the compelling jail need to prevent infection and promote good hygiene. This also includes requiring inmates to shower before entering general population.

11.  Sheriff Don Barnes, Assistant Sheriff William Baker, and Commander Joe Balicki were not present at WCJ from August 8 to August 12, 2019 or involved personally with Plaintiff's incarceration. They do not typically work from or at the jails and are not involved in the day-to-day activity of inmates and the correctional facilities. They would not have personally performed any searches of Plaintiff's person or her cell at WCJ as those are duties left for the WCJ deputies. As the Captain, I generally worked a 9/80 schedule, wherein I had every other Friday off. I generally worked from my office located at the WCJ and had the ability to walk between the Men's and Women's central jails. On occasion, I

**COLLINS + COLLINS** LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

would go to other jail facilities if there were meetings. I was also not involved in the search of Plaintiff's person or cell and had no contact with Plaintiff during her incarceration at WCJ.

12.   Generally, if there are issues or performance problems with WCJ Deputies, the Sergeants who supervise the Deputies at WCJ, report up the chain of command to the Lieutenants and then to the Captains regarding personnel issues. Depending on the severity of the issue, the issue may not go past the Sergeant level as they are the deputies' immediate supervisors and trained to handle personnel issues. If there is disciplinary action, a report of it is noted in the deputies' file. If the problem or issue reaches me, which is several levels up the chain of command, if necessary, I would then inform Commander Joe Balicki, or another Commander if the issue or problem was one that needed to be elevated up higher than myself. For performance concerns or issues regarding deputies,  it is unlikely that these issues would get all the way to Sheriff Don Barnes or Assistant Sheriff William Baker, given that they are so far up the chain of command. Sheriff Barnes and Assistant Sheriff Baker typically do not handle the discipline, hiring, or supervision of the deputies at WCJ. Commander Balicki and I will handle some discipline, supervision, and hiring of the WCJ deputies, but only if there are issues or problems that require our involvement. Prior to Plaintiff's August 2019 incarceration, and to the present, I am personally unaware that any of the deputies at WCJ in general or specifically, Deputies Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriguez, and Rachel Addington, were unfit for their positions or created a particular risk related to the body and cell searches. There had been no prior complaints, and no information received about these deputies' alleged performance issues and/or lack of compliance with jail policy and/or procedure. There are also no records of any disciplinary action, and again, if there had been it would be in their file. I searched the deputies' records from their files to locate this information and found nothing. Further, because I was not

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax   (714) 823-4101

*FILE # 22348*

5

**DEFTS. MSJ D 414**

**STICHTER DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

personally aware of any issues, and I would have been informed first, Commander Joe Balicki, Sheriff Don Barnes, or Assistant Sheriff William, also would not have had  knowledge that any WCJ Deputy had allegedly deviated from law or WCJ policy as related to Plaintiff's incarceration.

13.  Per Jail rules, inmates are provided with a standard "Welfare Pack" upon entry into any Orange County jail facility, including, WCJ, which includes soap, toothbrush, toothpaste, and a comb. This Welfare Pack is inline with the Title 15 Minimum Standards for Local Detention Facilities. If inmates do not have the funds available for a Welfare Pack, one will be provided to them at no cost. Alternatively, if an inmate runs out of Welfare Pack items, the items will be provided to them upon request. Additionally, feminine products, such as tampons, pads, or other products are provided to inmates at no charge upon their request. Attached to the Joint Exhibit Part B at pages 227-237 is a true and correct copy of the Title 15 Minimum Standards for Local Detention Facilities effective April 1, 2017 related to inmate clothing and hygiene. I have received a copy of these standards throughout my training and experience in my role as Captain and I have personal knowledge of their contents. These documents reflect the information that is used to train the WCJ deputies and what they rely upon when acting in their job duties. I understand that these are the standards adopted by the State of California Board of State and Community Corrections for local correctional facilities. These standards are applicable to WCJ and are relied upon in WCJ policies and rules.

14.  If an inmate wanted shampoo, they can order some from commissary by using a Sheriff Inmate Jail Commissary Order Slip. Also indicated on this form, is the option to request a Welfare Pack, as discussed above in Paragraph 13. On the form it is stated that an inmate could have ordered Shampoo, Regular 5pk. For $1.05 or Shampoo, Dandruff, 5pk. For $1.45. Attached to the Joint Exhibit Part A at pages 104-105 is a true and correct copy of the June 2019 Sheriff Inmate Jail

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax     (714) 823-4101

FILE # 22348

6

**DEFTS. MSJ D 415**

**STICHTER DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

Commissary Order Slip. This form and the order options were in effect and available in August 2019. I have personal knowledge of the information depicted on this form and received this document.

15. Inmates are typically provided food three times per day at 5:00 a.m. (breakfast); 11:00 a.m. (lunch); and 4:00 p.m. (dinner). (Joint Exhibit Part B at page 222 (k)(2).)

16. Plaintiff was booked into WCJ around 4:26 p.m. I know this information as I looked up Plaintiff's Booking Record from August 8, 2019, which stated that she was booked around 1626 hours, or 4:26 p.m. Attached to the Joint Exhibit Part A page 106 is a true and correct copy of Plaintiff's August 8, 2019 Booking Record which was pulled from the WCJ's records system and kept and created in the ordinary course of business by WCJ staff who regularly and ordinarily create and save these reports.

17. WCJ policy requires that inmates be body searched when being transported to Court, upon arrival, and after returning to the jail facility from Court. This is a non-invasive search which requires the inmates to remove all clothing, except for their undergarments, including bras and underwear for females. They are not asked to show their body cavities or private areas including breasts and genitals. This search is used to prevent the entry of contraband or weapons in or out of the facility, and for the safety of the staff and inmates.

I declare under penalty of perjury under the laws of the State of California and the United States District Court, District of California, Central District that the foregoing is true and correct.

Executed on 5-10-2022 _____ at Santa Ana _____, California.

By: *Mark Stichter* _____
Mark Stichter (May 10, 2022 16:41 PDT)

FILE # 22348

7

DEFTS. MSJ D 416

STICHTER DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4940
Fax   (714) 823-4101

Michael L. Wroniak (State Bar No. 210347)
Rebecca J. Chmura (State Bar. 319106)
COLLINS + COLLINS LLP
750 The City Drive, Suite 400
Orange, CA  92868
(714) 823-4100 – FAX (714) 823-4101
Email:  mwroniak@ccllp.law
Email:  rchmura@ccllp.law

Attorneys for Defendant
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE
BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER;
KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

## UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiffs,<br><br> vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 2]*<br><br>**DECLARATION OF DAVE O'CONNELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br>*[Filed concurrently with Notice; Memorandum of Points & Authorities; Compendium of Evidence; Joint Exhibits; Joint Statement; Request for Judicial Notice; Exhibit Table of Contents; and [Proposed] Order]*<br><br>**<u>Hearing</u>**<br>**Date:**  **June 15, 2022**<br>**Time:**  **10:00 a.m.**<br>**Dept.:**  **640**<br><br>Complaint Filed: 2/18/20<br>Trial Date:   None |

FILE # 22348

DEFTS. MSJ D 417

1

COLLINS + COLLINS...
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax  (714) 823-4101

O'CONNELL DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.

## DECLARATION OF DAVE O'CONNELL

I, Dave O'Connell, declare as follows:

1.    I am not a party to this action. I am over the age of 18. I am competent to make this declaration. I have personal knowledge of the facts set forth in this declaration.

