Michael L. Wroniak (State Bar No. 210347)
Rebecca J. Chmura (State Bar. 319106)
**COLLINS + COLLINS LLP**
750 The City Drive, Suite 400
Orange, CA  92868
(714) 823-4100 – FAX (714) 823-4101
Email:  mwroniak@ccllp.law
Email:  rchmura@ccllp.law

Attorneys for Defendants
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 2]*<br><br>**DEFENDANTS' REPLY AND NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL SUBPOENA RESPONSE OF NON-PARTY HEREDIA THERAPY**<br><br>**Hearing:**<br>**Date:**　　　June 6, 2022<br>**Time:**　　　3:00 p.m.<br>**Courtroom:**　640<br><br>Complaint Filed: 2/18/20<br>Trial Date:　　None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that no opposition has been filed or served by non-party Heredia Therapy Group ("Heredia") or Plaintiff Jane Doe ("Plaintiff") to Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter,

*FILE # 22348*

1

**REPLY AND NTC NON-OPP MTC COMPLIANCE SUBP RSP HEREDIA**

Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington's (collectively, "Defendants") Motion to Compel Heredia's Compliance with the subpoena pursuant to F.R.C.P. 45.

A "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." (L.R. 7-12.) As no opposition has been filed or served, Defendants respectfully requests the Court, grant Defendants' motion and compel Heredia to comply with the subpoena within ten (10) days.

DATED: May 20, 2022              COLLINS + COLLINS LLP

By: _____
REBECCA J. CHMURA
MICHAEL L. WRONIAK
Attorneys for Defendants COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; RACHEL ADDINGTON

*FILE # 22348*

2

**REPLY AND NTC NON-OPP MTC COMPLIANCE SUBP RSP HEREDIA**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101