JANE DOE

11151 Valley Blvd #4886,

El Monte, CA 91734

Plaintiff in Pro Se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF ORANGE; et al<br><br>　　　　　Defendants. | No. 8:20-cv-00322-JWH-GJS<br><br>**DECLARATION OF LIXIAN LU** |

I, Lixian Lu, declare and state:

　　1.　I am a close friend of the plaintiff in this case since 2018. I have personal knowledge of the facts stated herein. If called upon as a witness I could and would competently testify thereto. 自2018年起本人是此案原告的朋友。我了解陈述如下的事实并可以作为证人作证。

　　2.　Plaintiff complained multiple times to me about her treatment in Arcadia Mental Health Center. 原告曾多次向我抱怨在Arcadia精神健康中心的治疗。

　　3.　In August 2021 when plaintiff was at risk being put in jail to experience the trauma again, at her therapist's request, I personally managed her medication to reduce her risk of suicide. Also at her therapist's request, I called her every weekend to provide emotional support. During that time, I noticed that she lost a handful of hair. 2021年8月，在原告有可能被投入监

1

DECLARATION OF LIXIAN LU

狱再次遭受创伤的期间，她的心理治疗师提出由我亲自管理她的药物以便降低她自杀的风险。她的心理治疗师建议我每个周末打电话给她提供精神上的支持。那段时间我留意到她掉了些许头发。

4. Each time when plaintiff brought up her experience in jail I observed that she tried very hard to control her emotion but she still broke into tears. 每次提及监狱的经历我察觉到原告很努力控制她的情绪但她仍然泣不成声。

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: May 10, 2022

*Lixian Lu* (signature)

Lixian Lu

2

DECLARATION OF LIXIAN LU