JANE DOE

11151 Valley Blvd #4886,

El Monte, CA 91734

Plaintiff in Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>          v.<br><br>COUNTY OF ORANGE; et al<br><br>                    Defendants. | No. 8:20-cv-00322-JWH-GJS<br><br>**PLAINTIFF'S OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANTS** |

TO THE COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

JANE DOE (Plaintiff) hereby objects to the following evidence presented by defendants in connection with their Motion for Summary Judgment filed on May 13, 2022. Plaintiff respectfully requests this Court sustain the following objections and strike or ignore the objectionable material, evidence, and matters.

<u>**Objections to Declaration of Dave O'connell**</u>

**Objection Number 1**

Declaration of Dave O'connell at ¶4 (Dkt. 139-8 at 9), "Facilities Operations provides maintenance support and compliance for the Central Jail Complex (including Women's and Men's); James A. Musick Facility; and the Theo Lacy Facility. Facilities Operations handles work

1

orders, materials requisitions, and a wide variety of reports that are produced using specialized software. The unit also provides general clerical support for Facilities Operations including timekeeping, maintenance of document files and daily work order processing. This unit covers a broad range of mandated inspections, environmental protection, safety, and fiscal responsibilities related to maintaining the operating systems of the departments buildings."

• Lacks foundation and lacks personal knowledge. Fed. R. Evid. 602, Mr Dave O'connell has held his position since December 20th 2019 which was after Plaintiff's incarceration;

• Improper lay opinion. Fed. R. Evid. 701; and Misstates evidence and therefore unduly rejudicial. See Fed. R. Evid. 403.

• Improper expert opinion. Fed. R. Evid. 702.

**Objection Number 2**

Declaration of Dave O'connell at ¶5 (Dkt. 139-8 at 10), "The WCJ climate control consists of one air handler unit supporting the building with enough cooling and heating capacity to meet building demands year around 24/7. The unit is supplied with treated chilled water and treated hot water created from steam from Orange County's Public Works central utility plant. The steam supplied to us is used to create hot water for the air handler coils, thus creating and providing building heat. Additionally, the chilled water supplied circulates through a separate set of coils to provide cool conditioned air. Both coils have multiple fans blowing across the coils to transfer the cooling and heating through the double duct system (cooling duct separate from heating duct). The conditioned air is then transferred to mixing boxes in each zone throughout the building. Each zone has a thermostat or temperature sensor to regulate the temperature. This system is monitored and controlled by a computerized energy management system (EMS). The air handler is also designed to bring in fresh outside air into the building. In addition to the air conditioning system, the WCJ has exhaust fans in the restrooms, showers and common areas to ventilate these areas."

• Lacks foundation and lacks personal knowledge. Fed. R. Evid. 602, Mr Dave O'connell has held his position since December 20th 2019 which was after Plaintiff's incarceration;

• Improper lay opinion. Fed. R. Evid. 701; and Misstates evidence and therefore unduly

rejudicial. See Fed. R. Evid. 403.

• Improper expert opinion. Fed. R. Evid. 702.

**Objection Number 3**

Declaration of Dave O'connell at ¶6 (Dkt. 139-8 at 10), "The Facilities Operations unit manages the HV AC/R system at WCJ. Each floor has multiple zones with multiple temperature controllers. The temperatures will vary from zone to zone with the average temperature system set point being 70 degrees."

• Irrelevant. Fed. R. Evid. 401. Plaintiff informed WCJ staff that she was cold to death;

• Lacks foundation and lacks personal knowledge. Fed. R. Evid. 602, Mr Dave O'connell has held his position since December 20th 2019 which was after Plaintiff's incarceration;

• Improper lay opinion. Fed. R. Evid. 701; and Misstates evidence and therefore unduly rejudicial. See Fed. R. Evid. 403.

• Improper expert opinion. Fed. R. Evid. 702. Not only Mr Dave O'connell was not in WCJ while Plaintiff was incarceration but also he is not a technician who is capable to testify the temperature was correctly displayed.

**Objection Number 4**

Declaration of Dave O'connell at ¶7 (Dkt. 139-8 at 11), ""The Module G Tank 2 at WCJ dorm is approximately 50' X 20' or 1000 square feet; the bathroom is 22' X 8' or 176 square feet; two showers are each 30" X 29.5"W X 80.5"H; the dayroom is 29' X 12' or 360 square feet; and each bunk bed is 30.5" W X 77" L."

• Lacks foundation and lacks personal knowledge. Fed. R. Evid. 602, Mr Dave O'connell has held his position since December 20th 2019 which was after Plaintiff's incarceration;

• Improper lay opinion. Fed. R. Evid. 701; and Misstates evidence and therefore unduly rejudicial. See Fed. R. Evid. 403.

• Improper expert opinion. Fed. R. Evid. 702.

**<u>Objections to Declaration of Devonna Falconer</u>**

Plaintiff objects to the entirety of the declaration of Devonna Falconer because it was not signed.

1    See Dkt. 139-8 at 17.

2

3    Date: 6/3/2022

4                                                              */s/ Jane Doe*

5                                                              JANE DOE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S OBJECTIONS TO EXHIBITS