Michael L. Wroniak (State Bar No. 210347)
Rebecca J. Chmura (State Bar. 319106)
**COLLINS + COLLINS LLP**
750 The City Drive, Suite 400
Orange, CA  92868
(714) 823-4100 – FAX (714) 823-4101
Email:  mwroniak@ccllp.law
Email:  rchmura@ccllp.law

Attorneys for Defendants
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 2]*<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFF JANE DOE'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR TERMINATING SANCTIONS AND REQUEST FOR MONETARY SANCTIONS OF $2,275.00 AGAINST PLAINTIFF JANE DOE**<br><br>**Hearing:**<br>**Date:**　　　June 15, 2022<br>**Time:**　　　3:00 p.m.<br>**Courtroom:**　640<br><br>Complaint Filed: 2/18/20<br>Trial Date:　　　None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

　　**PLEASE TAKE NOTICE** that Defendants County of Orange, Don Barnes,

*FILE # 22348*

1

**OBJ TO PLTF SUR-REPLY TO OPPO MTN TERM. SANCTIONS & MONETARY SANCS**

William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively, "Defendants") hereby submit this Objection to Plaintiff Jane Doe's ("Plaintiff") improperly filed Sur-Reply (Doc. 148) filed in Opposition Defendants' motion seeking an order pursuant to F.R.C.P. 37(b)(2)(A) for terminating sanctions, specifically dismissal, against Plaintiff for her willful failure to sign and return the authorization disclosure required by the Los Angeles County Department of Mental Health ("LACDMH") to produce Plaintiff's medical records (which this Court already ordered that Defendants were entitled to on December 14, 2021) in violation of this Court's March 23, 2022 Order. (Doc. 120.)

Plaintiff's "Supplemental Opposition" (Doc. 148) filed on Friday, June 3, 2022, is improper per L.R. 7-9, 7-10, and 7-12. First, Plaintiff is not permitted to file a Sur-Reply under L.R. 7-10, which states, "[a]bsent prior written order of the Court, the opposing party shall not file a response to the reply." Defendants timely filed their Reply on June 2, 2022. Plaintiff's Opposition was due on or before May 27, 2022. Despite calling Doc. 148, a "Supplemental Opposition" in an effort to get around the procedural requirements, it is not an opposition, but rather a Sur-Reply as she directly attempts to respond to the points raised in Defendants' Reply. As such, this filing is procedurally improper.

Alternatively, under L.R. 7-9, should this Court consider the document to be an "Opposition," it is late, and this Court has the discretion to decline to consider the document per L.R. 7-12. Further, given that the response is untimely, Plaintiff is subject to sanctions under L.R. 7-13 and/or L.R. 83-7.

Finally, Defendants object to Plaintiff's improper filing of their Settlement Conference Statement which is protected under Fed. Evid. Rule 408, as a confidential statement made during the course of settlement negotiations. Plaintiff may not rely upon this document as evidence and Defendants request that this document be withdrawn from the record and sealed.

///

*FILE # 22348*

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

2

**OBJ TO PLTF SUR-REPLY TO OPPO MTN TERM. SANCTIONS & MONETARY SANCS**

Based on the foregoing, Plaintiff's Sur-Reply (Doc. 148) is improper, should be stricken from the record, and should not be considered by this Court.

DATED: June 7, 2022             COLLINS + COLLINS LLP

By: _____ --
REBECCA J. CHMURA
MICHAEL L. WRONIAK
Attorneys for Defendants COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; RACHEL ADDINGTON

*FILE # 22348*

3

**OBJ TO PLTF SUR-REPLY TO OPPO MTN TERM. SANCTIONS & MONETARY SANCS**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101