Michael L. Wroniak (State Bar No. 210347)
Rebecca J. Chmura (State Bar. 319106)
**COLLINS + COLLINS LLP**
750 The City Drive, Suite 400
Orange, CA  92868
(714) 823-4100 – FAX (714) 823-4101
Email:  mwroniak@ccllp.law
Email:  rchmura@ccllp.law

Attorneys for Defendants
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 2]*<br><br>**DEFENDANTS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF LIXIAN LU IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT (DOC. 149-3)**<br><br>Complaint Filed: 2/18/20<br>Trial Date:　　　None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

**PLEASE TAKE NOTICE THAT** Defendants County of Orange ("County"), Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington (collectively,

FILE # 22348

1

**DEFTS' EVID OBJ. TO LU DECL. ISO PLTFS' OPPO TO MSJ OR PARTIAL MSJ**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax       (714) 823-4101

"Defendants") hereby submit the following Evidentiary Objections to the Declaration of Lixian Lu (Doc. 149-3) offered in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Partial Summary Judgment:

### DEFENDANTS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF LIXIAN LU:

| No. | Material Objected To: | Grounds for Objection: | Ruling |
|---|---|---|---|
| 1. | Declaration of Lixian Lu, ¶ 3.<br><br>Also at her therapist's request, I called her every weekend to provide emotional support. During that time, I noticed that she lost a handful of hair. | Lacks Foundation/ Personal Knowledge and Opinion Testimony by a Lay Witness – as to losing hair because Lu only states that she called Plaintiff, and never testifies that she actually saw her in person. [FRE 403, 602, 701]<br><br>Calls for an Expert Opinion – as to losing hair because Lu has no expert knowledge as to the cause of Plaintiff's alleged hair loss. [FRE 702]<br><br>Speculation – as to why she was losing hair, as Lu can only speculated as to the cause of Plaintiff's alleged hair loss. [FRE 701] | _____ Sustained<br>_____ Overruled |

*FILE # 22348*

| | | | |
|---|---|---|---|
| 2. | Declaration of Lixian Lu, ¶ 4.<br><br>Each time when plaintiff brought up her experience in jail I observed that she tried very hard to control her emotion but she still broke into tears. | Lacks Foundation – as to how many time her experience in jail was brought up. [FRE 403, 602, 702]<br><br>Speculation – calls for speculation by Lu that Plaintiff had an emotional response to discussing her experience in jail and that such response was caused by her incarceration and not upon other incidents Plaintiff had been involved with. [FRE 403, 701] | _____ Sustained<br>_____ Overruled |
| 3. | Declaration of Lixian Lu, ¶ 1-4.<br><br>All text written in a language other than English. | Improper Evidence – All pleadings and evidence should be written in English. This Court should not consider any additional statements and/or facts written by the declarant in a language other than English. [*See United States v. Rivera-Rosario*, 300 F.3d 1, 5 (1st Cir. 2002) ("It is clear, to the | |

*FILE # 22348*

3

**DEFTS' EVID OBJ. TO LU DECL. ISO PLTFS' OPPO TO MSJ OR PARTIAL MSJ**

| | | point of perfect transparency, that federal court proceedings must be conducted in English.")] | |

DATED: June 13, 2022          COLLINS + COLLINS LLP

By: _____
REBECCA J. CHMURA
MICHAEL L. WRONIAK
Attorneys for Defendants COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; RACHEL ADDINGTON

*FILE # 22348*

4

**DEFTS' EVID OBJ. TO LU DECL. ISO PLTFS' OPPO TO MSJ OR PARTIAL MSJ**