UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-00322-JWH-GJS | Date | June 15, 2022 |
|---|---|---|---|
| Title | Jane Doe v. County of Orange et al | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge |
|---|---|

| Elisa Quintero | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Jane Doe (Pro Per) | Rebecca J. Chmura |

**Proceedings:**   Order Re:   Motion for Sanctions

The case is called. The parties appeared via Zoom. The Plaintiff appeared In Pro Per. Counsel for Defendants made her appearance. The Court hears argument and confers with the parties. The matter is taken under submission.

IT IS SO ORDERED.

cc: District Judge

Initials of Preparer  eq

00:35