**Michael L. Wroniak (State Bar No. 210347)**
**Rebecca J. Chmura (State Bar. 319106)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email: mwroniak@ccllp.law**
**Email: rchmura@ccllp.law**

Attorneys for Defendants
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 9D]*<br><br>**JOINT REQUEST FOR DECISION IN ACCORDANCE WITH LOCAL RULE 83-9.2 (DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. 139))**<br><br>Complaint Filed: 2/18/20<br>Trial Date:　　　None |

Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriguez, and Rachel Addington (collectively, "Defendants"), filed their Motion for Summary Judgment, or in the alternative, Motion for Partial Summary Judgment (hereinafter, "MSJ") on May 13, 2022 (Doc. 139). On May 16, 2022, the Court vacated the hearing

on Defendants' MSJ (Doc. 140). Defendants submitted their Supplemental Joint Statement of Undisputed Facts in support of its MSJ on May 26, 2022 (Doc. 144). Plaintiff Jane Doe ("Plaintiff") submitted her Opposition to Defendants' MSJ on June 3, 2022 (Doc. 149). Defendants submitted their Reply and Notice of Non-Opposition by Plaintiff to Defendants Request for Judicial Notice on June 13, 2022 (Docs. 153 and 154).

Per L.R. 83-9.1, the Court shall render and file its decision on Defendants' MSJ within 120 days after the matter is submitted from decision. Per L.R. 8.3-9.1.1(b), the matter is considered submitted for decision from the date the last memorandum is permitted to be filed.

Per L.R. 8.3-9.1.1(b), Defendants' MSJ was considered submitted for decision on June 13, 2022. Per L.R. 8.3-9.1, the Court should have rendered a decision on or before October 11, 2022. As of today's date, no decision has been rendered.

///

///

///

///

///

///

///

///

As such, as required per L.R. 8.3-9.2, counsel for Defendants and Plaintiff hereby jointly file this notice requesting that the decision as to Defendants' MSJ be made without further delay within 30 days, or, after the filing of this joint request, the Court shall within 30 days advise the parties in writing the date by which the decision shall be made.

DATED: October 19, 2022          COLLINS + COLLINS LLP

By: _____
REBECCA J. CHMURA
MICHAEL L. WRONIAK
Attorneys for Defendants COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; RACHEL ADDINGTON

DATED: October 18, 2022

By: */s/ Jane Doe*
    JANE DOE
    Plaintiff in *Pro Se*

*FILE # 22348*

3

**JOINT REQUEST FOR DECISION RE: DEFENDANTS' MSJ**

**PROOF OF SERVICE**

**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,           )
                               ) ss.
County of Orange.              )

  I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 750 The City Drive, Suite 400, Orange, California 92868.

  On this date, I served the foregoing document described as **JOINT REQUEST FOR DECISION IN ACCORDANCE WITH LOCAL RULE 83-9.2 (DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. 139)) on** the interested parties in this action by placing same in a sealed envelope, addressed as follows:

Jane Doe
Courtproceeding9@gmail.com

**PLAINTIFF IN PRO SE**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Orange, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Orange, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Orange, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – – I served a true copy, with all exhibits, electronically on Plaintiff Jane Doe at the email address on file with the Court which is redacted herein per request of Plaintiff Jane Doe through the Court's CM/ECF Electronic Filing system on:

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (714) 823-4101 indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on October 19, 2022 at Orange, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Jazmin Ruiz*
Jazmin Ruiz
Jruiz@ccllp.law

*FILE # 22348*