UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF ORANGE, et al.,<br><br>          Defendants. | Case No. 8:20-cv-00322-JWH (GJS)<br><br>ADVICE OF INTENDED DECISION DATES<br>[Docket Nos. 159-160]<br><br>[Local Rule 83-9.3] |

The Court is in receipt of the parties' Joint Request for Decision filed on October 19, 2022 [Dkt. 159], pursuant to Local Rule 83-9.2, which pertains to Defendants' pending Motion for Summary Judgment [Dkt. 139]. In addition, the Court is in receipt of Defendants' Request for Decision filed on October 21, 2022 [Dkt. 160], pursuant to Local Rule 83-9.2, which pertains to Defendants' pending Motion for Sanctions [Dkt. 126].

Due to an unexpected complication with a chronic medical condition, the Court's workload has been impacted in a negative manner, including by requiring the Court to be dark for a number of weeks. The Court anticipates resuming a full calendar in January 2023, absent further medical complications. The Court intends to issue its Report and Recommendation with respect to the Motion for Summary

Judgment first and anticipates doing so in December 2022, before the end of the year holidays, *i.e.*, by some time during the week of December 19, 2022. Depending on whether the Court recommends a complete denial or a complete grant, or something in between, of the Motion for Summary Judgment, it is possible that the Motion for Sanctions ultimately could be mooted, at least in part. Accordingly, the Court intends to hold off on issuing its Report and Recommendation on the Motion for Sanctions until promptly after the Motion for Summary Judgment Motion has been resolved by United States District Judge John W. Holcomb.

    The Clerk's Office shall send a copy of this Advice to Chief United States District Judge Philip S. Gutierrez, as well as serve it upon the parties.

DATED: November 17, 2022

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE