1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff<br><br>     v.<br><br>COUNTY OF ORANGE, et al.,<br><br>             Defendants. | Case No. 8:20-cv-00322-JWH (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint [Dkt. No. 56], all documents filed and lodged in this action, Defendants' Motion for Terminating Sanctions (the "Sanctions Motion") and the related briefing and orders [Dkt. Nos. 126-29, 133, 140, 145-48, & 151-52], Defendants' Motion for Summary Judgment (the "Summary Judgment Motion") and its related briefing and orders [Dkt. Nos. 139-139-9, 141, 144, 149-149-4, & 153-153-4], the Report and Recommendation of United States Magistrate Judge (the "Report") [Dkt. No. 163], Plaintiff's Objections to the Report [Dkt. No. 168], and Defendants' Reply [Dkt. No. 169]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

The Court has carefully considered all of the arguments raised in the Objections to the Report. Having completed its review, the Court **ACCEPTS** the findings, conclusions, and recommendations set forth in the Report.

Accordingly, it is hereby **ORDERED** as follows:

1. The Summary Judgment Motion is **GRANTED**.
2. The Sanctions Motion is **DENIED**.
3. Judgment shall be entered **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

DATE: February 16, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE