JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 8:20-cv-00322-JWH (GJS) |
| Plaintiff | |
| v. | **JUDGMENT** |
| COUNTY OF ORANGE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATE: February 16, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE