# UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF** CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 8:20-cv-00322-JWH-GJS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 02/18/2020

Date of judgment or order you are appealing: 02/16/2023

Docket entry number of judgment or order you are appealing: 171

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ○ No   ● IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jane Doe

Is this a cross-appeal?   ○ Yes   ● No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

11151 Valley Blvd #4886,

City: El Monte   State: CA   Zip Code: 91734

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Jane Doe   **Date** Mar 15, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Jane Doe |

Name(s) of counsel (if any):

|  |

Address: | 11151 Valley Blvd #4886, El Monte, CA 91734 |

Telephone number(s): |  |

Email(s): |  |

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ⦿ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| County of Orange; Don Barnes; William Baker; Joe Balicki; Mark Stichter; Reyna Rivera; Devonna Falconer; Kassandra Mayer; Elia Rodriguez; Rachel Addington |

Name(s) of counsel (if any):

| Rebecca J. Chmura; Michael L. Wroniak |

Address: | 750 The City Drive, Suite 400, Orange, CA 92868 |

Telephone number(s): | 714-823-4100 |

Email(s): | rchmura@ccllp.law; mwroniak@ccmslaw.com |

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                         1                                             *New 12/01/2018*

## CERTIFICATE OF SERVICE

I, JANE DOE, declare and certify that I electronically filed the foregoing with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: March 15, 2023

*/s/ JANE DOE*

JANE DOE