Michael L. Wroniak (210347) Rebecca J. Chmura (319708)
COLLINS + COLLINS LLP 750 The City Drive, Suite 400,
Orange, CA 90868 (714) 823-4100 – FAX (714) 823-4101
mwroniak@ccllp.law; rchmura@ccllp.law
Attorneys for Defendants County of Orange, Don Barnes,

William Baker, Joe Balicki, Mark Stichter, Reyna Rivera,

Devonna Falconer, Kassandra Mayer, Elia Rodriguez, and
Rachel Addington

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JANE DOE | CASE NUMBER | SACV 8:20-cv-00322-JWH-GJS |
|---|---|---|

JANE DOE

v.

PLAINTIFF(S),

COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,

DEFENDANT(S)

## APPLICATION TO THE CLERK TO TAX COSTS

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| Name(s) of party or parties claiming costs: | Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriguez, and Rachel Addington | |
|---|---|---|
| Judgment entered on: | February 16, 2023 | Docket #: | 171 |
| Names of party(ies) against whom judgment was entered: | Plaintiff Jane Doe (See Attachment A) | |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: March 2, 2023

Signature: /s/ Rebecca J. Chmura

Name: Rebecca J. Chmura, Esq.

☒ Attorney of Record for: Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriguez, and Rachel Addington

**COURT USE ONLY**

☒ Application GRANTED in whole/part; costs are taxed in the amount of $*11,830.47*

☐ Application DENIED because:  ☐ Not timely filed (L.R. 54-2.1).

  ☐ Insufficient supporting documentation provided (L.R. 54-2.1).

  ☐ Filer is not prevailing party (L.R. 54-1).

Date: *04/11/2023*  **Kiry K. Gray, District Court Executive/Clerk of Court**

  By: _R. Morales_____

  Deputy Clerk

**Case Title:** <u>JANE DOE v. COUNTY OF ORANGE, ET AL.</u>; **Case No:** SACV 8:20-cv-00322-JWH-GJS

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item*
### *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ *IF ANY AMOUNT DISALLOWED* ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| 1 | *L.R. 54-3.1 Clerk's Fees (only if in <u>28 USC § 1914</u> or <u>www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule</u>)* | | | | | |
| | $0.00 | N/A | | | | |
| 2 | *L.R. 54-3.2 Fees for Service of Process* | | | | | |
| | $3,599.72 | TAB 2A - 9/1/21 First Legal Invoice for Service of Subpoena for Records to Arcadia Mental Health Center ($84.25)<br><br>TAB 2B - 9/1/21 First Legal Invoice for Service of Subpoena for Records to LA County Department of Health Los Angeles ($60.50)<br><br>TAB 2C - 9/1/21 First Legal Invoice for Service of Subpoena for Records to Greater El Monte Community Hospital - Medical Records South El Monte ($84.25)<br><br>TAB 2D - 9/1/21 First Legal Invoice for Service of Subpoena for Records to Greater El Monte community Hospital - Billing Records Alhambra ($84.25) | $3,599.72 | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | | TAB 2E - 9/1/21 First Legal Invoice for Service of Subpoena for Records to Heredia Therapy Group City of Industry ($64.75) | | | | |
| | | TAB 2F - 9/1/21 First Legal Invoice for Service of Subpoena for Records to LAC + USC Medical Center - Medical Records Los Angeles ($84.25) | | | | |
| | | TAB 2G - 9/1/21 First Legal Invoice for Service of Subpoena for Records to County of Los Angeles Dept. of Health Services c/o LAC/USC Medical Center Alhambra ($60.50) | | | | |
| | | TAB 2H - 9/1/21 First Legal Invoice for Service of Subpoena for Records to Pacific Clinics Arcadia ($84.25) | | | | |
| | | TAB 2I - 1/19/22 First Legal Invoice for Service of Subpoena for Records to LAC + USC Medical Center (follow up) ($39.75) | | | | |
| | | TAB 2J - 1/24/22 First Legal Invoice for Service of Subpoena for Records to Greater El Monte Hospital - Billing Records (follow up) ($49.53) | | | | |
| | | TAB 2K - 1/28/22 First Legal Invoice for Service of Subpoena for Records to County of Los Angeles Dept. of Health Services c/o LAC/USC Medical Center (follow up) ($32.03) | | | | |
| | | TAB 2L - 1/31/22 First Legal Invoice for Service of Subpoena for Records Pacific Clinics (follow up) ($122.90) | | | | |
| | | TAB 2M - 3/14/22 First Legal Invoice for Service of Subpoena for Records to Greater El Monte Community Hospital South El Monte ($136.17) | | | | |
| | | TAB 2N - 3/16/22 First Legal Invoice for Service of Subpoena for Records to Arcadia Mental health Center (follow up) ($72.59) | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ *IF ANY AMOUNT DISALLOWED* ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | | TAB 2O - 6/24/22 Apex Legal Services Invoice for Federal Subpoena to Appear and Testify at Hearing or Trial to Lucy Han, LCSW ($194.00) | | | | |
| | | TAB 2P - 7/8/22 Apex Legal Services Invoice for Federal Subpoena to Appear and Testify at Hearing or Trial to Allison Zhu, AMFT ($438.00) | | | | |
| | | TAB 2Q - 6/24/22 Apex Legal Services Invoice for Federal Subpoena to Appear and Testify at Hearing or Trial to Lucy Han, LCSW (Different Address) ($105.25) | | | | |
| | | TAB 2R - 7/22/22 Apex Legal Services Invoice for Federal Subpoena to Appear and Testify at Hearing or Trial to Lucy Han, LCSW (Different Address) ($241.75) | | | | |
| | | TAB 2S - 7/22/22 Apex Legal Services Invoice for Federal Subpoena to Appear and Testify at Hearing or Trial to Lucy Han, LCSW (Different Address) ($109.75) | | | | |
| | | TAB 2T - 7/22/22 Apex Legal Services Invoice for Federal Subpoena to Appear and Testify at Hearing or Trial to Allison Zhu, AMFT (Different Address) ($432.75) | | | | |
| | | TAB 2U - 7/29/22 Apex Legal Services Invoice for Federal Subpoena to Appear and Testify at Hearing or Trial to Allison Zhu, AMFT (Different Address) ($290.25) | | | | |
| | | TAB 2V - 7/29/22 Apex Legal Services Invoice for Federal Subpoena to Appear and Testify at Hearing or Trial to Lucy Han, LCSW ($250.00) | | | | |
| | | TAB 2W - 7/29/22 Apex Legal Services Invoice for Federal Subpoena to Appear and Testify at Hearing or Trial to Lucy Han, LCSW ($255.50) | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | | TAB2X - 5/20/22 Apex Legal Services Invoice for Federal Subpeona for Records to Heredia Therapy Group ($224.50) | | | | |
| 3 | | **L.R. 54-3.3 United States Marshal's Fees** | | | | |
| | $0.00 | N/A | | | | |
| 4 | | **L.R. 54-3.4 Transcripts of Court Proceedings** (*order or stipulation required and must be attached*) | | | | |
| | $0.00 | N/A | | | | |
| 5 | | **L.R. 54-3.5 Depositions** (*if order or stipulation required by rule, it must be attached*) | | | | |
| | $9,100.30 | TAB 5A - 2/25/21 Veritext Invoice for Deposition of Plaintiff Jane Doe ($1,189.00)<br><br>TAB 5B - Veritext Invoice for Deposition of Plaintiff Jane Doe, Vol. I - Videographer Fees ($412.00)<br><br>TAB 5C - Veritext Invoices for Deposition of Plaintiff Jane Doe, Vol. II - Videographer Fees ($1,004.00)<br><br>TAB 5D - 4/15/21 Veritext Invoice for Deposition of Plaintiff Jane Doe, Vol. II ($1,931.90)<br><br>TAB 5E - 5/13/22 Hines Invoice for Deposition of Plaintiff Jane Doe, Vol. IV ($1,336.40)<br><br>TAB 5F - 5/13/22 Hines Invoice for Deposition of Plaintiff Jane Doe, Vol. IV - Videographer Fees ($915.00)<br><br>TAB 5G - 5/12/22 Hines Invoice for Original and Certified Copy of Deposition of Plaintiff Jane Doe ($515.00)<br><br>TAB 5H - 5/1/22 Hines Invoice for Deposition of Plaintiff Jane Doe, Vol. III - Videographer Fees ($355.00)<br><br>TAB 5I - 8/18/22 Hines Invoice for Deposition of Lucy Han ($639.00)<br><br>TAB 5J - 8/30/22 Hines Invoice for Deposition of Allison Zhu ($803.00) | $7,281.75 | $1,818.55 | | ALL video related fees excluded and/or disallowed.<br><br>Video Processing Surcharge, Litigation Package, Virtual Participant, Secure File Suite, fees and expedite fees, disallowed.<br><br>$6.00 per page fee reduced to rates set by the Judicial Conference of the U.S.<br><br>The transcript rates set by the Judicial Conference of the United States will generally be considered reasonable. For transcripts billed at higher rates to be taxable, an explanation of why higher rates were reasonable under the circumstances must be provided. |
| 6 | | **L.R. 54-3.6 Witness Fees** (*TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below*) | | | | |
| | $0.00 | N/A | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ *IF ANY AMOUNT DISALLOWED* ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | *(Shaded columns for Court use only.)* | | |
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| 7 | | | *L.R. 54-3.7 Interpreter's Fees* (document translation costs are not taxable) | | | | |
| | | $0.00 | N/A | | | | |
| 8 | | | *L.R. 54-3.8 Docket Fees* (only as provided by *28 U.S.C. § 1823*) | | | | |
| | | $0.00 | N/A | | | | |
| 9 | | | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers* (attach appointment order) | | | | |
| | | $0.00 | N/A | | | | |
| 10 | | | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents* (if order or stip required, it must be attached) | | | | |
| | (a) | | *L.R. 54-3.10(a):* "cost of copies of documents necessarily filed and served" | | | | |
| | | $949.00 | TAB 10(a)A - 9/23/21 First Legal Invoice for Courtesy Copies to Judge Holcomb ($28.75)<br><br>TAB 10(a)B - 9/15/21 Apex Invoice for Courtesy Copies ($273.00)<br><br>TAB 10(a)C - 9/15/21 First Legal Invoice for Courtesy Copies ($31.25)<br><br>TAB 10(a)D - 4/4/22 Apex Invoice for Courtesy Copies ($271.00)<br><br>TAB 10(a)E - 10/28/22 Apex Invoice for Courtesy copies ($47.50)<br><br>TAB 10(a)F - 1/12/23 First Legal Invoice for Courtesy Copies ($47.50)<br><br>TAB10(a)G - 10/2/22 Apex Invoice for Courtesy Copies ($250.00) | $949.00 | | | |
| | (b) | | *L.R. 54-3.10(b):* "cost of copies of documents or other materials admitted into evidence" | | | | |
| | | $0.00 | N/A | | | | |
| | (c) | | *L.R. 54-3.10(c):* "Fees for an official certification of proof respecting the non-existence of a document or record" | | | | |
| | | $0.00 | N/A | | | | |
| | (d) | | *L.R. 54-3.10(d):* "Patent Office charges" for necessary "patent file wrappers and prior art patents" | | | | |
| | | $0.00 | N/A | | | | |
| | (e) | | *L.R. 54-3.10(e):* "Notary fees" of taxable documents | | | | |
| | | $0.00 | N/A | | | | |
| | (f) | | *L.R. 54-3.10(f):* "Fees for certification or exemplification of any document or record necessarily obtained for use in the case" | | | | |
| | | $0.00 | N/A | | | | |
| | (g) | | *L.R. 54-3.10(g):* "cost of physically replicating or reproducing material necessarily obtained for use in the case" | | | | |
| | | $0.00 | N/A | $0.00 | | | |
| 11 | | | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| | $0.00 | N/A | | | | |
| 12 | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | $0.00 | N/A | | | | |
| 13 | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | $0.00 | N/A | | | | |
| 14 | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | $0.00 | N/A | | | | |
| 15 | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | | |
| | $0.00 | N/A | | | | |
| TOTAL | $13,649.02 | | $11,830.47 | $1,818.55 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.

