Michael L. Wroniak (State Bar No. 210347)
Rebecca J. Chmura (State Bar. 319106)
**COLLINS + COLLINS LLP**
750 The City Drive, Suite 400
Orange, CA  92868
(714) 823-4100 – FAX (714) 823-4101
Email:  mwroniak@ccllp.law
Email:  rchmura@ccllp.law

Attorneys for Defendants
COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; REYNA RIVERA; DEVONNA FALCONER; KASSANDRA MAYER; ELIA RODRIGUEZ; and RACHEL ADDINGTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>COUNTY OF ORANGE; DON BARNES; WILLIAM BAKER; JOE BALICKI; MARK STICHTER; and DOES 1-10, inclusive,<br><br>                    Defendants. | CASE NO. 8:20-cv-00322-JWH (GJS)<br>*[Assigned to Judge John W. Holcomb Courtroom 9D]*<br><br>**DECLARATION OF REBECCA J. CHMURA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF JANE DOE'S MOTION FOR REVIEW OF DEFENDANTS' APPLICATION TO TAX COSTS (DOC. 179)**<br><br>Complaint Filed: 2/18/20<br>Trial Date:         None |

### DECLARATION OF REBECCA J. CHMURA

I, Rebecca J. Chmura, declare as follows:

1.    I make this declaration in support of Defendants County of Orange, Don Barnes, William Baker, Joe Balicki, Mark Stichter, Reyna Rivera, Devonna Falconer, Kassandra Mayer, Elia Rodriquez, and Rachel Addington's (collectively,

FILE # 22348

1

**DECL. OF CHMURA ISO OPPO TO PLTF'S MOTION REVIEW OF APP TO TAX COSTS**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone  (714) 823-4100
Fax      (714) 823-4101

"Defendants") Responses to Plaintiff Jane Doe's ("Plaintiff") Motion for Review of Clerk's Taxation Award to Defendants under FRCP 54(d)(1). (Doc. 179.)

2. I am an attorney duly licensed to practice law in the State of California and in all of the United States Federal District Courts in California. I, and this law firm, Collins + Collins, LLP, represent Defendants in the above captioned action. I have personal knowledge as to the matters declared herein.

3. Volume II of Plaintiff's deposition was taken remotely in this matter on March 31, 2021. A true and correct copy of excerpts from that deposition are attached hereto as **Exhibit A**.

4. Plaintiff did not contact me to meet and confer prior to the filing of this motion.

I declare under penalty of perjury under the laws of the State of California and the United States District Court, District of California, Central District that the foregoing is true and correct. Executed on April 24, 2023 at Orange, California.

By: _____
REBECCA J. CHMURA

FILE # 22348

2

DECL. OF CHMURA ISO OPPO TO PLTF'S MOTION REVIEW OF APP TO TAX COSTS

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

# EXHIBIT A

```
 1                  UNITED STATES DISTRICT COURT
 2           DISTRICT OF CALIFORNIA, CENTRAL DISTRICT
 3    _____
                                    )
 4    JANE DOE,                     )
                                    )
 5            Plaintiff,            )
                                    )
 6        vs.                       )No.
                                    )SACV-20-00322-JWH(GJS)
 7    COUNTY OF ORANGE; DON BARNES;)
      WILLIAM BAKER; JOE BALICKI;   )
 8    MARK STICHTER; and DOES 1-10,)
      inclusive,                    )
 9                                  )
              Defendants.            )
10    _____)
11
12
13
14
15         REMOTE, VIDEOTAPED DEPOSITION OF JANE DOE
16                   El Monte, California
17                Wednesday, March 31, 2021
18                        Volume II
19
20
21    Reported by:
      JILL GLANTZ
22    CSR No. 11341
23    Job No. 4502635
24    PAGES 15 - 191
25
```

Page 15

```
 1                UNITED STATES DISTRICT COURT
 2          DISTRICT OF CALIFORNIA, CENTRAL DISTRICT
 3   _____
                                   )
 4   JANE DOE,                     )
                                   )
 5         Plaintiff,              )
                                   )
 6      vs.                        )No.
                                   )SACV-20-00322-JWH(GJS)
 7   COUNTY OF ORANGE; DON BARNES; )
     WILLIAM BAKER; JOE BALICKI;   )
 8   MARK STICHTER; and DOES 1-10, )
     inclusive,                    )
 9                                 )
            Defendants.             )
10   _____)
11
12
13
14
15         Remote, videotaped deposition of JANE DOE,
16   Volume II, taken on behalf of Defendants, in
17   El Monte, California, beginning at 10:04 a.m. and
18   ending at 5:29 p.m. on Wednesday, March 31, 2021,
19   before JILL GLANTZ, Certified Shorthand Reporter
20   No. 11341.
21
22
23
24
25
```

