UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| O. L., AKA, Jane Doe,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>COUNTY OF ORANGE; et al.,<br><br>    Defendants - Appellees. | No. 23-55258<br><br>D.C. No. 8:20-cv-00322-JWH-GJS<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

The judgment of this Court, entered July 19, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $507.90.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT