UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ORANGE;<br>DON BARNES;<br>WILLIAM BAKER;<br>JOE BALICKI;<br>MARK STICHTER; and<br>DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:20-cv-00322-JWH-GJSx<br><br>**AMENDED JUDGMENT RE DISMISSAL AND AWARDING COSTS IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF JANE DOE** |

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Per the Court's February 16, 2023, Judgment, the above-captioned action is **DISMISSED with prejudice.**[1]

2. **JUDGMENT** is entered in **FAVOR** of Defendants, and each of them, and **AGAINST** Plaintiff Jane Doe, aka Xingfei Luo, aka Olivia Luo.

3. Based upon the Court's April 11, 2023, Judgment awarding costs in favor of Defendants County of Orange; Don Barnes; William Baker; Joe Balicki; Mark Stichter; Reyna Rivera; Devonna Falconer; Kassandra Mayer; Elia Rodriguez; and Rachel Addington (collectively, "Defendants"),[2] and the February 18, 2025, Order directing Defendants to lodge an Amended Judgment reflecting Plaintiff Jane Doe's true name,[3] costs are **AWARDED** in **FAVOR** of Defendants and **AGAINST** Plaintiff Jane Doe, aka Xingfei Luo, aka Olivia Luo, in the amount of **$11,830.47.**

**IT IS SO ORDERED.**

Dated: March 12, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Judgment [ECF No. 171].
[2] Bill of Costs [ECF No. 178].
[3] Order Denying Pl.'s Mot. to Retax Costs [ECF No. 184].