2.    This declaration is submitted in support of the Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants") Motion for Summary Judgment, or in the alternative, Partial Summary Judgment as to Plaintiff Jane Doe's ("Plaintiff") Fourth Amended Complaint.

3.    I am currently the Administrative Manager II at the Orange County Sheriff's-Coroner Department Facilities Operations. I have held this position since December 20th 2019. My duties include: coordinating resources from other Facilities Operations' units who contribute to the accomplishment of technical maintenance responsibilities mandated by Federal, State and local regulatory agencies. I have supervisory responsibility over everyone in Facilities Operations and have personal knowledge of the operations of Facilities Operations at Women's Central Jail ("WCJ").

4.    Facilities Operations provides maintenance support and compliance for the Central Jail Complex (including Women's and Men's); James A. Musick Facility; and the Theo Lacy Facility. Facilities Operations handles work orders, materials requisitions, and a wide variety of reports that are produced using specialized software. The unit also provides general clerical support for Facilities Operations including timekeeping, maintenance of document files and daily work order processing. This unit covers a broad range of mandated inspections, environmental protection, safety, and fiscal responsibilities related to maintaining the operating systems of the departments buildings.

FILE # 22348

2

**DEFTS. MSJ D 418**

**O'CONNELL DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

5.  The WCJ climate control consists of one air handler unit supporting the building with enough cooling and heating capacity to meet building demands year around 24/7. The unit is supplied with treated chilled water and treated hot water created from steam from Orange County's Public Works central utility plant. The steam supplied to us is used to create hot water for the air handler coils, thus creating and providing building heat. Additionally, the chilled water supplied circulates through a separate set of coils to provide cool conditioned air. Both coils have multiple fans blowing across the coils to transfer the cooling and heating through the double duct system (cooling duct separate from heating duct). The conditioned air is then transferred to mixing boxes in each zone throughout the building. Each zone has a thermostat or temperature sensor to regulate the temperature. This system is monitored and controlled by a computerized energy management system (EMS). The air handler is also designed to bring in fresh outside air into the building. In addition to the air conditioning system, the WCJ has exhaust fans in the restrooms, showers and common areas to ventilate these areas.

6.  The Facilities Operations unit manages the HVAC/R system at WCJ. Each floor has multiple zones with multiple temperature controllers. The temperatures will vary from zone to zone with the average temperature system set point being 70 degrees.

///
///
///
///
///
///
///
///

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone  (714) 823-4100
Fax      (714) 823-4101

*FILE # 22348*

3

**DEFTS. MSJ D 419**

7.   The Module G Tank 2 at WCJ dorm is approximately 50' X 20' or 1000 square feet; the bathroom is 22' X 8' or 176 square feet; two showers are each 30" X 29.5"W X 80.5"H; the dayroom is 29' X 12' or 360 square feet; and each bunk bed is 30.5" W X 77" L.

I declare under penalty of perjury under the laws of the State of California and the United States District Court, District of California, Central District that the foregoing is true and correct.

Executed on __5-11-2022__ at __ORANGE__, California.

By: _____

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

1   **Michael L. Wroniak (State Bar No. 210347)**
2   **Rebecca J. Chmura (State Bar. 319106)**
    **COLLINS + COLLINS LLP**
3   **750 The City Drive, Suite 400**
4   **Orange, CA  92868**
    **(714) 823-4100 – FAX (714) 823-4101**
5   **Email:  mwroniak@ccllp.law**
6   **Email:  rchmura@ccllp.law**

7   Attorneys for Defendant
8   COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE
    BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER;
9   KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

10                **UNITED STATES DISTRICT COURT**
11
12          **DISTRICT OF CALIFORNIA, CENTRAL DISTRICT**

13  JANE DOE,                    )   CASE NO. 8:20-cv-00322-JWH (GJS)
                                 )   *[Assigned to Judge John W. Holcomb*
14              Plaintiffs,      )   *Courtroom 2]*
15                               )
        vs.                      )   **DECLARATION OF DEPUTY**
16                               )   **DEVONNA FALCONER IN SUPPORT**
17  COUNTY OF ORANGE; DON        )   **OF DEFENDANTS' MOTION FOR**
    BARNES; WILLIAM BAKER; JOE   )   **SUMMARY JUDGMENT, OR, IN THE**
18  BALICKI; MARK STICHTER; and  )   **ALTERNATIVE, PARTIAL SUMMARY**
19  DOES 1-10, inclusive,        )   **JUDGMENT**
                                 )   *[Filed concurrently with Notice;*
20              Defendants.      )   *Memorandum of Points & Authorities;*
21                               )   *Compendium of Evidence; Joint Exhibits;*
22                               )   *Joint Statement; Request for Judicial Notice;*
                                 )   *Exhibit Table of Contents; and [Proposed]*
23                               )   *Order]*
                                 )
24                               )   **Hearing**
25                               )   **Date:      June 15, 2022**
26                               )   **Time:      10:00 a.m.**
                                 )   **Dept.:     640**
27                               )
28                               )   Complaint Filed: 2/18/20
                                 )   Trial Date:      None

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax    (714) 823-4101

# DECLARATION OF DEPUTY DEVONNA FALCONER

I, Deputy Devonna Falconer #10050, declare as follows:

1.  I am a party to this action. I am over the age of 18. I am competent to make this declaration. I have personal knowledge of the facts set forth in this declaration.

2.  This declaration is submitted in support of the Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants") Motion for Summary Judgment, or in the alternative, Partial Summary Judgment as to Plaintiff Jane Doe's ("Plaintiff") Fourth Amended Complaint.

3.  I am currently a Deputy with the Orange County Sheriff's Department at the Women's Central Jail ("WCJ"). I have held this position since October 2018. My badge number is #10050. My duties include overseeing, assisting, and maintaining the safety of the personnel and guards at WCJ, facilitating and assisting in the daily operations of WCJ including but not limited to the transport of inmates, conducting necessary searches, maintaining the jail schedule, and order, and responding to inmate's requests and complaints. Prior to that I was a Correctional Services Assistant ("CSA") in Central Women's and Men's Jail from late 2016 to April 2018. My duties included assisting the sworn personnel within the Sheriff-Coroner maximum, medium, and/or minimum-security jail facilities with monitoring inmate movement, maintaining order, and controlling entry and exit to jail facilities. I am also familiar with and have personally prepared the reports that are generated from the Facility Assigned Search Team or "FAST" searches. I have personally prepared these types of reports in my experience and am familiar with its process and the ways in which these reports are generated and stored.

4.  Prior to my employment at the County, I was an Amazon Warehouse employee at the San Bernardino location from July 2015 to May 2016. Before that I worked

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

2

**DEFTS. MSJ D 422**

**FALCONER DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

1   as a security guard at the dorms of California State University Dominguez Hills

2   from 2014 to 2015 where I was a student from 2013-2015.

3   5.   I received a Bachelor's Degree in in Business Administration from California

4   State University Dominguez Hills.

5   6.   In advance of working as a Deputy in WCJ, I received ample training on policies

6   and procedures regarding custody, constitutional practices, and inmate and guard

7   safety. I attended Basic Deputy Academy Intensive from April to October 2018,

8   which included training for employment with the Orange County Sheriff's

9   Department and was 984 hours of training. I was trained at the CSA Academy

10   from March to May 2016, which was training for employment as a CSA, and it

11   lasted ten weeks. In this training I learned the processes and procedures for

12   preparing reports following Facility Assigned Search Team or "FAST" Searches.