"B" – Order/Stip required but not provided.

"C" – Documents provided do not support full amount claimed.

"D" – Item does not fall within the scope of the Local Rule.

"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.

"F" – Amount claimed reduced by agreement after meet and confer.

"G" – Other.

**Case Title:** <u>JANE DOE v. COUNTY OF ORANGE, ET AL</u>; **Case No:** SACV 8:20-cv-00322-JWH-GJS

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  <u>28 U.S.C. § 1821(b)</u>.
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit <u>gsa.gov</u> for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. <u>View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates</u>

| WITNESS FEES (computation, *see* <u>**28 U.S.C. § 1821**</u> **for statutory fees**) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **NAME, CITY AND STATE** | **ATTENDANCE** | | **SUBSISTENCE** | | **MILEAGE** | | **Total Cost Each Witness** |
| | **Days** | **Total Cost** | **Days** | **Total Cost** | **Miles** | **Total Cost** | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

**Attachment A**

## REQUEST FOR AN ORDER/JUDGMENT USING PLAINTIFF JANE DOE'S REAL NAME:

### TO THE HONORABLE COURT:

Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriguez, and Rachel Addington (collectively, "Defendants") hereby request that an Order and Judgment using Plaintiff Jane Doe's ("Plaintiff") real name be issued as it relates to Defendants' Bill of Costs and Application to the Clerk to Tax Costs. Plaintiff was permitted by this Court to proceed under a pseudonym however, her real name should be stated on the Order/Judgment so that they are enforceable against Plaintiff.

**TAB 2A**

**INVOICE**

**FL FIRST LEGAL**
RECORDS

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-01-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| Claim No: 22348 | | | File Ref: 22348 | | |
|---|---|---|---|---|---|
| Case No: SACV 20-00322-JWH (GJS) | | | Patient: | | |
| Court: UNITED STATES DISTRICT COURT | | | DOI: | | |
| Plaintiff: JANE DOE | | | | | |
| Defendant: COUNTY OF ORANGE | | | | | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Fee (Subpoena) | | | 41.00 |
| Service Fee | | | 19.50 |
| Trip Charge | | | 19.50 |
| Fuel Surcharge | 1.00 | 4.25 | 4.25 |
| Regarding: ARCADIA MENTAL HEALTH CENTER Arcadia | | SUB-TOTAL | 84.25 |
| | | SALES TAX | .00 |
| | | TOTAL DUE | $ 84.25 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call (877) 350-8698.

---

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE**

**FL FIRSTLEGAL**
RECORDS

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-01-01 |

**TOTAL DUE:**        $ 84.25

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-01-01/ARINV

# TAB 2B

# FIRST LEGAL
### RECORDS

# INVOICE

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-02-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| | | |
|---|---|---|
| Claim No: 22348 | File Ref: 22348 | |
| Case No: SACV 20-00322-JWH (GJS) | Patient: | |
| Court: UNITED STATES DISTRICT COURT | DOI: | |
| Plaintiff: JANE DOE | | |
| Defendant: COUNTY OF ORANGE | | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Fee (Subpoena)** | | | 41.00 |
| **Service Fee** | | | 19.50 |

| Regarding: at LA COUNTY DEPARTMENT OF HEALTH Los Angeles | | SUB-TOTAL | 60.50 |
|---|---|---|---|
| | | SALES TAX | .00 |
| | | **TOTAL DUE** | **$ 60.50** |

Thank you for choosing First Records Retrieval! For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE

# FIRST LEGAL
### RECORDS

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-02-01 |

**TOTAL DUE:**      $ 60.50

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-02-01/ARINV

**TAB 2C**

# INVOICE

**FL FIRST LEGAL RECORDS**

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-03-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| | | | |
|---|---|---|---|
| Claim No: 22348 | | File Ref: 22348 | |
| Case No: SACV 20-00322-JWH (GJS) | | Patient: | |
| Court: UNITED STATES DISTRICT COURT | | DOI: | |
| Plaintiff: JANE DOE | | | |
| Defendant: COUNTY OF ORANGE | | | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Fee (Subpoena) | | | 41.00 |
| Service Fee | | | 19.50 |
| Trip Charge | | | 19.50 |
| Fuel Surcharge | 1.00 | 4.25 | 4.25 |
| Regarding: ███ at GREATER EL MONTE COMMUNITY HOSPITAL - Medical Records South El Monte | SUB-TOTAL | | 84.25 |
| | SALES TAX | | .00 |
| | TOTAL DUE | | $ 84.25 |

Thank you for choosing First Records Retrieval!  For billing inquiries, please call (877) 350-8698.

---

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE**

**FL FIRSTLEGAL RECORDS**

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-03-01 |

**TOTAL DUE:**    $ 84.25

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-03-01/ARINV

**TAB 2D**

# INVOICE

**FIRST LEGAL RECORDS**

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-04-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| | | |
|---|---|---|
| Claim No: 22348 | File Ref: 22348 | |
| Case No: SACV 20-00322-JWH (GJS) | Patient: | |
| Court: UNITED STATES DISTRICT COURT | DOI: | |
| Plaintiff: JANE DOE | | |
| Defendant: COUNTY OF ORANGE | | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Fee (Subpoena) | | | 41.00 |
| Service Fee | | | 19.50 |
| Trip Charge | | | 19.50 |
| Fuel Surcharge | 1.00 | 4.25 | 4.25 |

| Regarding:  at GREATER EL MONTE COMMUNITY HOSPITAL - Billing Records Alhambra | SUB-TOTAL | 84.25 |
|---|---|---|
| | SALES TAX | .00 |
| | TOTAL DUE | $ 84.25 |

Thank you for choosing First Records Retrieval!  For billing inquiries, please call (877) 350-8698.

---

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE**

**FIRSTLEGAL RECORDS**

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-04-01 |

**TOTAL DUE:**        $ 84.25

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-04-01/ARINV

**TAB 2E**

**FIRST LEGAL** RECORDS

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-05-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| Claim No: 22348 | File Ref: 22348 |
|---|---|
| Case No:  SACV 20-00322-JWH (GJS) | Patient: |
|     Court:  UNITED STATES DISTRICT COURT | DOI: |
|     Plaintiff:  JANE DOE | |
| Defendant:  COUNTY OF ORANGE | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Fee (Subpoena) | | | 41.00 |
| Trip Charge | | | 19.50 |
| Fuel Surcharge | 1.00 | 4.25 | 4.25 |

| Regarding: ▮ at  HEREDIA THERAPY GROUP City of Industry | SUB-TOTAL | 64.75 |
|---|---|---|
| | SALES TAX | .00 |
| | TOTAL DUE | $ 64.75 |

Thank you for choosing First Records Retrieval!  For billing inquiries, please call (877) 350-8698.