Page 16

| | | | |
|---|---|---|---|
| 1 | Q | Of 2019? | |
| 2 | A | Yeah. | |
| 3 | Q | Okay.  Are you married? | |
| 4 | A | No. | |
| 5 | Q | Have you ever been married? | 10:34:49 |
| 6 | A | No. | |
| 7 | Q | Do you have any children? | |
| 8 | A | No. | |
| 9 | Q | Do you currently work? | |
| 10 | A | No. | 10:35:01 |
| 11 | Q | When was the last time that you worked? | |
| 12 | A | I worked a little bit here and there, so I don't recall the exact time. | |
| 14 | Q | And when you worked here and there, what did you do? | 10:35:33 |
| 16 | A | Accounting. | |
| 17 | Q | Are you a CPA? | |
| 18 | A | Yes. | |
| 19 | Q | You're a certified public accountant? | |
| 20 | A | Yes. | 10:35:47 |
| 21 | Q | How long have you been a CPA? | |
| 22 | A | 2000- -- since -- since 2008. | |
| 23 | Q | Okay.  Do you work for an accounting firm? | |
| 24 | A | I used to. | |
| 25 | Q | Which firm was that? | 10:36:14 |

Page 37

| | | |
|---|---|---|
| 1 | A | I worked for a few firms. |
| 2 | Q | What was the name of the firm of your last |
| 3 | | employer? |
| 4 | A | "Deloitte." |
| 5 | Q | Oh.  That's a big name.  And when did you       10:36:33 |
| 6 | | stop working for Deloitte? |
| 7 | A | 2000- -- 2011. |
| 8 | Q | So since 2011, have you been self-employed? |
| 9 | A | No.  I've been self-employed since 2014. |
| 10 | Q | So what did you do between 2011 and 2014?      10:37:10 |
| 11 | A | 2013, I moved to the United States. |
| 12 | Q | Okay.  Oh, so you worked for Deloitte in |
| 13 | | China? |
| 14 | A | Correct. |
| 15 | Q | Got it.  Okay.  So since you came to the       10:37:41 |
| 16 | | U.S., you have been self-employed? |
| 17 | A | Yes. |
| 18 | Q | Do you have a company name that you run |
| 19 | | under? |
| 20 | A | No.                                             10:38:02 |
| 21 | Q | And what's your average income? |
| 22 | A | Around $60,000 per year. |
| 23 | Q | And is that the same for 2020? |
| 24 | A | No. |
| 25 | Q | What was your income in 2020?                   10:38:27 |

Page 38

```
 1      A   I haven't filed taxes, so I don't have the
 2   exact number.
 3      Q   Can you give me an approximation?
 4      A   I don't have any information to give you the
 5   estimation.                                              10:38:54
 6      Q   Okay.  At the time of the incident, so
 7   August 8th through 12th of 2019, were you working?
 8      A   No.
 9      Q   Why not?
10      A   Because I -- I'm self-employed, so I don't       10:39:30
11   work regular.  You know, not like some other people,
12   they work regularly every day.
13      Q   But you were self-employed at that time, so
14   you were working; you just might not have had work;
15   correct?                                                 10:39:58
16      A   Correct.
17      Q   Okay.  Are you on disability?
18      A   No.
19      Q   Have you received unemployment?
20      A   Yes.                                             10:40:10
21      Q   How long have you received unemployment?
22      A   I don't recall the exact time.
23      Q   Have you been receiving unemployment since
24   COVID hit, so that would be March of last year?
25      A   I -- I received since last year.                 10:40:42
```

Page 39

```
 1        I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4         That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12         Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript { } was {X} was not requested.
16          I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or party to this action.
19         IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: April 1, 2021     /s/ Jill Glantz
23                            _____
                              JILL GLANTZ
24                            CSR No. 11341
25
```

Page 191

**PROOF OF SERVICE**

**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,            )
                                ) ss.
County of Orange.               )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 750 The City Drive, Suite 400, Orange, California 92868.

On this date, I served the foregoing document described as **DECLARATION OF REBECCA J. CHMURA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF JANE DOE'S MOTION FOR REVIEW OF DEFENDANTS' APPLICATION TO TAX COSTS (DOC. 179)** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

Jane Doe
Courtproceeding9@gmail.com

**PLAINTIFF IN PRO SE**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Orange, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Orange, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Orange, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – – I served a true copy, with all exhibits, electronically on Plaintiff Jane Doe at the email address on file with the Court which is redacted herein per request of Plaintiff Jane Doe through the Court's CM/ECF Electronic Filing system on:

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (714) 823-4101 indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on April 24, 2023 at Orange, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Jazmin Ruiz*
Jazmin Ruiz
Jruiz@ccllp.law

*FILE # 22348*

1

**PROOF OF SERVICE**

COLLINS + COLLINS LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101