13   I attended Jail Academy Training, a two-week program, from October to

14   November 2018 where I was trained and educated on Title 15, basic policies,

15   procedures, and safety within the jails. I completed a Naloxone by Law

16   Enforcement First Responders course in September 2020, which was a training

17   involving the basis training of the administration of Naloxone (1 hour). I attended

18   a four-hour training on "Less Lethal" procedures, tactics, and measures in

19   September 2020. I also completed a CPR/First Responders Course in September

20   2020 to train deputies on administration of CPR but I do not recall the length of

21   the course. I have completed a Human Trafficking Course in September 2020.

22   Finally, I have been trained through other various Orange County Sheriff's

23   Department trainings however, I cannot remember the specifics of each one.

24   Throughout my training, I received training on the WCJ policies related to

25   overcrowding in WCJ, sleep deprivation of inmates, sound and light policies, the

26   temperature, body searches, hygiene productions given to and available to

27   inmates for purchase, and FAST and cell searches.

28   7.   I am familiar with and have personal knowledge of the WCJ policies and

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax     (714) 823-4101

practices, having received and reviewed the polices during my assignment at WCJ.

8. As it relates to lighting within WCJ, it is typical practice and procedure that all lights in the inmate sleeping areas are turned off at night, with the exception of low-wattage lights in case inmates need to get up to use the restroom at night for theirs and the deputies' safety. The only lights that remain on are low-wattage lights in a security area where the deputies are located. These lights in this area remain on for guard and inmate safety. However, they are not pointed directly at the inmates and not intended to disrupt their sleep.

9. A Facility Assigned Search Team or "FAST" search was under the scope of my employment as a Deputy at WCJ. FAST searches are conducted twice per day (once during each shift - day and night) and are done to prevent the unauthorized possession of or use of weapons, contraband, or drugs. FAST searches are conducted at different times during each shift to avoid inmates from pre-determining the search (i.e., the search can occur anytime during the day and/or night shift). Tanks are chosen at random, unless a specific tank or inmate(s) has given Deputies reasonable suspicion that there might be weapons, contraband, or drugs in the tank. During a FAST search, several Deputies and a Sergeant enter the tank and instruct inmates to stand up in full jail issue and file into either the day room or line up in the hallway. Inmates are then subjected to a custodial search, which includes removal and shaking of exterior clothing and thumbing of the bands of undergarments, including bra and underwear. Each bunk and surrounding areas are then checked for weapons, contraband, or drugs. Any and all weapons, contraband, or drugs are confiscated, and citations are written. Once the FAST search is completed, inmates are permitted to return to their respective bunks.

10. I have no independent recollection of Plaintiff Jane Doe. Nor do I have any independent recollection of participating in a cell search of Plaintiff's holding

*FILE # 22348*

4

**DEFTS. MSJ D 424**

**FALCONER DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

tank on August 11, 2019. I have knowledge that I participated in this search based on the report that is generated following each FAST search. The report lists me as participating in the search. The August 11, 2019 search was not targeted at Plaintiff, but was a routine, random FAST search. It my custom and practice, based on my training and experience, to follow the jail protocols, policy, and my training in conducting cell searches. It is my understanding and believe that I followed the jail policies and procedures in this particular search. There was no reason to deviate from the jail policies or procedures and I relied upon them to ensure that I act accordingly. At no time in these searches did I intend to cause harm or emotional distress to the inmates and I did not intend to cause harm or emotional distress to Plaintiff.

11.   When I was on duty as a Deputy at WCJ, a Sergeant was also typically present and supervising the deputies. The Sergeant is also trained on WCJ policies and procedures including those related to overcrowding in WCJ, sleep deprivation of inmates, sound and light policies, the temperature, body searches, hygiene productions given to and available to inmates for purchase, and FAST and cell searches.

12.   Attached to the Joint Exhibit Part B at page 181 is a true and correct copy of the August 11, 2019, Search Report from the August 11, 2019 FAST Search of Module G, Tanks 1 and 2, bunks 1-40. Search Reports are made at or near the time of the particular FAST Search. The deputies and Sergeant involved in the search transmit the information from the search to the CSA to transcribe the report. The written report is then reviewed and approved by the Sergeant involved in that particular search. Search Reports are kept in the ordinary course of our regularly conducted business activity, which are FAST Searches. It is WCJ's regular practice to make these records after each FAST Search. This report was prepared and generated in the same way and kept in the WCJ records in the ordinary course of business since it was prepared. I have personal knowledge of

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

the preparation of these reports as I was once a CSA and understand the procedures and policies of the ways in which they are stored, created, and saved in the regular course of business.

I declare under penalty of perjury under the laws of the State of California and the United States District Court, District of California, Central District that the foregoing is true and correct.

Executed   on   _____05/09/22_____   at   _____10:10am_____,
California.

By: DeVonna Falconer_____

FILE # 22348

**DEFTS. MSJ D 426**

**FALCONER DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

Michael L. Wroniak (State Bar No. 210347)
Rebecca J. Chmura (State Bar. 319106)
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA  92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email:  mwroniak@ccllp.law**
**Email:  rchmura@ccllp.law**

Attorneys for Defendant
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

### UNITED STATES DISTRICT COURT

### DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE, | CASE NO. 8:20-cv-00322-JWH (GJS) |
| Plaintiffs, | *[Assigned to Judge John W. Holcomb Courtroom 2]* |
| vs. | **DECLARATION OF DEPUTY RACHEL ADDINGTON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive, | |
| Defendants. | *[Filed concurrently with Notice; Memorandum of Points & Authorities; Compendium of Evidence; Joint Exhibits; Joint Statement; Request for Judicial Notice; Exhibit Table of Contents; and [Proposed] Order]* |
| | **Hearing** |
| | **Date:      June 15, 2022** |
| | **Time:      10:00 a.m.** |
| | **Dept.:      640** |
| | Complaint Filed: 2/18/20 |
| | Trial Date:       None |

*FILE # 22348*

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

1

**DEFTS. MSJ D 427**

ADDINGTON'S DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.

## DECLARATION OF DEPUTY RACHEL ADDINGTON

I, Deputy Rachel Addington #10682, declare as follows:

1.     I am a party to this action. I am over the age of 18. I am competent to make this declaration. I have personal knowledge of the facts set forth in this declaration.

2.     This declaration is submitted in support of the Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants") Motion for Summary Judgment, or in the alternative, Partial Summary Judgment as to Plaintiff Jane Doe's ("Plaintiff") Fourth Amended Complaint.

3.     I am currently a Deputy with the Orange County Sheriff's Department at Stanton Police Services. I have held this position since December 2021. From March 2021 to December 2021, I worked for the Jail Compliance and Training Team where I taught Jail Academy and wrote policy. Therefore, I am readily familiar with the training that jail deputies receive and on what topics. Prior to that I was a Classification Deputy from January 2020 to March 2021, at the Intake Release Center, where I interviewed inmates and determined their security level. My badge number is #10682. From October 2018 to January 2020, I was a Deputy at Women's Central Jail ("WCJ") located in the County of Orange, California. My duties included overseeing, assisting, and maintaining the safety of the personnel and guards at WCJ, facilitating and assisting in the daily operations of WCJ including but not limited to the transport of inmates, conducting necessary searches, maintaining the jail schedule, and order, and responding to inmate's requests and complaints.

4.     Prior to my employment at the County, I worked for the Santa Ana Police Department as a civilian employee from May 2015 to March 2018, where I was a clerk for the homicide and gang unit.