---

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE**

**FIRST LEGAL** RECORDS

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-05-01 |

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

**TOTAL DUE:**            $ 64.75

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-05-01/ARINV

**TAB 2F**

# INVOICE



PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-06-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| Claim No: 22348 | File Ref: 22348 |
|---|---|
| Case No: SACV 20-00322-JWH (GJS) | Patient: |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: JANE DOE | |
| Defendant: COUNTY OF ORANGE | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Fee (Subpoena)<br>Service Fee<br>Trip Charge<br>Fuel Surcharge | 1.00 | 4.25 | 41.00<br>19.50<br>19.50<br>4.25 |

Regarding: _____ at LAC+USC MEDICAL CENTER - Medical Records
Los Angeles

| | |
|---|---|
| SUB-TOTAL | 84.25 |
| SALES TAX | .00 |
| TOTAL DUE | $ 84.25 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-06-01 |

**TOTAL DUE:** $ 84.25

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-06-01/ARINV

**TAB 2G**

# INVOICE



**FIRSTLEGAL RECORDS**

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-07-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| Claim No: 22348 | | File Ref: 22348 | |
|---|---|---|---|
| Case No: SACV 20-00322-JWH (GJS) | | Patient: | |
| Court: UNITED STATES DISTRICT COURT | | DOI: | |
| Plaintiff: JANE DOE | | | |
| Defendant: COUNTY OF ORANGE | | | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Fee (Subpoena) | | | 41.00 |
| Service Fee | | | 19.50 |

Regarding: ███████ at COUNTY OF LOS ANGELES DEPT. OF HEALTH
SERVICES c/o LAC/USC Medical Center Alhambra

| | | |
|---|---|---|
| SUB-TOTAL | 60.50 |
| SALES TAX | .00 |
| **TOTAL DUE** | **$ 60.50** |

Thank you for choosing First Records Retrieval!  For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE

**FIRSTLEGAL RECORDS**

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-07-01 |

**TOTAL DUE:**       **$ 60.50**

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-07-01/ARINV

**TAB 2H**

**FIRST LEGAL RECORDS**

**INVOICE**

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-08-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| Claim No: 22348 | File Ref: 22348 |
|---|---|
| Case No: SACV 20-00322-JWH (GJS) | Patient: |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: JANE DOE | |
| Defendant: COUNTY OF ORANGE | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Fee (Subpoena) | | | 41.00 |
| Service Fee | | | 19.50 |
| Trip Charge | | | 19.50 |
| Fuel Surcharge | 1.00 | 4.25 | 4.25 |

| Regarding: | at PACIFIC CLINICS Arcadia | | |
|---|---|---|---|
| | | SUB-TOTAL | 84.25 |
| | | SALES TAX | .00 |
| | | TOTAL DUE | $ 84.25 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call (877) 350-8698.

---

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE**

**FIRSTLEGAL RECORDS**

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | September 1, 2021 | 129150-08-01 |

**TOTAL DUE:** | $ 84.25 |

**Mail Payment to:**

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-08-01/ARINV

**TAB 2I**

# INVOICE

**FIRST LEGAL RECORDS**

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | January 19, 2022 | 129150-14-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| | |
|---|---|
| Claim No: 22348 | File Ref: 22348 |
| Case No: SACV 20-00322-JWH (GJS) | Patient: |
|    Court: UNITED STATES DISTRICT COURT | DOI: |
|    Plaintiff: JANE DOE | |
| Defendant: COUNTY OF ORANGE | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Fee (Additional Records)** | | | 23.25 |
| **Certificate of No Records - Digital** | | | 8.50 |
| **Upload Records** | | | 8.00 |

Regarding:  at LAC+USC MEDICAL CENTER - Medical
Records(follow up of -06 for records) Los Angeles

| | |
|---|---|
| SUB-TOTAL | 39.75 |
| SALES TAX | .00 |
| **TOTAL DUE** | **$ 39.75** |

Thank you for choosing First Records Retrieval! For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE

**FIRST LEGAL RECORDS**

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | January 19, 2022 | 129150-14-01 |

**TOTAL DUE:**    $ 39.75

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-14-01/ARINV

**TAB 2J**

# FIRST LEGAL
### RECORDS

**INVOICE**
**(REPRINT)**

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | January 24, 2022 | 129150-12-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| Claim No: 22348 | File Ref: 22348 |
|---|---|
| Case No: SACV 20-00322-JWH (GJS) | Patient: |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: JANE DOE | |
| Defendant: COUNTY OF ORANGE | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Fee (Additional Records)** | | | 23.25 |
| **Pages - Digital** | 2.00 | .39 | .78 |
| **Advanced Fees** | 15.00 | 1.00 | 15.00 |
| **Check Charge** | | | 2.50 |
| **Upload Records** | | | 8.00 |

Regarding: ███████████ at GREATER EL MONTE COMMUNITY HOSPITAL -
Billing Records(follow up of -04 for records) Alhambra

| | |
|---|---|
| SUB-TOTAL | 49.53 |
| SALES TAX | .00 |
| **TOTAL DUE** | **$ 49.53** |

Thank you for choosing First Records Retrieval!  For billing inquiries, please call (877) 350-8698.

---

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE**

# FIRST LEGAL
### RECORDS

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | January 24, 2022 | 129150-12-01 |

**TOTAL DUE:** $ 49.53

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-12-01/ARINV

**TAB 2K**

# FIRSTLEGAL RECORDS

# INVOICE
(REPRINT)

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | January 28, 2022 | 129150-15-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| | |
|---|---|
| Claim No: 22348 | File Ref: 22348 |
| Case No: SACV 20-00322-JWH (GJS) | Patient: |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: JANE DOE | |
| Defendant: COUNTY OF ORANGE | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Fee (Additional Records)** | | | 23.25 |
| **Pages - Digital** | **2.00** | **.39** | .78 |
| **Upload Records** | | | 8.00 |

| | | |
|---|---|---|
| Regarding:    at COUNTY OF LOS ANGELES DEPT. OF HEALTH SERVICES c/o LAC/USC Medical Center(follow up of -07) Alhambra | SUB-TOTAL | 32.03 |
| | SALES TAX | .00 |
| | TOTAL DUE | $ 32.03 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE

# FIRSTLEGAL RECORDS

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | January 28, 2022 | 129150-15-01 |

**TOTAL DUE:**  $ 32.03

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-15-01/ARINV

**TAB 2L**

# FIRST LEGAL RECORDS

**INVOICE**
**(REPRINT)**

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | January 31, 2022 | 129150-16-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| Claim No: 22348 | | File Ref: 22348 | |
|---|---|---|---|
| Case No: SACV 20-00322-JWH (GJS) | | Patient: | |
| Court: UNITED STATES DISTRICT COURT | | DOI: | |
| Plaintiff: JANE DOE | | | |
| Defendant: COUNTY OF ORANGE | | | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Fee (Additional Records)**<br>**Pages - Digital**<br>**Upload Records** | 235.00 | .39 | 23.25<br>91.65<br>8.00 |

| Regarding: PACIFIC CLINICS(FOLLOW UP OF -08 FOR RECORDS) Arcadia | SUB-TOTAL | 122.90 |
|---|---|---|
| | SALES TAX | .00 |
| | **TOTAL DUE** | **$ 122.90** |

Thank you for choosing First Records Retrieval!  For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE



1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | January 31, 2022 | 129150-16-01 |

**TOTAL DUE:**          $ 122.90

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-16-01/ARINV

**TAB 2M**

# INVOICE

**FIRST LEGAL RECORDS**

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | March 14, 2022 | 141654-01-03 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**JAZMIN RUIZ**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**REBECCA J. CHMURA, ESQ.**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| Claim No: 22348 | | File Ref: 22348 | | |
|---|---|---|---|---|
| Case No: SACV 20-00322-JWH (GJS) | | Patient: | | |
| Court: UNITED STATES DISTRICT COURT | | DOI: | | |
| Plaintiff: JANE DOE | | | | |
| Defendant: COUNTY OF ORANGE | | | | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Fee (Subpoena) | | | 43.50 |
| Notice to Opposing | | | 11.75 |
| Subpoena Preparation | | | 19.50 |
| Service Fee | | | 20.75 |
| Pages - Digital | 33.00 | .39 | 12.87 |
| Advanced Fees | 17.30 | 1.00 | 17.30 |
| Check Charge | | | 2.50 |
| Upload Records | | | 8.00 |

Regarding:  at  GREATER EL MONTE COMMUNITY HOSPITAL
South El Monte

| | |
|---|---|
| SUB-TOTAL | 136.17 |
| SALES TAX | .00 |
| **TOTAL DUE** | **$ 136.17** |

Thank you for choosing First Records Retrieval!  For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE

**FIRSTLEGAL RECORDS**

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | March 14, 2022 | 141654-01-03 |

**TOTAL DUE:**   $ 136.17

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**JAZMIN RUIZ**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:141654-01-03/ARINV

**TAB 2N**

# INVOICE

**FIRST LEGAL RECORDS**

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | March 16, 2022 | 129150-09-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Ordered by:
**MARIAH A. WITT**
**Collins + Collins LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**

| Claim No: 22348 | File Ref: 22348 |
|---|---|

Case No: SACV 20-00322-JWH (GJS)   Patient:
Court: UNITED STATES DISTRICT COURT   DOI:
Plaintiff: JANE DOE
Defendant: COUNTY OF ORANGE

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Fee (Additional Records)** | | | 23.25 |
| **Pages - Digital** | 106.00 | .39 | 41.34 |
| **Upload Records** | | | 8.00 |

Regarding: ▬▬▬ at ARCADIA MENTAL HEALTH CENTER(follow up of -01 for records) Arcadia

| | |
|---|---|
| SUB-TOTAL | 72.59 |
| SALES TAX | .00 |
| TOTAL DUE | $ 72.59 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call (877) 350-8698.