5.     I received a Bachelor's Degree in Criminology in May 2016 from Biola

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

*FILE # 22348*

**DEFTS. MSJ D 428**

**ADDINGTON'S DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

University.

6. In advance of working as a Deputy in WCJ, I received ample training on policies and procedures regarding custody, constitutional practices, and inmate and guard safety. I attended Basic Deputy Academy from March 2018 to October 2018, which included training for employment with the Orange County Sheriff's Department and required a minimum of 664 hours. I attended Jail Academy Training, a two-week program, from October to November 2018 where I was trained and educated on Title 15, basic policies, procedures, and safety within the jails. I had a six-week WCJ Jail Training Program from November 3, 2018 to December 2018, which included on-site training to educate new deputies on the day-to-day jail operations, policies, procedures, and operations of the WCJ including shadowing an experienced deputy. I received CPR training in November 2018 to the present. I attended a four-hour training on "Less Lethal" procedures, tactics, and measures in or around November 2018 to the present. I have completed a Human Trafficking Course from November 2018 to the present. Sometime prior to January 2020, I received a Classification Certification after a three-day class, which trained and educated me on how to interview, classify and determine new inmates' security rank and housing unit. I completed a Standard and Trainings for Corrections Core Training Program from August 31-September 1, 2020, renewed yearly, which consists of entry-level or basic training for newly appointed entry-level, supervisory, and management corrections staff employed in local jails and probation departments including courses that directly relate to the performance of job tasks as established through job analysis. Finally, I have been trained through other various Orange County Sheriff's Department trainings however, I cannot remember the specifics of each one. Throughout my training, I received training on the WCJ policies related to overcrowding in WCJ, sleep deprivation of inmates, sound and light policies, body searches, hygiene productions given to and available to inmates for purchase, and FAST and cell

**COLLINS + COLLINS** LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

1    searches.

2    7.    I am familiar with and have personal knowledge of the WCJ policies and

3    practices, having received and reviewed the polices during my assignment at

4    WCJ.

5    8.    As it relates to lighting within WCJ, it is typical practice and procedure that all

6    lights in the inmate sleeping areas are turned off at night, with the exception of

7    low-wattage lights in case inmates need to get up to use the restroom at night for

8    theirs and the deputies' safety. The only lights that remain on are low-wattage

9    lights in a security area where the deputies are located. These lights in this area

10   remain on for guard and inmate safety. However, they are not pointed directly at

11   the inmates and not intended to disrupt their sleep.

12   9.    A Facility Assigned Search Team or "FAST" search was under the scope of my

13   employment as a Deputy at WCJ. FAST searches are conducted twice per day

14   (once during each shift - day and night) and are done to prevent the unauthorized

15   possession of or use of weapons, contraband, or drugs. FAST searches are

16   conducted at different times during each shift to avoid inmates from pre-

17   determining the search (i.e., the search can occur anytime during the day and/or

18   night shift). Tanks are chosen at random, unless a specific tank or inmate(s) has

19   given Deputies reasonable suspicion that there might be weapons, contraband, or

20   drugs in the tank. During a FAST search, several Deputies and a Sergeant enter

21   the tank and instruct inmates to stand up in full jail issue and file into either the

22   day room or line up in the hallway. Inmates are then subjected to a custodial

23   search, which includes removal and shaking of exterior clothing and thumbing of

24   the bands of undergarments, including bra and underwear. Each bunk and

25   surrounding areas are then checked for weapons, contraband, or drugs. Any and

26   all weapons, contraband, or drugs are confiscated, and citations are written. Once

27   the FAST search is completed, inmates are permitted to return to their respective

28   bunks.

*FILE # 22348*

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax     (714) 823-4101

4

**DEFTS. MSJ D 430**

**ADDINGTON'S DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

10.    I have no independent recollection of Plaintiff Jane Doe. Nor do I have any independent recollection of participating in a cell search of Plaintiff's holding tank on August 11, 2019. I have knowledge that I participated in this search based on the report that is generated following each FAST search. The report lists me as participating in the search. The August 11, 2019 search was not targeted at Plaintiff, but was a routine, random FAST search. It my custom and practice, based on my training and experience, to follow the jail protocols, policy, and my training in conducting cell searches. It is my understanding and believe that I followed the jail policies and procedures in this particular search. There was no reason to deviate from the jail policies or procedures and I relied upon them to ensure that I act accordingly. At no time in these searches did I intend to cause harm or emotional distress to the inmates and I did not intend to cause harm or emotional distress to Plaintiff.

11.    When I was on duty as a Deputy at WCJ, a Sergeant was also typically present and supervising the deputies. The Sergeant is also trained on WCJ policies and procedures including those related to overcrowding in WCJ, sleep deprivation of inmates, sound and light policies, body searches, hygiene productions given to and available to inmates for purchase, and FAST and cell searches.

    I declare under penalty of perjury under the laws of the State of California and the United States District Court, District of California, Central District that the foregoing is true and correct.

    Executed on _____ at _____, California.

    By: Rachel Addington (May 10, 2022 09:34 PDT) _____

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

5

**DEFTS. MSJ D 431**

**ADDINGTON'S DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

Michael L. Wroniak (State Bar No. 210347)
Rebecca J. Chmura (State Bar. 319106)
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA  92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email:  mwroniak@ccllp.law**
**Email:  rchmura@ccllp.law**

Attorneys for Defendant
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE
BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER;
KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

## UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS) <br> *[Assigned to Judge John W. Holcomb Courtroom 2]* <br><br> **DECLARATION OF DEPUTY KASSANDRA MAYER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br> *[Filed concurrently with Notice; Memorandum of Points & Authorities; Compendium of Evidence; Joint Exhibits; Joint Statement; Request for Judicial Notice; Exhibit Table of Contents; and [Proposed] Order]* <br><br> **Hearing** <br> **Date:** **June 15, 2022** <br> **Time:** **10:00 a.m.** <br> **Dept.:** **640** <br><br> Complaint Filed: 2/18/20 <br> Trial Date:  None |

*FILE # 22348*

**DEFTS. MSJ D 432**

1

MAYER'S DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.

## DECLARATION OF DEPUTY KASSANDRA MAYER

I, Deputy Kassandra Mayer #10765, declare as follows:

1.     I am a party to this action. I am over the age of 18. I am competent to make this declaration. I have personal knowledge of the facts set forth in this declaration.

2.     This declaration is submitted in support of the Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants") Motion for Summary Judgment, or in the alternative, Partial Summary Judgment as to Plaintiff Jane Doe's ("Plaintiff") Fourth Amended Complaint.

3.     I am currently a Deputy with the Orange County Sheriff's Department at the Central Justice Center. I have been in this position since March 2022. Prior to that, I was in the Discovery Unit which I started in July 2020. My PIN number is #10765. From January 2019 to July 2020, I was a Deputy at Women's Central Jail ("WCJ") located in the County of Orange, California. My duties included overseeing, assisting, and maintaining the safety of the personnel and guards at WCJ, facilitating and assisting in the daily operations of WCJ including but not limited to the transport of inmates, conducting necessary searches, maintaining the jail schedule, and order, and responding to inmate's requests and complaints.

4.     Prior to my employment at the County, was a legal assistant for the Law Offices of Bruce C. Bridgman located at 17500 Red Hill Ave., #230, Irvine, CA from 2014-2018.