---

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE**

**FIRSTLEGAL RECORDS**

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 74502 | March 16, 2022 | 129150-09-01 |

**TOTAL DUE:**   $ 72.59

Mail Payment to:
**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**ATTN: HAROLD BOYERMAN**
**Collins + Collins LLP**
**790 East Colorado Blvd. #600**
**Pasadena, CA 91101**

Order#:129150-09-01/ARINV

**TAB 2O**

ATTORNEY SERVICE     **REPRINT**

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017
Phone: (213) 488-1500  Fax: (213) 624-0022
www.apex.legal

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 6/24/2022 | 26686-01 |

Bill To:
**JAZMIN RUIZ**
**COLLINS + COLLINS LLP**
**790 E. Colorado Blvd Ste. 600**
**Pasadena, CA 91101**

File No: 22348
Servee: **LUCY HAN, LCSW**

Case No: **8:20-cv-00322-JWH-(GJS)**

Plaintiff: **Jane Doe**
Defendant: **County of Orange, et al.**

Documents: FEDERAL SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; NOTICE OF TAKING DEPOSITION;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Process | | | 149.00 |
| Addl Stop | | | 40.00 |
| Fuel Surcharge | | | 5.00 |

**SERVICE ON**    **LUCY HAN, LCSW**
Served At    800 S. SANTA ANITA AVENUE,    , ARCADIA, CA 91006
Date/Time    06/24/2022    at 12:48 PM  None assigned
Completed on 6/24/2022

| | TOTAL DUE | $ 194.00 |
|---|---|---|

Thank you for choosing Apex Legal Services!
For billing inquiries, please contact our Accounting Department at (213) 488-1500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 6/24/2022 | 26686-01 |

Remit To:

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017

**TOTAL DUE:**    $ 194.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Apex Legal Services

Order#:26686-01/INVOICEA

4238432

**TAB 2P**

ATTORNEY SERVICE

**REPRINT**

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017
Phone: (213) 488-1500  Fax: (213) 624-0022
www.apex.legal

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/8/2022 | 26687-01 |

Bill To:
**JAZMIN RUIZ**
**COLLINS + COLLINS LLP**
**790 E. Colorado Blvd Ste. 600**
**Pasadena, CA 91101**

File No: **22348**
Servee: **ALLISON ZHU, AMFT**

Case No: **8:20-cv-00322-JWH-(GJS)**

Plaintiff: **Jane Doe**
Defendant: **County of Orange, et al.**

Documents: FEDERAL SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; NOTICE OF TAKING DEPOSITION;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Process | | | 149.00 |
| 6 Addl Attempts | | | 264.00 |
| Fuel Surcharge | | | 25.00 |

**SERVICE ON**   **ALLISON ZHU, AMFT**
Served At      800 S. SANTA ANITA AVENUE,      , ARCADIA, CA 91006
Date/Time      07/11/2022      at  8:43 PM  None assigned
Completed on 7/11/2022

| | TOTAL DUE | $ 438.00 |
|---|---|---|

Thank you for choosing Apex Legal Services!
For billing inquiries, please contact our Accounting Department at (213) 488-1500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/8/2022 | 26687-01 |

Remit To:

Apex Legal Services
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017

**TOTAL DUE:**      $ 438.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Apex Legal Services

4238850

Order#:26687-01/INVOICEA

**TAB 2Q**

## ATTORNEY SERVICE

### REPRINT

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017
Phone: (213) 488-1500   Fax: (213) 624-0022
www.apex.legal

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/15/2022 | 27561-01 |

Bill To:
**JAZMIN RUIZ**
**COLLINS + COLLINS LLP**
790 E. Colorado Blvd Ste. 600
Pasadena, CA 91101

File No: 22348
Servee: **Lucy Han, LCSW**

Case No: **8:20-cv-00322-JWH-(GJS)**

Plaintiff: **Jane Doe**
Defendant: **County of Orange, et al.**

Documents: FEDERAL SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; NOTICE OF TAKING DEPOSITION;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Process | | | 100.25 |
| Fuel Surcharge | | | 5.00 |

**SERVICE ON**   **Lucy Han, LCSW**
Served At   3004 W. Ross Ave.,   , ALHAMBRA, CA 91803
Date/Time   07/14/2022   at 10:23 AM   None assigned
Completed on 7/14/2022

| | TOTAL DUE | $ 105.25 |
|---|---|---|

Thank you for choosing Apex Legal Services!
For billing inquiries, please contact our Accounting Department at (213) 488-1500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/15/2022 | 27561-01 |

Remit To:

Apex Legal Services
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017

**TOTAL DUE:**   $  105.25

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Apex Legal Services

42390LLl

Order#:27561-01/INVOICEA

**TAB 2R**

## ATTORNEY SERVICE

**REPRINT**

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017
Phone: (213) 488-1500   Fax: (213) 624-0022
www.apex.legal

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/22/2022 | 27075-03 |

Bill To:
**JAZMIN RUIZ**
**COLLINS + COLLINS LLP**
790 E. Colorado Blvd Ste. 600
Pasadena, CA 91101

File No: **22348**
Servee: **LUCY HAN, LCSW**

Case No: **8:20-cv-00322-JWH-(GJS)**

Plaintiff: **Jane Doe**
Defendant: **County of Orange, et al.**

Documents: FEDERAL SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; NOTICE OF TAKING DEPOSITION;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Process | | | 71.75 |
| 5 Addl Attempts | | | 140.00 |
| Fuel Surcharge | | | 30.00 |
| | | | |
| **SERVICE ON**   LUCY HAN, LCSW | | | |
| Served At   714 W Olympic Blvd suite 627, Los Angeles, CA 90015,   , Los Angeles, CA 90015 | | | |
| Date/Time   07/20/2022   at 1:18 PM   None assigned | | | * |
| Completed on 7/20/2022 | | | |
| | | **TOTAL DUE** | **$ 241.75** |

Thank you for choosing Apex Legal Services!
For billing inquiries, please contact our Accounting Department at (213) 488-1500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/22/2022 | 27075-03 |

Remit To:

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017

**TOTAL DUE:**       **$ 241.75**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Apex Legal Services

4239068

**TAB 2S**

## ATTORNEY SERVICE

**REPRINT**

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017
Phone: (213) 488-1500  Fax: (213) 624-0022
www.apex.legal

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/22/2022 | 27139-01 |

Bill To:
**JAZMIN RUIZ**
**COLLINS + COLLINS LLP**
**790 E. Colorado Blvd Ste. 600**
**Pasadena, CA 91101**

File No: **22348**
Servee: **LUCY HAN, LCSW**

Case No: **8:20-cv-00322-JWH-(GJS)**

Plaintiff: **Jane Doe**
Defendant: **County of Orange, et al.**

Documents: FEDERAL SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; NOTICE OF TAKING DEPOSITION;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Process | | | 71.75 |
| 1 Addl Attempt | | | 28.00 |
| Fuel Surcharge | | | 10.00 |

**SERVICE ON**    LUCY HAN, LCSW
Served At    714 W Olympic Blvd suite 627, Los Angeles, CA 90015,    , Los Angeles, CA 90015
Date/Time    07/20/2022    at 1:22 PM   None assigned
Completed on 7/20/2022

| | | **TOTAL DUE** | **$ 109.75** |
|---|---|---|---|

Thank you for choosing Apex Legal Services!
For billing inquiries, please contact our Accounting Department at (213) 488-1500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/22/2022 | 27139-01 |

Remit To:

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017

**TOTAL DUE:**    **$ 109.75**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Apex Legal Services

4239070

Order#:27139-01/INVOICEA

**TAB 2T**

ATTORNEY SERVICE

**REPRINT**

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017
Phone: (213) 488-1500   Fax: (213) 624-0022
www.apex.legal

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/22/2022 | 27143-01 |

Bill To:
**JAZMIN RUIZ**
**COLLINS + COLLINS LLP**
**790 E. Colorado Blvd Ste. 600**
**Pasadena, CA 91101**

File No: 22348
Servee: **ALLISON ZHU, AMFT**

Case No: **8:20-cv-00322-JWH-(GJS)**

Plaintiff: **Jane Doe**
Defendant: **County of Orange, et al.**

Documents: FEDERAL SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; NOTICE OF TAKING
DEPOSITION;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Process | | | 143.75 |
| 4 Addl Attempts | | | 264.00 |
| Fuel Surcharge | | | 25.00 |
| | | | |
| **SERVICE ON**    ALLISON ZHU, AMFT | | | |
| Served At    9353 E. Valley Blvd.,    , Rosemead, CA 91770 | | | |
| Date/Time    07/19/2022    at  1:09 PM   Daniel Mikulasch | | ' | |
| Completed on 7/19/2022 | | | |
| | | **TOTAL DUE** | **$ 432.75** |

Thank you for choosing Apex Legal Services!
For billing inquiries, please contact our Accounting Department at (213) 488-1500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/22/2022 | 27143-01 |

Remit To:

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017

**TOTAL DUE:**          $   432.75

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Apex Legal Services

423907 1

Order#:27143-01/INVOICEA

**TAB 2U**

ATTORNEY SERVICE

**REPRINT**

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017
Phone: (213) 488-1500  Fax: (213) 624-0022
. www.apex.legal

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/29/2022 | 27562-01 |

Bill To:
**JAZMIN RUIZ**
**COLLINS + COLLINS LLP**
790 E. Colorado Blvd Ste. 600
Pasadena, CA 91101

File No: 22348
Servee: ALLISON ZHU, AMFT

Case No: 8:20-cv-00322-JWH-(GJS)

Plaintiff: Jane Doe
Defendant: County of Orange, et al.