5.     I received a Bachelor's Degree in in Criminal Justice from California State University Fullerton.

6.     In advance of working as a Deputy in WCJ, I received ample training on policies and procedures regarding custody, constitutional practices, and inmate and guard safety. I completed Basic Deputy Academy on January 25, 2019, which included training for employment with the Orange County Sheriff's Department and was

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone  (714) 823-4100
Fax     (714) 823-4101

FILE # 22348

2

DEFTS. MSJ D 433

MAYER'S DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.

a total of 984 hours of training. I completed a Vehicle Pursuant Policy course on January 31, 2018 and again on January 14, 2020, which included an overview of training of policies, procedures, and tactics for pursuits. This course was a total of 1 hour. I completed a Naloxone by Law Enforcement First Responders course in August 30, 2019, which is a one-hour training on the administration of Naloxone. I completed the Domestic Violence & Lethality Telecourse in January 21, 2020, which is a two-hour basic training and overview of responding to domestic violence. I completed a Standard and Training for Corrections on March 10, 2020 which required 24 hours of training. I did an Immigrations and Customs Enforcement Training, which was completed on February 19, 2019 ,and involved a total of 8 hours of training. I did a Correction Officer Supplemental Course, which I completed on February 15, 2019. This training required 88 hours of time. I attended a four-hour training on "Less Lethal" procedures, tactics, and measures on March 10, 2020 to the present. I also completed a Cultural Diversity – Tools for Tolerance Course, completed on January 22, 2019 which required 8 hours of training. Finally, I have been trained through other various Orange County Sheriff's Department trainings however, I cannot remember the specifics of each one. Throughout my training, I received training on the WCJ policies related to overcrowding in WCJ, sleep deprivation of inmates, sound and light policies, the temperature, body searches, hygiene productions given to and available to inmates for purchase, and FAST and cell searches.

7. I am familiar with and have personal knowledge of the WCJ policies and practices, having received and reviewed the polices during my assignment at WCJ.

8. As it relates to lighting within WCJ, it is typical practice and procedure that all lights in the inmate sleeping areas are turned off at night, with the exception of low-wattage lights in case inmates need to get up to use the restroom at night for theirs and the deputies' safety. The only lights that remain on are low-wattage

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

*FILE # 22348*

3

**DEFTS. MSJ D 434**

**MAYER'S DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

lights in a security area where the deputies are located. These lights in this area remain on for guard and inmate safety. However, they are not pointed directly at the inmates and not intended to disrupt their sleep.

9.  A Facility Assigned Search Team or "FAST" search was under the scope of my employment as a Deputy at WCJ. FAST searches are conducted twice per day (once during each shift - day and night) and are done to prevent the unauthorized possession of or use of weapons, contraband, or drugs. FAST searches are conducted at different times during each shift to avoid inmates from pre-determining the search (i.e., the search can occur anytime during the day and/or night shift). Tanks are chosen at random, unless a specific tank or inmate(s) has given Deputies reasonable suspicion that there might be weapons, contraband, or drugs in the tank. During a FAST search, several Deputies and a Sergeant enter the tank and instruct inmates to stand up in full jail issue and file into either the day room or line up in the hallway. Inmates are then subjected to a custodial search, which includes removal and shaking of exterior clothing and thumbing of the bands of undergarments, including bra and underwear. Each bunk and surrounding areas are then checked for weapons, contraband, or drugs. Any and all weapons, contraband, or drugs are confiscated, and citations are written. Once the FAST search is completed, inmates are permitted to return to their respective bunks.

10. I have no independent recollection of Plaintiff Jane Doe. Nor do I have any independent recollection of participating in a cell search of Plaintiff's holding tank on August 11, 2019. I have knowledge that I participated in this search based on the report that is generated following each FAST search. The report lists me as participating in the search. The August 11, 2019 search was not targeted at Plaintiff, but was a routine, random FAST search. It my custom and practice, based on my training and experience, to follow the jail protocols, policy, and my training in conducting cell searches. It is my understanding and believe that I

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

FILE # 22348

4

**DEFTS. MSJ D 435**

**MAYER'S DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

followed the jail policies and procedures in this particular search. There was no reason to deviate from the jail policies or procedures and I relied upon them to ensure that I act accordingly. At no time in these searches did I intend to cause harm or emotional distress to the inmates and I did not intend to cause harm or emotional distress to Plaintiff.

11.    When I was on duty as a Deputy at WCJ, a Sergeant was also typically present and supervising the deputies. The Sergeant is also trained on WCJ policies and procedures including those related to overcrowding in WCJ, sleep deprivation of inmates, sound and light policies, the temperature, body searches, hygiene productions given to and available to inmates for purchase, and FAST and cell searches.

I declare under penalty of perjury under the laws of the State of California and the United States District Court, District of California, Central District that the foregoing is true and correct.

Executed on ___5/9/22_____ at ___Santa Ana_____, California.

By: ___Kassandra Mayer (May 9, 2022 17:21 PDT)_____

*FILE # 22348*

5

**DEFTS. MSJ D 436**

**MAYER'S DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

**Michael L. Wroniak (State Bar No. 210347)**
**Rebecca J. Chmura (State Bar. 319106)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA  92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email:  mwroniak@ccllp.law**
**Email:  rchmura@ccllp.law**

Attorneys for Defendant
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE
BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER;
KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

## UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 2]*<br><br>**DECLARATION OF DEPUTY ELIA RODRIGUEZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br>*[Filed concurrently with Notice; Memorandum of Points & Authorities; Compendium of Evidence; Joint Exhibits; Joint Statement; Request for Judicial Notice; Exhibit Table of Contents; and [Proposed] Order]*<br><br>**Hearing**<br>**Date:**  **June 15, 2022**<br>**Time:**  **10:00 a.m.**<br>**Dept.:**  **640**<br><br>Complaint Filed: 2/18/20<br>Trial Date:  None |

*FILE # 22348*

1

**DEFTS. MSJ D 437**

**COLLINS + COLLINS** LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone  (714) 823-4100
Fax   (714) 823-4101

## DECLARATION OF DEPUTY ELIA RODRIGUEZ

I, Deputy Elia Rodriguez #9052, declare as follows:

1.      I am a party to this action. I am over the age of 18. I am competent to make this declaration. I have personal knowledge of the facts set forth in this declaration.

2.      This declaration is submitted in support of the Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants") Motion for Summary Judgment, or in the alternative, Partial Summary Judgment as to Plaintiff Jane Doe's ("Plaintiff") Fourth Amended Complaint.

3.      I am currently a Patrol Field Operations Deputy in Aliso Viejo, California. I started this position in January 2021. I underwent training for the patrol field position from July 2020 to January 2021. My badge number is #9052. From 2017 to July 2020, I was a Deputy at Women's Central Jail ("WCJ") located in the County of Orange, California. My duties at WCJ included overseeing, assisting, and maintaining the safety of the personnel and guards at WCJ, facilitating and assisting in the daily operations of WCJ including but not limited to the transport of inmates, conducting necessary searches, maintaining the jail schedule, and order, and responding to inmate's requests and complaints. Prior to that I was a Correctional Services Assistant ("CSA") in Central Women's and Men's Jail from 2014-2016. My duties included assisting the sworn personnel within the Sheriff-Coroner maximum, medium, and/or minimum-security jail facilities with monitoring inmate movement, maintaining order, and controlling entry and exit to jail facilities. I am also familiar with and have personally prepared the reports that are generated from the Facility Assigned Search Team or "FAST" searches. I have personally prepared these types of reports in my experience and am familiar with its process and the ways in which these reports are generated and stored. In 2013 I was a Cadet at the Orange County Sheriff's Department.