Documents: FEDERAL SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; NOTICE OF TAKING DEPOSITION;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| OOC Process | | | 250.00 |
| Witness Fee | | | 35.00 |
| Adv Surcharge | | | 5.25 |

SERVICE ON      ALLISON ZHU, AMFT
Served At      42367 Gronlund Ct.,      , Temecula, CA 92592
Date/Time      07/13/2022      at 7:33 PM   James Welch
Completed on 7/13/2022

| | | TOTAL DUE | $ 290.25 |
|---|---|---|---|

Thank you for choosing Apex Legal Services!
For billing inquiries, please contact our Accounting Department at (213) 488-1500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/29/2022 | 27562-01 |

Remit To:

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017

**TOTAL DUE:**      $  290.25

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Apex Legal Services

4239453

Order#:27562-01/INVOICEA

**TAB 2V**

## ATTORNEY SERVICE

**REPRINT**

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017
Phone: (213) 488-1500   Fax: (213) 624-0022
www.apex.legal

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/29/2022 | 27589-01 |

Bill To:
**JAZMIN RUIZ**
**COLLINS + COLLINS LLP**
**790 E. Colorado Blvd Ste. 600**
**Pasadena, CA 91101**

File No: **22348**
Servee: **Lucy Han, LCSW**

Case No: **8:20-cv-00322-JWH-(GJS)**

Plaintiff: **Jane Doe**
Defendant: **County of Orange, et al.**

Documents: FEDERAL SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; NOTICE OF TAKING DEPOSITION;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| OOC Process | | | 250.00 |

**SERVICE ON**   Lucy Han, LCSW
**Served At**   27 NIGHT HERON LN,   , ALISO VIEJO, CA 92656
**Date/Time**   07/31/2022   at 8:20 PM   CAL EXPRESS
**Completed on 7/31/2022**

| | TOTAL DUE | $ 250.00 |
|---|---|---|

Thank you for choosing Apex Legal Services!
For billing inquiries, please contact our Accounting Department at (213) 488-1500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/29/2022 | 27589-01 |

Remit To:

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017

**TOTAL DUE:**   $ 250.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Apex Legal Services

Order#:27589-01/INVOICEA

**TAB 2W**

## ATTORNEY SERVICE

**REPRINT**

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017
Phone: (213) 488-1500  Fax: (213) 624-0022
www.apex.legal

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/29/2022 | 27897-01 |

Bill To:
**JAZMIN RUIZ**
**COLLINS + COLLINS LLP**
790 E. Colorado Blvd Ste. 600
Pasadena, CA 91101

File No: **22348**
Servee: **Lucy Han; LCSW**

Case No: **8:20-cv-00322-JWH (GJS)**

Plaintiff: **Jane Doe**
Defendant: **County of Orange, et al.**

Documents: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION.;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| OOC Process | | | 250.00 |
| 11 Pages | | | 5.50 |

**SERVICE ON**   Lucy Han
**LCSW**
**Served At**   27 Night Heron Ln,,   , Aliso Viejo, CA
**Date/Time**   07/31/2022   at 7:53 PM  **CAL EXPRESS**
Completed on 7/31/2022

| | TOTAL DUE | $ 255.50 |
|---|---|---|

Thank you for choosing Apex Legal Services!
For billing inquiries, please contact our Accounting Department at (213) 488-1500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 7/29/2022 | 27897-01 |

Remit To:

Apex Legal Services
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017

**TOTAL DUE:**      $  255.50

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Apex Legal Services

4239458

Order#:27897-01/INVOICEA

**TAB 2X**

# APEX
## LEGAL SERVICES

611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017
Phone: (213) 488-1500   Fax: (213) 624-0022
www.apex.legal

PROCESS SERVICE INVOICE

TAX ID 95-4877099

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 5/20/2022 | 25983 |

**Bill To:**
COLLINS + COLLINS LLP
790 E. Colorado Blvd Ste. 600
Pasadena, CA 91101
Ordered By: JAZMIN RUIZ

File No: **22348**
Case No: **8:20-CV-00322-JEH-GJS**
Plaintiff: **Jane Doe**
Defendant: **County of Orange, et al.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Process** | | | 219.50 |
| **Fuel Surcharge** | | | 5.00 |

SUMMARY
**Court: SUPERIOR COURT OF CALIFORNIA**
**Servee: Heredia Therapy Group**
**Address: 13200 Crossroads Parkway Suite 300, # City of Industry, CA 91746**
**Documents:**
**Result: Personally Served**

Completed on 5/9/2022 at 12:10 PM

| | | |
|---|---|---|
| Subtotal | 224.50 |
| ADJ/PAYMENT | -224.50 |
| TOTAL DUE | $ .00 |

Thank you for choosing Apex Legal Services!   **Invoice was paid on 6/22/22**



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 5/20/2022 | 25983 |

**Remit To:**
Apex Legal Services
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017

**TOTAL DUE:**   $  .00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO  **Apex Legal Services**

Order#:25983/INVOICEP

**TAB 5A**

**Veritext, LLC - California Region**

Tel. 877-955-3855 Email: calendar-ca@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Mariah Witt | | |
|---|---|---|---|
| | Collins Collins Muir & Stewart LLP | **Invoice #:** | **4849990** |
| | 750 The City Drive | **Invoice Date:** | **2/25/2021** |
| | Suite 400 | **Balance Due:** | **$1,189.00** |
| | Orange, CA, 92868 | | |

| Case: Jane Doe v. County Of Orange, Et Al.  (SACV2000322JWH(GJS)) | Proceeding Type: Depositions |
|---|---|

| Job #: 4413370   |   Job Date: 2/17/2021   |   Delivery: Normal | File#: | 22348 |
|---|---|---|

Location:       Los Angeles, CA

Billing Atty:   Mariah Witt

Scheduling Atty:   Mariah Witt | Collins Collins Muir & Stewart LLP

| Witness: Jane Doe | Quantity | Amount |
|---|---|---|
| Minimum Charge for Services Rendered | 1.00 | $365.00 |
| Attendance (Hourly) | 1.00 | $35.00 |
| Veritext Virtual Primary Participants | 1.00 | $395.00 |
| Surcharge - Video Proceeding | 20.00 | $9.00 |
| Litigation Package-Secure File Suite | 1.00 | $35.00 |
| Production & Processing | 1.00 | $30.00 |
| Exhibit Share | 1.00 | $295.00 |
| Electronic Delivery and Handling | 1.00 | $25.00 |

| Notes: | **Invoice Total:** | **$1,189.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,189.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Total Taxable Amount: $1,180.00**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **4849990** |
|---|---|
| **Invoice Date:** | **2/25/2021** |
| **Balance Due:** | **$1,189.00** |

22826

**TAB 5B**

**Veritext, LLC - California Region**

Tel. 877-955-3855 Email: calendar-ca@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Mariah Witt | | |
|---|---|---|---|
| | Collins Collins Muir & Stewart LLP | **Invoice #:** | **4910202** |
| | 750 The City Drive | **Invoice Date:** | 3/25/2021 |
| | Suite 400 | **Balance Due:** | **$412.00** |
| | Orange, CA, 92868 | | |

| Case: Jane Doe v. County Of Orange, Et Al.  (SACV2000322JWH(GJS)) | Proceeding Type: Depositions |
|---|---|

| Job #: 4413370   |   Job Date: 2/17/2021   |   Delivery: Normal | File#: | 22348 |
|---|---|---|

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Mariah Witt |
| Scheduling Atty: | Mariah Witt | Collins Collins Muir & Stewart LLP |

| Witness: Jane Doe | Amount |
|---|---|
| Video Services | $377.00 |
| Delivery and Handling | $35.00 |

| Notes: | **Invoice Total:** | **$412.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$412.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Total Taxable Amount: $0.00**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **4910202** |
|---|---|
| **Invoice Date:** | 3/25/2021 |
| **Balance Due:** | **$412.00** |

22826

**TAB 5C**

**Veritext, LLC - California Region**

Tel. 877-955-3855 Email: calendar-ca@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Mariah Witt | | |
|---|---|---|---|
| | Collins Collins Muir & Stewart LLP | **Invoice #:** | **5037843** |
| | 750 The City Drive | **Invoice Date:** | **5/27/2021** |
| | Suite 400 | **Balance Due:** | **$1,004.00** |
| | Orange, CA, 92868 | | |

| Case: Jane Doe v. County Of Orange, Et Al. (SACV2000322JWH) | Proceeding Type: Depositions |
|---|---|

Job #: 4502635   |   Job Date: 3/31/2021   |   Delivery: Normal          Third Party:

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Mariah Witt |
| Scheduling Atty: | Mariah Witt | Collins Collins Muir & Stewart LLP |

| Witness: Jane  Doe , Vol. II | Amount |
|---|---|
| Video Services | $969.00 |
| Delivery and Handling | $35.00 |

| Notes: | Invoice Total: | $1,004.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,004.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