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*FILE # 22348*

2

**DEFTS. MSJ D 438**

**RODRIGUEZ DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

4.  Prior to my employment at the County, I worked at Target as a Sales Associate from 2011-2013 and at Forever 21 as a Sales Associate for one month between 2011-2013.

5.  I attended Saddleback Community College in Mission Viejo, CA and prior to 2011, I was in high school and did not have employment.

6.  In advance of working as a Deputy in WCJ, I received ample training on policies and procedures regarding custody, constitutional practices, and inmate and guard safety. I attended Basic Deputy Academy from July 31, 2016 to January 19, 2017, which included training for employment with the Orange County Sheriff's Department and required a minimum of 664 hours. I attended Jail Academy Training, a two-week program, in January 2017, where I was trained and educated on Title 15, basic policies, procedures, and safety within the jails. I was trained at the CSA Academy from September to December 2015, which was training for employment as a CSA, and it lasted three months. In this training I learned the processes and procedures for preparing reports following Facility Assigned Search Team or "FAST" Searches. I have attended Custody Training on January 31, 2018, a four-hour program to train and educate deputies on custody policy, procedures, and tactics. I received CPR training however I cannot recall the date of this training. I attended a four-hour training on "Less Lethal" procedures, tactics, and measures on December 3, 2018. I have completed a PC 832 Arrest and Firearms course, which is the minimum training for California peace officers as specified in Commission Regulation 1005, minimum of 64 hours (40 hours dedicated to arrest and 24 hours dedicated to firearm). I do not recall the date of this training. I also have over 1,026 training hours completed for the Orange County Sheriff's Department. Finally, I have been trained through other various Orange County Sheriff's Department trainings however, I cannot remember the specifics of each one. Throughout my training, I received training on the WCJ policies related to overcrowding in WCJ, sleep deprivation of

**COLLINS + COLLINS** LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

inmates, sound and light policies, the temperature, body searches, hygiene productions given to and available to inmates for purchase, and FAST and cell searches.

7.  I am familiar with and have personal knowledge of the WCJ policies and practices, having received and reviewed the polices during my assignment at WCJ.

8.  As it relates to lighting within WCJ, it is typical practice and procedure that all lights in the inmate sleeping areas are turned off at night, with the exception of low-wattage lights in case inmates need to get up to use the restroom at night for theirs and the deputies' safety. The only lights that remain on are low-wattage lights in a security area where the deputies are located. These lights in this area remain on for guard and inmate safety. However, they are not pointed directly at the inmates and not intended to disrupt their sleep.

9.  A Facility Assigned Search Team or "FAST" search was under the scope of my employment as a Deputy at WCJ. FAST searches are conducted twice per day (once during each shift - day and night) and are done to prevent the unauthorized possession of or use of weapons, contraband, or drugs. FAST searches are conducted at different times during each shift to avoid inmates from pre-determining the search (i.e., the search can occur anytime during the day and/or night shift). Tanks are chosen at random, unless a specific tank or inmate(s) has given Deputies reasonable suspicion that there might be weapons, contraband, or drugs in the tank. During a FAST search, several Deputies and a Sergeant enter the tank and instruct inmates to stand up in full jail issue and file into either the day room or line up in the hallway. Inmates are then subjected to a custodial search, which includes removal and shaking of exterior clothing and thumbing of the bands of undergarments, including bra and underwear. Each bunk and surrounding areas are then checked for weapons, contraband, or drugs. Any and all weapons, contraband, or drugs are confiscated, and citations are written. Once

*FILE # 22348*

4

**DEFTS. MSJ D 440**

**RODRIGUEZ DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax    (714) 823-4101

the FAST search is completed, inmates are permitted to return to their respective
bunks.

10. I have no independent recollection of Plaintiff Jane Doe. Nor do I have any
independent recollection of participating in a cell search of Plaintiff's holding
tank on August 11, 2019. I have knowledge that I participated in this search based
on the report that is generated following each FAST search. The report lists me
as participating in the search. The August 11, 2019 search was not targeted at
Plaintiff, but was a routine, random FAST search. It my custom and practice,
based on my training and experience, to follow the jail protocols, policy, and my
training in conducting cell searches. It is my understanding and believe that I
followed the jail policies and procedures in this particular search. There was no
reason to deviate from the jail policies or procedures and I relied upon them to
ensure that I act accordingly. At no time in these searches did I intend to cause
harm or emotional distress to the inmates and I did not intend to cause harm or
emotional distress to Plaintiff.

11. When I was on duty as a Deputy at WCJ, a Sergeant was also typically present
and supervising the deputies. The Sergeant is also trained on WCJ policies and
procedures including those related to overcrowding in WCJ, sleep deprivation of
inmates, sound and light policies, the temperature, body searches, hygiene
productions given to and available to inmates for purchase, and FAST and cell
searches.

12. Attached to the Joint Exhibit Part B at page 181 is a true and correct copy of the
August 11, 2019, Search Report from the August 11, 2019 FAST Search of
Module G, Tanks 1 and 2, bunks 1-40. Search Reports are made at or near the
time of the particular FAST Search. The deputies and Sergeant involved in the
search transmit the information from the search to the CSA to transcribe the
report. The written report is then reviewed and approved by the Sergeant involved
in that particular search. Search Reports are kept in the ordinary course of our

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

*FILE # 22348*

5

**DEFTS. MSJ D 441**

**RODRIGUEZ DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

regularly conducted business activity, which are FAST Searches. It is WCJ's regular practice to make these records after each FAST Search. This report was prepared and generated in the same way and kept in the WCJ records in the ordinary course of business since it was prepared. I have personal knowledge of the preparation of these reports as I was once a CSA and understand the procedures and policies of the ways in which they are stored, created, and saved in the regular course of business.

I declare under penalty of perjury under the laws of the State of California and the United States District Court, District of California, Central District that the foregoing is true and correct.

Executed on ___05-11-22___ at _____, California.

By: _____
Elia Rodriguez (May 11, 2022 12:47 PDT)

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

*FILE # 22348*

6

**DEFTS. MSJ D 442**

**RODRIGUEZ DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

1  Michael L. Wroniak (State Bar No. 210347)
2  Rebecca J. Chmura (State Bar. 319106)
   **COLLINS + COLLINS LLP**
3  **750 The City Drive, Suite 400**
   **Orange, CA 92868**
4  **(714) 823-4100 – FAX (714) 823-4101**
5  **Email: mwroniak@ccllp.law**
   **Email: rchmura@ccllp.law**
6

7  Attorneys for Defendant
   COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE
8  BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER;
9  KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

10              **UNITED STATES DISTRICT COURT**

11          **DISTRICT OF CALIFORNIA, CENTRAL DISTRICT**
12

| 13 | JANE DOE, | ) | CASE NO. 8:20-cv-00322-JWH (GJS) |
|---|---|---|---|
| 14 | | ) | *[Assigned to Judge John W. Holcomb Courtroom 2]* |
| | Plaintiffs, | ) | |
| 15 | | ) | |
| 16 | vs. | ) | **DECLARATION OF DEPUTY REYNA RIVERA IN SUPPORT OF** |
| 17 | COUNTY OF ORANGE; DON | ) | **DEFENDANTS' MOTION FOR** |
| 18 | BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and | ) | **SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY** |
| 19 | DOES 1-10, inclusive, | ) | **JUDGMENT** |
| 20 | | ) | *[Filed concurrently with Notice;* |
| | Defendants. | ) | *Memorandum of Points & Authorities;* |
| 21 | | ) | *Compendium of Evidence; Joint Exhibits;* |
| 22 | | ) | *Joint Statement; Request for Judicial Notice;* |
| 23 | | ) | *Exhibit Table of Contents; and [Proposed] Order]* |
| 24 | | ) | |
| 25 | | ) | **Hearing** |
| | | ) | **Date:      June 15, 2022** |
| 26 | | ) | **Time:      10:00 a.m.** |
| | | ) | **Dept.:      640** |
| 27 | | ) | |
| 28 | | ) | Complaint Filed: 2/18/20 |
| | | ) | Trial Date:      None |

FILE # 22348

1                    **DEFTS. MSJ D 443**

**COLLINS + COLLINS** LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

## DECLARATION OF DEPUTY REYNA RIVERA

I, Deputy Reyna Rivera #9890, declare as follows:

1.     I am a party to this action. I am over the age of 18. I am competent to make this declaration. I have personal knowledge of the facts set forth in this declaration.