22826

**Total Taxable Amount: $0.00**

| Please remit payment to: | | |
|---|---|---|
| Veritext | **Invoice #:** | **5037843** |
| P.O. Box 71303 | **Invoice Date:** | **5/27/2021** |
| Chicago IL 60694-1303 | **Balance Due:** | **$1,004.00** |
| Fed. Tax ID: 20-3132569 | | |

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**TAB 5D**

**Veritext, LLC - California Region**

Tel. 877-955-3855 Email: calendar-ca@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Mariah Witt | Invoice #: | **4948690** |
|---|---|---|---|
| | Collins Collins Muir & Stewart LLP | Invoice Date: | 4/15/2021 |
| | 750 The City Drive | Balance Due: | **$1,931.90** |
| | Suite 400 | | |
| | Orange, CA, 92868 | | |

| Case: Jane Doe v. County Of Orange, Et Al. (SACV2000322JWH) | Proceeding Type: Depositions |
|---|---|

Job #: 4502635   |   Job Date: 3/31/2021   |   Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Mariah Witt |
| Scheduling Atty: | Mariah Witt | Collins Collins Muir & Stewart LLP |

| Witness: Jane  Doe , Vol. II | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 207.00 | $1,086.75 |
| Attendance (Hourly) | 7.50 | $262.50 |
| Exhibits | 18.00 | $4.50 |
| Veritext Virtual Primary Participants | 1.00 | $395.00 |
| Surcharge - Video Proceeding | 207.00 | $93.15 |
| Litigation Package-Secure File Suite | 1.00 | $35.00 |
| Production & Processing | 1.00 | $30.00 |
| Electronic Delivery and Handling | 1.00 | $25.00 |

| Notes: | Invoice Total: | $1,931.90 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,931.90 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Total Taxable Amount: $1,838.75**

| Please remit payment to: | | Invoice #: | **4948690** |
|---|---|---|---|
| Veritext | | Invoice Date: | 4/15/2021 |
| P.O. Box 71303 | To pay online, go to www.veritext.com | Balance Due: | $1,931.90 |
| Chicago IL 60694-1303 | Veritext accepts all major credit cards | | |
| Fed. Tax ID: 20-3132569 | (American Express, Mastercard, Visa, Discover) | | |

22826

**TAB 5E**

# INVOICE

**H I N E S   R E P O R T E R S**
**8 8 8   S.   F I G U E R O A   S T.**
**S U I T E   9 4 0**
**L O S   A N G E L E S, CA  9 0 0 1 7**
Phone:213.688.7887  Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 268873 | 5/13/2022 | 99360 |

| Job Date | Case No. |
|---|---|
| 5/6/2022 | SACV 20-00322-JWH (GJS) |

| Case Name |
|---|
| Jane Doe vs. County of Orange |

Rebecca J. Chmura, Esq.
Collins Collins, LLP - OC
750 The City Drive S
Suite 400
Orange, CA  92868

| Payment Terms |
|---|
| Net 30 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Jane Doe, Vol. 4 | | | | |
| 76.00  Pages | @ | 6.00 | 456.00 |
| EXPEDITE FEE - 80% | | | 364.80 | 364.80 |
| VIDEO TAPED DEPOSITION | 76.00  Pages | @ | 0.80 | 60.80 |
| VIDEOCONFERENCED DEPOSITION | 76.00  Pages | @ | 0.80 | 60.80 |
| EXHIBITS (BLACK & WHITE) | 16.00  Pages | @ | 0.50 | 8.00 |
| EXHIBITS (COLOR) | 266.00  Pages | @ | 1.00 | 266.00 |
| PROCESSING ORIGINAL TRANSCRIPT | | | 40.00 | 40.00 |
| PROCESSING CERTIFIED TRANSCRIPT | | | 30.00 | 30.00 |
| COMPLIMENTARY CONDENSED & WORD INDEX | | | 0.00 | 0.00 |
| COMPLIMENTARY E-LITIGATION PACKAGE | | | 0.00 | 0.00 |
| DELIVERY CHARGE ORIGINAL TRANSCRIPT | | | 25.00 | 25.00 |
| DELIVERY CHARGE CERTIFIED COPY | | | 25.00 | 25.00 |

**TOTAL DUE  >>>**       **$1,336.40**
AFTER 6/12/2022  PAY       $1,470.04

Client Matter No.   :   22348

We accept all major credit cards. A finance charge of 1.5%/mo will apply after
30 days. Customer agrees to pay all costs of collection including attorney fees.

**Tax ID:** 95-4837031

*Please detach bottom portion and return with payment.*

Rebecca J. Chmura, Esq.
Collins Collins, LLP - OC
750 The City Drive S
Suite 400
Orange, CA  92868

| | | |
|---|---|---|
| Invoice No. | : | 268873 |
| Invoice Date | : | 5/13/2022 |
| **Total Due** | : | **$1,336.40** |
| AFTER 6/12/2022  PAY | | $1,470.04 |

**Total Taxable Amount: $850.00**

| | | |
|---|---|---|
| Remit To: | **H I N E S   R E P O R T E R S** | |
| | **8 8 8   S.   F I G U E R O A   S T.** | |
| | **S U I T E   9 4 0** | |
| | **L O S   A N G E L E S, CA  9 0 0 1 7** | |

| | | |
|---|---|---|
| Job No. | : | 99360 |
| BU ID | : | INC |
| Case No. | : | SACV 20-00322-JWH (GJS) |
| Case Name | : | Jane Doe vs. County of Orange |

**TAB 5F**

# INVOICE

**H I N E S   R E P O R T E R S**
888 S. FIGUEROA ST.
SUITE 940
LOS ANGELES, CA 90017
Phone:213.688.7887  Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 268887 | 5/13/2022 | 99359 |

| Job Date | Case No. |
|---|---|
| 5/6/2022 | SACV 20-00322-JWH (GJS) |

| Case Name |
|---|
| Jane Doe vs. County of Orange |

| Payment Terms |
|---|
| Net 30 |

Rebecca J. Chmura, Esq.
Collins Collins, LLP - OC
750 The City Drive S
Suite 400
Orange, CA  92868

Videographer Fees for the Deposition of:

Jane Doe, Volume 4

| | | | | |
|---|---|---|---|---|
| VIDEOGRAPHER MINIMUM (INCLUDES SET-UP) | | | 315.00 | 315.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | 2.00 Hours | @ | 110.00 | 220.00 |
| SYNCHRONIZATION | 3.00 Hours | @ | 100.00 | 300.00 |
| UPLOADING VIDEO | | | 25.00 | 25.00 |
| EMAILING FEE | | | 15.00 | 15.00 |
| PROCESSING | | | 40.00 | 40.00 |

**TOTAL DUE  >>>**                          **$915.00**
AFTER 6/12/2022  PAY                       $1,006.50

Client Matter No.   :   22348

We accept all major credit cards. A finance charge of 1.5%/mo will apply after 30 days. Customer agrees to pay all costs of collection including attorney fees.

**Tax ID:** 95-4837031

*Please detach bottom portion and return with payment.*

Rebecca J. Chmura, Esq.
Collins Collins, LLP - OC
750 The City Drive S
Suite 400
Orange, CA  92868

| | | |
|---|---|---|
| Invoice No. | : | 268887 |
| Invoice Date | : | 5/13/2022 |
| **Total Due** | : | **$915.00** |
| AFTER 6/12/2022 PAY | | $1,006.50 |

**Total Taxable Amount: $0.00**

Remit To:   **H I N E S   R E P O R T E R S**
**888 S. FIGUEROA ST.**
**SUITE 940**
**LOS ANGELES, CA 90017**

| | | |
|---|---|---|
| Job No. | : | 99359 |
| BU ID | : | INC |
| Case No. | : | SACV 20-00322-JWH (GJS) |
| Case Name | : | Jane Doe vs. County of Orange |

**TAB 5G**

# INVOICE

**H I N E S   R E P O R T E R S**
**8 8 8  S.  F I G U E R O A  S T.**
**S U I T E  9 4 0**
**L O S  A N G E L E S ,** CA  9 0 0 1 7
Phone:213.688.7887   Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 268807 | 5/12/2022 | 99044 |

| Job Date | Case No. |
|---|---|
| 4/29/2022 | SACV 20-00322-JWH (GJS) |

| Case Name |
|---|
| Jane Doe vs. County of Orange |

| Payment Terms |
|---|
| Net 30 |

Rebecca J. Chmura, Esq.
Collins Collins, LLP - OC
750 The City Drive S
Suite 400
Orange, CA  92868

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Jane Doe                                                                                           515.00

**TOTAL DUE  >>>**                     **$515.00**

AFTER 6/11/2022 PAY                  $566.50

Client Matter No.    :   22348

We accept all major credit cards. A finance charge of 1.5%/mo will apply after
30 days. Customer agrees to pay all costs of collection including attorney fees.