2.     This declaration is submitted in support of the Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants") Motion for Summary Judgment, or in the alternative, Partial Summary Judgment as to Plaintiff Jane Doe's ("Plaintiff") Fourth Amended Complaint.

3.     I am currently in Patrol Field Operations Deputy in Laguna Hills, California . I have been in this position since August 2020. For this position, I underwent training to train and transition to become a solo patrol assignment in a safe, skillful, productive, and professional manner. My badge number is #9890. From 2017 to August 2020, I was a Deputy at Women's Central Jail ("WCJ") located in the County of Orange, California. My duties at WCJ included overseeing, assisting, and maintaining the safety of the personnel and guards at WCJ, facilitating and assisting in the daily operations of WCJ including but not limited to the transport of inmates, conducting necessary searches, maintaining the jail schedule, and order, and responding to inmate's requests and complaints. Prior to that I was an employee for the Professional Standards Committee for the Orange County Sheriff's Department. My duties included facilitating the recruitment, interviewing, investigation, and placement of the Orange County Sheriff's Department personnel. I held this position from 2015 to 2016.

4.     In advance of working as a Deputy in WCJ, I received ample training on policies and procedures regarding custody, constitutional practices, and inmate and guard safety. Most recently, I have completed Patrol Training in Laguna Hills, CA from August to November 2020 to train and facilitate a peach officer's transition to

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone  (714) 823-4100
Fax    (714) 823-4101

2

**DEFTS. MSJ D 444**

**RIVERA DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

solo patrol assignment in a safe, skillful, productive, and professional manner. I attended Basic Deputy Academy and completed this on April 24, 2017. The Basic Academy included training for employment with the Orange County Sheriff's Department and totaled 984 hours. I completed a Vehicle Pursuit Policy on January 21, 2018, January 31, 2019, and January 15, 2020, which was a one-hour overview and training of policies, procedures and tactics for pursuits. I completed a Domestic Violence & Lethality Telecourse on December 22, 2019 and January 21, 2020, which was a two-hour basic training and overview of responding to domestic violence. I did a First Responders Course on June 30, 2018, to train and educate deputies to provide emergency medical assistance; length unknown. I had a Tactical Communications Course, which I completed on June 23, 2020, to train and educate deputies on the details the use of radio and other devices in tactical communications including proper radio use, media interaction and recovering from communication failures. I completed the Jail Operations Training on July 12, 2018, which trained and educated deputies on jail policies procedures and operations. I completed a 24-hour course on Standard and Training for Corrections on December 27, 2018. I also completed a Correction Officer Supplement (May 9, 2017); an 8 hour Immigrations and Customs Enforcement Training; (May 11, 2017); an 88 hours Correction Officer Supplemental Course (October 4, 2019 and February 22, 2019); and a Driving Under Influence Course; (September 21, 2018). I did a Brady for Law Enforcement Course which I completed on December 5, 2019. This course trained and educated deputies to be in compliance with *Brady v. Maryland* (1963) 373 U.S. 83 which requires disclosure of exculpatory or impeaching information and evidence that is material to the guilt or innocence or to the punishment of a defendant and avoid placement on the Brady list. On December 7, 2017; February 21, 2019, October 3, 2019, December 3, 2019, I completed the four-hour "Less Lethal" Custody which trained and educated deputies on less lethal procedures, tactics, and measures. On

**DEFTS. MSJ D 445**

**RIVERA DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

February 15, 2018, I completed the Crisis Intervention Training which taught and trained deputies on crisis intervention, de-escalation and negotiation tactics and methods. I did a Mobile Field Force Course which I completed on May 15, 2018, and May 19, 2019; to train and educate deputies on instructions in protest types and actions, legal considerations, responsibilities of mobile field force teams, and crowd-control methods and includes hands-on skill practice. I did a Drug Recognition Expert (DRE) Training and Field Certification which was completed January 17, 2019 and February 14, 2019 and provided specialized training certification by the International Association of Chiefs of Police to evaluate suspects and determine: if the subject is impaired, what drug category(s) is/are causing the impairment, and if a medical condition is causing the impairment. Finally, I have been trained through other various Orange County Sheriff's Department trainings however, I cannot remember the specifics of each one. Throughout my training, I received training on the WCJ policies related to overcrowding in WCJ, sleep deprivation of inmates, sound and light policies, the temperature, body searches, hygiene productions given to and available to inmates for purchase, and FAST and cell searches.

5.  I am familiar with and have personal knowledge of the WCJ policies and practices, having received and reviewed the polices during my assignment at WCJ.

6.  As it relates to lighting within WCJ, it is typical practice and procedure that all lights in the inmate sleeping areas are turned off at night, with the exception of low-wattage lights in case inmates need to get up to use the restroom at night for theirs and the deputies' safety. The only lights that remain on are low-wattage lights in a security area where the deputies are located. These lights in this area remain on for guard and inmate safety. However, they are not pointed directly at the inmates and not intended to disrupt their sleep.

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4110

7.   A Facility Assigned Search Team or "FAST" search was under the scope of my employment as a Deputy at WCJ. FAST searches are conducted twice per day (once during each shift - day and night) and are done to prevent the unauthorized possession of or use of weapons, contraband, or drugs. FAST searches are conducted at different times during each shift to avoid inmates from pre-determining the search (i.e., the search can occur anytime during the day and/or night shift). Tanks are chosen at random, unless a specific tank or inmate(s) has given Deputies reasonable suspicion that there might be weapons, contraband, or drugs in the tank. During a FAST search, several Deputies and a Sergeant enter the tank and instruct inmates to stand up in full jail issue and file into either the day room or line up in the hallway. Inmates are then subjected to a custodial search, which includes removal and shaking of exterior clothing and thumbing of the bands of undergarments, including bra and underwear. Each bunk and surrounding areas are then checked for weapons, contraband, or drugs. Any and all weapons, contraband, or drugs are confiscated. Once the FAST search is completed, inmates are permitted to return to their respective bunks.

8.   I have no independent recollection of Plaintiff Jane Doe. Nor do I have any independent recollection of participating in a cell search of Plaintiff's holding tank on August 11, 2019. I have knowledge that I participated in this search based on the report that is generated following each FAST search. The report lists me as participating in the search. The August 11, 2019 search was not targeted at Plaintiff, but was a routine, random FAST search. It my custom and practice, based on my training and experience, to follow the jail protocols, policy, and my training in conducting cell searches. It is my understanding and believe that I followed the jail policies and procedures in this particular search. There was no reason to deviate from the jail policies or procedures and I relied upon them to ensure that I act accordingly. At no time in these searches did I intend to cause

FILE # 22348

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

5

DEFTS. MSJ D 447

RIVERA DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.

harm or emotional distress to the inmates and I did not intend to cause harm or emotional distress to Plaintiff.