**Tax ID:** 95-4837031

*Please detach bottom portion and return with payment.*

Rebecca J. Chmura, Esq.
Collins Collins, LLP - OC
750 The City Drive S
Suite 400
Orange, CA  92868

| | | |
|---|---|---|
| Invoice No. | : | 268807 |
| Invoice Date | : | 5/12/2022 |
| Total Due | : | $515.00 |
| AFTER 6/11/2022 PAY | | $566.50 |

| | | |
|---|---|---|
| Job No. | : | 99044 |
| BU ID | : | INC |
| Case No. | : | SACV 20-00322-JWH (GJS) |
| Case Name | : | Jane Doe vs. County of Orange |

Remit To:   **H I N E S   R E P O R T E R S**
**8 8 8  S.  F I G U E R O A  S T.**
**S U I T E  9 4 0**
**L O S  A N G E L E S ,  CA  9 0 0 1 7**

**TAB 5H**

# INVOICE

**H I N E S   R E P O R T E R S**
**8 8 8   S .   F I G U E R O A   S T .**
**S U I T E   9 4 0**
**L O S   A N G E L E S** , CA  9 0 0 1 7
Phone:213.688.7887   Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 268767 | 5/1/2022 | 99043 |

| Job Date | Case No. | |
|---|---|---|
| 4/29/2022 | SACV 20-00322-JWH (GJS) | |

| Case Name | | |
|---|---|---|

| | | |
|---|---|---|
| Jane Doe vs. County of Orange | | |

| Payment Terms | | |
|---|---|---|

| | | |
|---|---|---|
| Net 30 | | |

Michael L. Wroniak, Esq.
Collins Collins, LLP - OC
750 The City Drive S
Suite 400
Orange, CA  92868

Videographer Appearance Fee for the Scheduled Deposition of:

Jane Doe                                                                                                           355.00

**TOTAL DUE  >>>**                          **$355.00**
AFTER 5/31/2022 PAY                     $390.50

Client Matter No.   :   22348

We accept all major credit cards. A finance charge of 1.5%/mo will apply after
30 days. Customer agrees to pay all costs of collection including attorney fees.

**Tax ID:** 95-4837031

*Please detach bottom portion and return with payment.*

Michael L. Wroniak, Esq.
Collins Collins, LLP - OC
750 The City Drive S
Suite 400
Orange, CA  92868

| | | |
|---|---|---|
| Invoice No. | : | 268767 |
| Invoice Date | : | 5/1/2022 |
| **Total Due** | : | **$355.00** |
| | AFTER 5/31/2022 PAY | $390.50 |

**Total Taxable Amount: $0.00**

Remit To:   **H I N E S   R E P O R T E R S**
**8 8 8   S .   F I G U E R O A   S T .**
**S U I T E   9 4 0**
**L O S   A N G E L E S , CA  9 0 0 1 7**

| | | |
|---|---|---|
| Job No. | : | 99043 |
| BU ID | : | INC |
| Case No. | : | SACV 20-00322-JWH (GJS) |
| Case Name | : | Jane Doe vs. County of Orange |

**TAB 5I**

# INVOICE

**H I N E S   R E P O R T E R S**
**8 8 8   S.   F I G U E R O A   S T.**
**S U I T E   9 4 0**
**L O S   A N G E L E S**, CA  9 0 0 1 7
Phone:213.688.7887   Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 270857 | 8/18/2022 | 101204 |

| Job Date | Case No. | |
|---|---|---|
| 8/3/2022 | 8:20-cv-00322-JWH (GJS) | |

| Case Name |
|---|
| Jane Doe vs. County of Orange, et al. |

Rebecca J. Chmura, Esq.
Collins Collins, LLP - S. Pas.
790 E. Colorado Blvd.
Suite 600
Pasadena, CA  91101

| Payment Terms |
|---|
| Net 30 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Lucy Han

| | | | | | |
|---|---|---|---|---|---|
| MINIMUM TRANSCRIPT FEE | | | | 425.00 | 425.00 |
| VIDEOCONFERENCED DEPOSITION | 60.00 | Pages | @ | 0.80 | 50.00 |
| EXHIBITS (BLACK & WHITE) | 68.00 | Pages | @ | 0.50 | 34.00 |
| EXHIBITS (COLOR) | 10.00 | Pages | @ | 1.00 | 10.00 |
| PROCESSING ORIGINAL TRANSCRIPT | | | | 40.00 | 40.00 |
| PROCESSING CERTIFIED TRANSCRIPT | | | | 30.00 | 30.00 |
| COMPLIMENTARY CONDENSED & WORD INDEX | | | | 0.00 | 0.00 |
| COMPLIMENTARY E-LITIGATION PACKAGE | | | | 0.00 | 0.00 |
| DELIVERY CHARGE ORIGINAL TRANSCRIPT | | | | 25.00 | 25.00 |
| DELIVERY CHARGE CERTIFIED COPY | | | | 25.00 | 25.00 |

**TOTAL DUE  >>>**   **$639.00**
AFTER 9/17/2022  PAY   $702.90

Client Matter No.   :   22348

We accept all major credit cards. A finance charge of 1.5%/mo will apply after
30 days. Customer agrees to pay all costs of collection including attorney fees.

**Tax ID:** 95-4837031

*Please detach bottom portion and return with payment.*

Rebecca J. Chmura, Esq.
Collins Collins, LLP - S. Pas.
790 E. Colorado Blvd.
Suite 600
Pasadena, CA  91101

| | | |
|---|---|---|
| Invoice No. | : | 270857 |
| Invoice Date | : | 8/18/2022 |
| **Total Due** | : | **$639.00** |
| AFTER 9/17/2022 PAY | | $702.90 |

**Total Taxable Amount: $589.00**

Remit To:   **H I N E S   R E P O R T E R S**
**8 8 8   S.   F I G U E R O A   S T.**
**S U I T E   9 4 0**
**L O S   A N G E L E S**, CA  9 0 0 1 7

| | | |
|---|---|---|
| Job No. | : | 101204 |
| BU ID | : | INC |
| Case No. | : | 8:20-cv-00322-JWH (GJS) |
| Case Name | : | Jane Doe vs. County of Orange, et al. |

**TAB 5J**

# INVOICE

**H I N E S   R E P O R T E R S**
**8 8 8   S.   F I G U E R O A   S T.**
**S U I T E   9 4 0**
**L O S   A N G E L E S**, CA  9 0 0 1 7
Phone:213.688.7887  Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 270910 | 8/30/2022 | 100125 |

| Job Date | Case No. |
|---|---|
| 7/29/2022 | SACV 20-00322-JWH (GJS) |

| Case Name |
|---|
| Jane Doe vs. County of Orange |

| Payment Terms |
|---|
| Net 30 |

Rebecca J. Chmura, Esq.
Collins Collins, LLP - S. Pas.
790 E. Colorado Blvd.
Suite 600
Pasadena, CA  91101

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Allison Zhu | 76.00 | Pages | @ | 6.00 | 456.00 |
| APPEARANCE FEE | | | | 200.00 | 200.00 |
| EXHIBITS (BLACK & WHITE) | 54.00 | Pages | @ | 0.50 | 27.00 |
| PROCESSING ORIGINAL TRANSCRIPT | | | | 40.00 | 40.00 |
| PROCESSING CERTIFIED TRANSCRIPT | | | | 30.00 | 30.00 |
| COMPLIMENTARY CONDENSED & WORD INDEX | | | | 0.00 | 0.00 |
| COMPLIMENTARY E-LITIGATION PACKAGE | | | | 0.00 | 0.00 |
| DELIVERY CHARGE ORIGINAL TRANSCRIPT | | | | 25.00 | 25.00 |
| DELIVERY CHARGE CERTIFIED COPY | | | | 25.00 | 25.00 |

**TOTAL DUE  >>>**                              **$803.00**
AFTER 9/29/2022 PAY                        $883.30

Client Matter No.   :  22348

We accept all major credit cards. A finance charge of 1.5%/mo will apply after
30 days. Customer agrees to pay all costs of collection including attorney fees.

**Tax ID:** 95-4837031

*Please detach bottom portion and return with payment.*

Rebecca J. Chmura, Esq.
Collins Collins, LLP - S. Pas.
790 E. Colorado Blvd.
Suite 600
Pasadena, CA  91101

| | | |
|---|---|---|
| Invoice No. | : | 270910 |
| Invoice Date | : | 8/30/2022 |
| **Total Due** | : | **$803.00** |
| AFTER 9/29/2022 PAY | | $883.30 |

Remit To:   **H I N E S   R E P O R T E R S**
**8 8 8   S.   F I G U E R O A   S T.**
**S U I T E   9 4 0**
**L O S   A N G E L E S**, CA  9 0 0 1 7

| | | |
|---|---|---|
| Job No. | : | 100125 |
| BU ID | : | INC |
| Case No. | : | SACV 20-00322-JWH (GJS) |
| Case Name | : | Jane Doe vs. County of Orange |

**TAB 10(a)A**

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

**INVOICE**

*** REPRINT ***

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 10424601 | 81650 |
| Invoice Date | Total Due |
| 8/23/21 | 28.75 |
| | |
| | |
| | |

Collins + Collins LLP
ATTN: HAROLD BOYERMAN
790 East Colorado Blvd. #600
Pasadena, CA 91101

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81650 | 10424601 | 8/23/21 | 28.75 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/19/21 | 4743362 | PDF | Collins + Collins LLP        USDC-RIVERSIDE        Base Chg :    28.75 | | 28.75 |
| PDF COURTESY DELIVERY | | | 790 East Colorado Blvd.      3470 12TH STREET | | |
| | | | PASADENA        CA 91101    RIVERSIDE      CA 92501 | | |

Caller: Nelly Verdugo

Ref/Matter: 22348

Case Number: 8 20 CV 00322 JWH GJS

Case Name: DOE V. COUNTY OF ORANGE

Documents: COURTESY CPY TO JDGE HOLCOMB
Instructions: COURTESY CPY TO JDGE
Inst.: HOLCOMB BEFORE
Inst.: 12PM
Signed: del.
**Date :** 8/19/21

<span style="color:red">**8/19/21 Defendants' Opposition re: Plaintiff's Ex Parte Application for Review of District Judge on Motion for Appointment of Counsel (Doc. 104)**</span>

*** REPRINT ***        **Total**        28.75

**INVOICE PAYMENT DUE UPON RECEIPT**

**TAB 10(a)B**



**APEX**
LEGAL SERVICES

611 Wilshire Blvd., Suite 700, Los Angeles, CA 90017

Accounts Payable
Collins + Collins, LLP
790 East Colorado Blvd.
Suite 600
Pasadena, CA, 91101

## Invoice

Number: **63923**

Date: **9/15/2021**

| DATE | CUSTOMER P.O. / REFERENCE # / DESCRIPTION | CONFIRMATION # | AMOUNT |
|------|-------------------------------------------|----------------|--------|
| 08/16/21 | 22348 Courtesy Copy Delivery-Nelly Verdugo | 20085 | $273.00 |

**8/16/21 Defendants' Opposition re: Plaintiff's Ex Parte Application for TRO (Docs 96-100)**

| | | Total | $273.00 |
|--|--|-------|---------|

Thank You For Using APEXII

Terms are: Net 30 days from the invoice date.  A minimum fee of $2.00 will apply for each past due invoice.  Otherwise, interest will be charged at 1.5% per month.