9.  When I was on duty as a Deputy at WCJ, a Sergeant was also typically present and supervising the deputies. The Sergeant is also trained on WCJ policies and procedures including those related to overcrowding in WCJ, sleep deprivation of inmates, sound and light policies, the temperature, body searches, hygiene productions given to and available to inmates for purchase, and FAST and cell searches.

I declare under penalty of perjury under the laws of the State of California and the United States District Court, District of California, Central District that the foregoing is true and correct.

Executed on ___05/ 11 / 22___ at _SAN JUAN CAPISTRANO_, California.

By: _Rputy  Rivera  #9890_

FILE # 22348

**DEFTS. MSJ D 448**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

**RIVERA DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

1  Michael L. Wroniak (State Bar No. 210347)
2  Rebecca J. Chmura (State Bar. 319106)
   **COLLINS + COLLINS LLP**
3  **750 The City Drive, Suite 400**
4  **Orange, CA  92868**
   **(714) 823-4100 – FAX (714) 823-4101**
5  Email:  mwroniak@ccllp.law
6  Email:  rchmura@ccllp.law

7  Attorneys for Defendants
8  COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE
   BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER;
9  KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

10  **UNITED STATES DISTRICT COURT**

11
12  **DISTRICT OF CALIFORNIA, CENTRAL DISTRICT**

13  JANE DOE,                                )  CASE NO. 8:20-cv-00322-JWH (GJS)
                                             )  *[Assigned to Judge John W. Holcomb*
14                          Plaintiffs,      )  *Courtroom 2]*
15                                           )
       vs.                                   )  **DECLARATION OF REBECCA J.**
16                                           )  **CHMURA IN SUPPORT OF**
17  COUNTY OF ORANGE; DON                    )  **DEFENDANTS' MOTION FOR**
    BARNES; WILLIAM BAKER; JOE               )  **SUMMARY JUDGMENT, OR, IN THE**
18  BALICKI; MARK STICHTER; and              )  **ALTERNATIVE, PARTIAL SUMMARY**
19  DOES 1-10, inclusive,                    )  **JUDGMENT**
                                             )  *[Filed concurrently with Notice;*
20                          Defendants.      )  *Memorandum of Points & Authorities; Joint*
21                                           )  *Exhibits; Joint Statement; Exhibit Table of*
22                                           )  *Contents; Request for Judicial Notice;*
                                             )  *[Proposed] Judgment; and [Proposed]*
23                                           )  *Order]*
                                             )
24                                           )  **<u>Hearing</u>**
25                                           )  **Date:      June 15, 2022**
26                                           )  **Time:      10:00 a.m.**
                                             )  **Dept.:     640**
27                                           )
28                                           )  Complaint Filed: 2/18/20
                                             )  Trial Date:      None

FILE # 22348                                    1                    **DEFTS. MSJ D 449**

**COLLINS + COLLINS** LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone  (714) 823-4100
Fax      (714) 823-4101

# DECLARATION OF REBECCA J. CHMURA

I, Rebecca J. Chmura, declare as follows:

1.    I am an attorney licensed to practice in California, and in all United States District Courts, District of California and an associate with the law firm of Collins + Collins, LLP, attorneys of record in this matter for Defendants County of Orange ("County"), Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants"). I am not a party to this action. All the facts set forth in this declaration are personally known to me, and if called upon to testify thereto, I could and would competently do so.

2.    This declaration is submitted in support of the Defendants Motion for Summary Judgment, or in the alternative, Partial Summary Judgment as to Plaintiff Jane Doe's ("Plaintiff") Fourth Amended Complaint.

3.    Attached to the Joint Exhibit Part A at pages 1-103 is a true and correct copy of excerpts from the Deposition Transcript from Plaintiff's March 31, 2021 deposition in this matter, which my office received and has been kept in the file of this matter in the ordinary course of business since it was received. Attached to the Joint Exhibit Part A at page 104-105 is a true and correct copy of Exhibit 2 marked at Plaintiff's deposition (Jail Commissary Slip) and at Joint Exhibit A page 106, is Exhibit 3 marked at Plaintiff's deposition (Booking Record). Please note that it appears that Exhibits 2 and 3 were inadvertently mismarked in the transcript. Plaintiff's testimony refers to Exhibit 2 as the Booking Record and Exhibit 3 to the Jail Commissary Slip.

4.    Attached to the Joint Exhibit Part B at 107-116 is a true and correct copy of Plaintiff's Verified Responses to Defendant Falconer's Requests for Admission, Set One, which I received and has been kept in the file of this matter in the ordinary course of business since it was received.

5.    Attached to the Joint Exhibit B at 117-122 is a true and correct copy of Plaintiff's

*FILE # 22348*

2

**DEFTS. MSJ D 450**

**CHMURA DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

Verified Responses to Defendant Balicki's Requests for Admission, Set One, which I received and has been kept in the file of this matter in the ordinary course of business since it was received.

6. Attached to the Joint Exhibit Part B at 123-139 is a true and correct copy of Plaintiff's Verified Responses to Defendant Addington's Interrogatories, Set One, which my office received and has been kept in the file of this matter in the ordinary course of business since it was received.

7. Attached to the Joint Exhibit B at 140-180 is a true and correct copy of Plaintiff's Verified Responses to Defendant County of Orange's Interrogatories, Set One, which my office received and has been kept in the file of this matter in the ordinary course of business since it was received.

8. Attached to the Joint Exhibit Part C at pages 242-268 is a true and correct copy of excerpts from the Deposition Transcript from Plaintiff's May 6, 2022, deposition in this matter, which my office received and has been kept in the file of this matter in the ordinary course of business since it was received. Attached to the Joint Exhibit Part C at pages 269-409 is a true and correct copy of Exhibits 1-3 from Plaintiff's deposition, including her complaint in the matters of Jane Doe v. El Monte; Jane Doe v. Gavin Newsom; and Jane Doe v. Edward Weamer.

9. I met and conferred and held a conference of counsel pursuant to Local Rule 7-3 with Plaintiff on April 29, 2022. I also attempted to prepare the Joint Statement with Plaintiff on May 4, 2022 and May 10, 2022. Plaintiff provided her oppositions and responses to the Joint Statement to me on May 11, 2022. I did not receive any exhibits from Plaintiff before the filing of this motion.

10. Attached to the Joint Exhibit Part E at pages 453-464 is a true and correct copy of Defendant Don Barnes' Verified Responses to Plaintiff's Requests for Admission, Set Two, which my office sent to Plaintiff and has been kept in the file of this matter in the ordinary course of business since it was received.

*FILE # 22348*

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax     (714) 823-4101

3

**DEFTS. MSJ D 451**

**CHMURA DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**

11.    Attached to the Joint Exhibit Part E at pages 465-467 is a true and correct copy of Section 200.13 from the Orange County Sheriff's Department Policy Manual, which I received from Plaintiff on April 1, 2022, and has been kept in the file of this matter in the ordinary course of business since it was received.

I declare under penalty of perjury under the laws of the State of California and the United States District Court, District of California, Central District that the foregoing is true and correct. Executed on May 12, 2022, at Orange, California.

By: _____

REBECCA J. CHMURA

*FILE # 22348*

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

4

**DEFTS. MSJ D 452**

**CHMURA DECL. ISO DEFTS.' MSJ OR PARTIAL SUMM. JUDG.**