423184

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|-------------|--------------|--------------|-----------|-------|
| $18,543.15 | $0.00 | $750.25 | $8,970.15 | $28,263.55 |

**TAB 10(a)C**

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 10430929 | 81650 |
| Invoice Date | Total Due |
| 9/15/21 | 31.25 |
| | |
| | |
| | |

Collins + Collins LLP
ATTN: HAROLD BOYERMAN
790 East Colorado Blvd. #600
Pasadena, CA 91101

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81650 | 10430929 | 8/15/21 | 31.25 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/15/21 | 4766246 | PDF | Collins + Collins LLP<br>790 East Colorado Blvd.<br>PASADENA        CA 91101 | USDC-RIVERSIDE<br>3470 12TH STREET<br>RIVERSIDE      CA 92501 | Base Chg  :   28.75<br>PDF/Ship  :    2.50 | 31.25 |
| PDF COURTESY DELIVERY | | | | | | |

Caller: Nelly Verdugo

Ref/Matter: 22348

Case Number: 8 20 CV 00322 JWH

Case Name: DOE V. COUNTY OF ORANGE

Documents: COURTESY CPY TO JDGE BROWN
Instructions: COURTESY CPY TO JDGE
Inst.: BROWN BEFORE 12PM
Inst.: 9/16
Signed: delivered
Date : 9/15/21

**9/15/21 Defendants' Ex Parte Application for Scheduling Order Dates (Doc. 108)**

*** REPRINT ***      Total      31.25

# INVOICE PAYMENT DUE UPON RECEIPT

4232069

**TAB 10(a)D**



## APEX
### LEGAL SERVICES

**Invoice**

**611 Wilshire Blvd., Suite 700, Los Angeles, CA 90017**

Accounts Payable
Collins + Collins, LLP
790 East Colorado Blvd,
Suite 600
Pasadena, CA, 91101

Number: 66135

Date: **4/4/2022**

| DATE | CUSTOMER P.O. / REFERENCE # / DESCRIPTION | CONFIRMATION # | AMOUNT |
|------|-------------------------------------------|----------------|--------|
| 03/18/22 | 22348 Courtesy Copies Ctrm 2; | 24839 | $271.00 |
| | Defendant's Opposed Ex Parte Application | | |
| | to Extend Fact Deposition Cut Off Date | | |
| | and Compel Plaintiff to Sign Authorization to | | |
| | Release Medical Records from LACDMH | | |
| | -Jazmin Ruiz | | |

Total    **$271.00**

Terms are: Net 30 days from the invoice date. A minimum fee of $2.00 will apply for each past due invoice. Otherwise, interest will be charged at 1.5% per month.

TAX ID: 95-4877099

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|-------------|--------------|--------------|-----------|-------|
| $20,140.15 | $6,855.35 | $0.00 | $3,228.70 | $30,224.20 |

**TAB 10(a)E**

## ATTORNEY SERVICE

REPRINT

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017
Phone: (213) 488-1500  Fax: (213) 624-0022
www.apex.legal

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 10/28/2022 | 30046-01 |

Bill To:
JAZMIN RUIZ
COLLINS + COLLINS LLP
790 E. Colorado Blvd Ste. 600
Pasadena, CA 91101

File No: 22348
Servee:

Case No: 8:20-cv-00322-JWH (GJS)

Plaintiff: JANE DOE,
Defendant: COUNTY OF ORANGE;

Documents:

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Courtesy Copies | | | 47.50 |
| **10/19/22 Joint Request for Decision in Accordance with Local Rule 83-9.2 (Doc. 159)** | | | |

DELIVERY TO   UNITED STATES DISTRICT COURT
Contact
Address   411 W. 4TH STREET, SANTA ANA, CA 92701
Delivery Completed on 10/19/2022 at  4:00 PM
Completed on 10/19/2022

| | TOTAL DUE | $ 47.50 |
|---|---|---|

Thank you for choosing Apex Legal Services!
For billing inquiries, please contact our Accounting Department at (213) 488-1500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 10/28/2022 | 30046-01 |

Remit To:
**Apex Legal Services**
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017

| TOTAL DUE: | $  47.50 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO Apex Legal Services

Order#:30046-01/INVOICEA

4291793

**TAB 10(a)F**



**APEX**
LEGAL SERVICES

611 Wilshire Boulevard, Ste 700, Los Angeles, CA 90017
Phone: (213) 488-1500   Fax: (213) 624-0022
www.apex.legal

# MESSENGER INVOICE

TAX ID 95-4877099

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| **COLCO** | 1/12/2023 | 31731 |

Bill To:
**COLLINS + COLLINS LLP**
**790 E. Colorado Blvd Ste. 600**
**Pasadena, CA 91101**
**Ordered By: JAZMIN RUIZ**

Billing Ref. No: **22348**
Case No:
Plaintiff: **JANE DOE**
Defendant: **COUNTY OF ORANGE, et al.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Courtesy Copies** | | | **47.50** |
| **12/22/22 Defendants' Opposition re: Plaintiff's Ex Parte Application for an Extension of Time to Object to Magistrate Standish's Report and Recommendation (Doc. 165)** | | | |
| Description: Delivered from 790 E. Colorado Blvd Ste. 600 Pasadena, CA, 91101 to DELIVERED @ 255 E. TEMPLE STREET LOS ANGELES, CA, 90014<br>Delivery Date/Time: 12/22/2022   12:00 PM<br>**Delivery Address:**<br>ROYBAL BUILDING -<br>255 E. TEMPLE STREET<br>LOS ANGELES, CA 90014<br>**Documents:** OPPOSITION TO EX-PARTE | | | |
| | | **TOTAL DUE** | **$ 47.50** |

Thank you for choosing Apex Legal Services!

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| **COLCO** | 1/12/2023 | 31731 |

Remit To:

**Apex Legal Services**
**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**

**TOTAL DUE:**   $  47.50

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Apex Legal Services**

4245749

Order#:31731/INVOICEM

**TAB 10(a)G**

# ATTORNEY SERVICE

REPRINT

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017
Phone: (213) 488-1500   Fax: (213) 624-0022
www.apex.legal

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 10/28/2022 | 30129-01 |

Bill To:
**JAZMIN RUIZ**
**COLLINS + COLLINS LLP**
790 E. Colorado Blvd Ste. 600
Pasadena, CA 91101

File No: 22348
Servee:

Case No: 8:20-cv-00322-JWH (GJS)

Plaintiff: JANE DOE
Defendant: COUNTY OF ORANGE

Documents:

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Courtesy Copies | | | 250.00 |
| **Defendant's Request for Decision in Accordance with Local Rule 83-9.2 re Motion for Sanctions (Doc. 160)** | | | |

DELIVERY TO    USDC
Contact
Address         411 West Fourth Street, Santa Ana, CA 92701
Delivery Completed on 10/28/2022
Completed on 10/28/2022

| | TOTAL DUE | $ 250.00 |
|---|---|---|

Thank you for choosing Apex Legal Services!
For billing inquiries, please contact our Accounting Department at (213) 488-1500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| COLCO | 10/28/2022 | 30129-01 |

Remit To:
**Apex Legal Services**
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017

TOTAL DUE:    $   250.00

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Apex Legal Services

Order#:30129-01/INVOICEA

4241794

**PROOF OF SERVICE**

**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,       )
                        )   ss.
County of Orange.       )

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 750 The City Drive, Suite 400, Orange, California 92868.

      On this date, I served the foregoing document described as **APPLICATION TO THE CLERK TO TAX COSTS** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

Jane Doe
Courtproceeding9@gmail.com

**PLAINTIFF IN PRO SE**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Orange, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Orange, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Orange, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – – I served a true copy, with all exhibits, electronically on Plaintiff Jane Doe at the email address on file with the Court which is redacted herein per request of Plaintiff Jane Doe through the Court's CM/ECF Electronic Filing system on:

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (714) 823-4101 indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on March 2, 2023 at Orange, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Jazmin Ruiz*
Jazmin Ruiz
Jruiz@ccllp.law

*FILE # 22348*

**COLLINS + COLLINS** LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone  (714) 823-4100
Fax  (714) 823-4101

1

**PROOF OF SERVICE**